1) The Employers have failed to secure observance of the Agreement in violation of Section 11.2, PCLCD by failing to implement Coast LRC directive dated May 23, 2012, in CLRC Mtg. # 12-12.

2) The Employers shall immediately assign the work in question to ILWU Local 8 in accordance with CLRC Mtg # 12-12.

Jan R. Holmes

June 4, 2012.

Exhibit C
Page 1 of 1