UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and PACIFIC MARITIME ASSOCIATION,<br><br>Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>ICTSI OREGON, INC., an Oregon corporation,<br><br>Defendant and Counter-Plaintiff. | Case No. 3:12-cv-01058-SI<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF ICTSI'S THIRD COUNTERCLAIM AGAINST PACIFIC MARITIME ASSOCIATION AND [PROPOSED] ORDER |

## STIPULATION

ICTSI Oregon, Inc. ("ICTSI") and Pacific Maritime Association ("PMA"), through their counsel of record and after extensive discussions, hereby Stipulate as follows:

1. The sole claim by or against PMA that remains in this litigation is ICTSI's assertion set forth in its Third Counterclaim that PMA owes to ICTSI a fiduciary duty, which ICTSI asserts PMA breached. PMA has denied and continues to deny that it has any such duty and that it breached any such duty, and that it has any liability to ICTSI under any theory. ICTSI continues to assert that its Third Counterclaim alleges a valid claim for relief.

2. PMA has drafted and is poised to file and serve a motion for summary judgment of all claims against PMA in this litigation, arguing among other grounds that PMA does not have a fiduciary duty and that there is no plausible basis to find that PMA breached any such duty to ICTSI. ICTSI intends to oppose that motion.

3. Notwithstanding the above, ICTSI has agreed to dismiss with prejudice any and all claims against PMA, with ICTSI and PMA bearing their own respective attorney's fees and costs. PMA is not paying any monies to ICTSI, nor is ICTSI paying any monies to PMA, in order to resolve ICTSI's claims against PMA.

4. After this Court dismisses PMA as a party in this litigation, ICTSI may seek written discovery from PMA or depositions of current or former PMA employees or current or former PMA Board of Director members only as follows: PMA will be considered to be a third party, non-defendant non-plaintiff in the litigation; ICTSI may seek written discovery from PMA or may seek the deposition of a current or former employee of PMA or PMA Board member only as a third party non-defendant non-plaintiff and only pursuant to FRCP 45. PMA agrees to accept service of subpoenas—with a reservation of any and all rights to object to any and all aspects of the subpoena—for any current PMA employee. ICTSI reserves all of its rights under FRCP 45, consistent with this paragraph.

5. This stipulation will not affect in any way ICTSI's Second Counterclaim against the ILWU parties, which is currently scheduled for jury trial commencing on March 19, 2019.

Dated: 7-2-18

Counsel for ICTSI

Dated: 7/6/18

Counsel for PMA

Based on the above STIPULATION, and this Court finding good cause,

**IT IS ORDERED** that:

1. All claims in this case against Pacific Maritime Association ("PMA") are hereby dismissed, with prejudice. ICTSI and PMA each shall bear their own respective attorney's fees and costs.

2. This order will not affect in any way ICTSI's Second Counterclaim against the ILWU parties, which is currently scheduled for jury trial commencing on March 19, 2019.

Dated: July 9, 2018

UNITED STATES DISTRICT COURT JUDGE

DB2/ 33606472.1