**Jeffrey S. Eden**, OSB #851903
Email: jeden@schwabe.com
**Amanda T. Gamblin,** OSB # 021361
Email: agamblin@schwabe.com
**Michael T. Garone**, OSB #802341
Email: mgarone@schwabe.com
**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Andrew J. Lee**, OSB #023646
Email: ajlee@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503.796.2903
Facsimile: 503.796.2900

*Of Attorneys for ICTSI Oregon, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and PACIFIC MARITIME ASSOCIATION,**

Plaintiffs,

vs.

**ICTSI OREGON, INC., an Oregon corporation,**

Defendant.

**ICTSI OREGON, INC., an Oregon corporation,**

Counterclaim Plaintiff,

vs.

**INTERNATIONAL LONGSHORE AND WAREHOUSE UNION; ILWU LOCAL 8; ILWU LOCAL 40; and PACIFIC MARITIME ASSOCIATION,**

Counterclaim Defendants.

No. 3:12-cv-01058-SI

**DECLARATION OF JEFFREY S. EDEN IN SUPPORT OF ICTSI OREGON, INC.'S MOTIONS *IN LIMINE***

Page 1 **DECLARATION OF JEFFREY S. EDEN IN SUPPORT OF ICTSI OREGON, INC.'S MOTIONS *IN LIMINE***

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\119639\200028\AJL\24753481.1

I, Jeffrey S. Eden, attorney for ICTSI Oregon, Inc., make this declaration in support of ICTSI's Motions *in Limine*:

1. I am one of the attorneys representing ICTSI Oregon, Inc. ("ICTSI") in the above-captioned lawsuit.

2. Attached hereto as Exhibit A is a list of previous adjudicated facts extracted from:

   a. *Local 8 (ILWU III)*, 2015 NLRB LEXIS 729 (N.L.R.B. September 24, 2015);

   b. *ILWU Local 8 (ILWU IV)*, 2015 NLRB LEXIS 870 (N.L.R.B. Nov. 30, 2015); and

   c. *Hooks v. ILWU Local 8*, 72 F. Supp. 3d 1168, 1174 (D. Or. 2014).

3. Attached hereto as Exhibit B is a true and correct copy of the Expert Narrative of Dr. William Finlay, dated October 26, 2018.

4. Attached hereto as Exhibit C is a true and correct copy of ILWU Defendants' Response to ICTSI's Third Set of Interrogatories, dated August 27, 2018.

5. Attached hereto as Exhibit D is a true and correct copy of an email from Mike Radak to various parties, dated June 22, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Douglas Kidder, dated November 30, 2018.

7. Attached hereto as Exhibit F is a true and correct copy of an article written by Bill Mongelluzzo entitled, "Portland port, ICTSI look to mend ILWU relations to attract carrier," dated February 18, 2015, and available at JOC.com.

8. Exhibit G is omitted.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of the deposition transcript of Elvis Ganda, taken in this matter on October 25, 2018.

10. Attached hereto as Exhibit I is a true and correct copy of the Coast Longshore Division Caucus Summarized Minutes dated June 12, 2012.

11. Attached hereto as Exhibit J is a true and correct coy of the Coast Longshore Division Caucus Summarized Minutes dated April 1, 2015.

12. Attached hereto as Exhibit K is a true and correct copy of ICTSI's Second Set of Interrogatories to ILWU Defendants, dated April 26, 2018.

13. Attached hereto as Exhibit L is a true and correct copy of ILWU Defendants' Third Supplemental Response to ICTSI's Second Set of Interrogatories, dated January 29, 2019.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**

Dated this 1st day of February, 2019.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Jeffrey S. Eden
Jeffrey S. Eden, OSB #851903
*Of Attorneys for ICTSI Oregon, Inc.*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2019, I served the foregoing **DECLARATION OF JEFFREY S. EDEN IN SUPPORT OF ICTSI OREGON, INC.'S MOTION *IN LIMINE*** on:

| | |
|---|---|
| Robert H. Lavitt<br>SCHWERIN, CAMPBELL, BARNARD, IGLITZIN & LAVITT LLP<br>18 W. Mercer Street, Suite 400<br>Seattle, WA 98119-3871<br>Telephone: (206) 257-6004<br>Facsimile: (206) 257-6039<br>Email: lavitt@workerlaw.com<br><br>*Attorney for Plaintiff and Counter-Defendants ILWU and ILWU Locals 8 and 40* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |
| Amy Endo (admitted *pro hac vice*)<br>Eleanor I. Morton (admitted *pro hac vice*)<br>Emily Maglio (admitted *pro hac vice*)<br>LEONARD CARDER, LLP<br>1188 Franklin Street, Suite 201<br>San Francisco, CA 94109<br>Telephone: (415) 771-6400<br>Facsimile: (415) 771-7010<br>Email: aendo@leonardcarder.com<br>emorton@leonardcarder.cm<br>emaglio@leonardcarder.com<br><br>*Attorneys for Plaintiff and Counter-Defendants ILWU and ILWU Locals 8 and 40* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| | |
|---|---|
| Robert S. Remar (admitted *pro hac vice*)<br>LAW OFFICES OF ROBERT REMAR<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109<br>Telephone: (510) 499-1570<br>Facsimile: (415) 775-1302<br>Email: rremar@remarlaw.com<br><br>*Attorney for Plaintiff and Counter-Defendants ILWU and ILWU Locals 8 and 40* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |
| Susan J. Harriman (admitted *pro hac vice*)<br>Daniel Purcell (admitted *pro hac vice*)<br>Brook Dooley (admitted *pro hac vice*)<br>Maya Karwande (admitted *pro hac vice*)<br>Philip J. Tassen (admitted *pro hac vice*)<br>KEKER, VAN NEST & PETERS, LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: sharriman@keker.com<br>dpurcell@keker.com<br>bdooley@keker.com<br>mkarwande@keker.com<br>ptassin@keker.com<br><br>*Attorneys for Plaintiff and Counter-Defendants ILWU and ILWU Locals 8 and 40* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |
| Philip C. Monrad (admitted *pro hac vice*)<br>LEONARD CARDER, LLP<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>Telephone: (510) 272-0169<br>Facsimile: (510) 272-0174<br>Email: pmonrad@leonardcarder.com<br><br>*Attorney for Plaintiff and Counter-Defendant ILWU* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| | |
|---|---|
| Peter Hurtgen (admitted *pro hac vice*)<br>CURLEY, HURTGEN & JOHNSRUD, LLP<br>4400 Bohannon Drive, Suite 230<br>Menlo Park, CA 94025<br>Telephone: (949) 302-9193<br>Facsimile: (650) 323-1002<br>Email: phurtgen@chjllp.com<br><br>*Of Attorney for Defendant ICTSI Oregon, Inc.* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |

s/ Jeffrey S. Eden
Jeffrey S. Eden, OSB #851903

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900