FILED

SEP 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ICTSI OREGON, INC., an Oregon corporation, <br><br> Plaintiff-Respondent, <br><br> v. <br><br> INTERNATIONAL LONGSHORE AND WAREHOUSE UNION; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 8, <br><br> Defendants-Petitioners. | No.   20-80086 <br><br> D.C. No. 3:12-cv-01058-SI District of Oregon, Portland <br><br> ORDER |

Before: O'SCANNLAIN and CHRISTEN, Circuit Judges.

Respondent's motion to file a surreply (Docket Entry No. 6) is granted. The surreply has been filed.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

Respondent's conditional cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is also granted. Within 14 days after the date of this order, respondent shall perfect the cross-appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SC/MOATT