1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF OREGON

3

4   INTERNATIONAL LONGSHORE AND        )
    WAREHOUSE UNION, (ILWU),           )
5                                      )
              Plaintiff,               )      3:12-cr-001058-SI
6                                      )
    vs.                                )      January 15, 2019
7                                      )
    ICTSI OREGON, Inc., an Oregon      )      Portland, Oregon
8   corporation,                       )
                                       )
9              Defendant.              )

10

11               (Telephone Conference)

12             TRANSCRIPT OF PROCEEDINGS

13        BEFORE THE HONORABLE MICHAEL H. SIMON

14          UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

```
1                              APPEARANCES

2
     FOR THE PLAINTIFF:      Daniel Purcell
3                            Maya Karwande
                             Keker, Van Nest & Peters, LLP
4                            633 Battery Street
                             San Francisco, CA 94111
5

6

7    FOR THE DEFENDANT:      Amanda Gamblin
                             Schwabe, Williamson & Wyatt
8                            1211 SW 5th Avenue, Suite 1600
                             Portland, OR 97204
9

10

11

12

13

14

15

16

17

18

19

20

21

22   COURT REPORTER:         Dennis W. Apodaca, RDR, FCRR, CRR
                             United States District Courthouse
23                           1000 SW Third Avenue, Room 301
                             Portland, OR  97204
24                           (503) 326-8182

25
```

3

```
 1                      (January 15, 2019)

 2                    P R O C E E D I N G S

 3             (Open court:)

 4             THE CLERK:  This is the time set for a telephone

 5   conference in civil case 12-1058-SI, ILWU, et al. versus ICTSI,

 6   Oregon Inc.

 7             Counsel, there is a court reporter present, so please

 8   be sure to state your name before you speak.  Here is

 9   Judge Simon.

10             THE COURT:  Good afternoon, everyone.  We are talking

11   about ILWU's motion for reconsideration, Docket 347, and let's

12   just get right into the merits of it.  Normally I am concerned

13   when a motion for reconsideration raises arguments that could

14   have but weren't raised in the earlier briefing.  But let's

15   just get right into the merits.

16             On the jurisdictional disputes, I see that ICTSI has

17   offered to narrow its request only to seek disputes that

18   resulted in formal complaints, such as an NLRB unfair labor

19   practice charge or a Section 10(k) charge or an AFL-CIO

20   Article XX complaint or a court complaint and obviously looking

21   only from 2008 to the present.

22             It seems in its motion for reconsideration that ILWU

23   has identified between 25 and 50 charges that would fit within

24   this category.  Did I understand that correctly?  And if so,

25   why isn't that an acceptable narrowing from the perspective of
```

4

```
 1   ILWU?

 2           Let me ask ILWU first.

 3           MR. PURCELL:  Thank you your.  This is Dan Purcell.

 4   You know, the email from Ms. Gamblin yesterday or the day

 5   before by which this was set up didn't actually relate to the

 6   motion for reconsideration.  It related to certain reserved

 7   deposition topics in the order on the motion to compel and

 8   motion for protective order.  And so my understanding was that

 9   we were here to talk about those five deposition topics, which

10   were the subject of the email.

11           THE COURT:  Is one of those deposition topics related

12   to this jurisdiction dispute issue?

13           MR. PURCELL:  It is not.  The five deposition topics

14   relate to other issues, and I can go through them one at a

15   time.  The jurisdictional dispute issue was a separate topic.

16   That was, I believe, topic seven.

17           THE COURT:  Let's deal with the jurisdictional

18   dispute first and then at the end the call we will turn to the

19   other issues.

20           But why isn't that a fair resolution of this motion

21   for reconsideration?  Just turn over the formal things that

22   appear to be between 25 and 50 in nature.  It looks like what

23   ICTSI is proposing further is that they're just going to ask in

24   an interrogatory that ILWU just simply identify by name and

25   case number the complaint, charge, response, and final
```

1    judgment.  That's far less burdensome that than what was

2    originally asked based upon the original request in my read of

3    the motion for reconsideration.

4              But why isn't this a fair compromise?

5              MR. PURCELL:  Your Honor, I suppose if we are talking

6    about an interrogatory answer and listing 25 to 50 instances of

7    jurisdictional disputes, that that's something we could do.

8              THE COURT:  Okay.  And I take it -- am I reading this

9    correct, ICTSI, Ms. Gamblin, that that's acceptable to ICTSI?

10             MS. GAMBLIN:  Yes, Your Honor, it is.  I would like

11   to just perhaps prevent another call in a week or two.  We have

12   the 30(b)(6) depositions of the International scheduled for

13   January 24th in San Francisco, and the topic of jurisdictional

14   disputes in other courts will need to be handled then.  To the

15   extent we can get this interrogatory issued and response due

16   and documents produced before then, that would help us a lot.

17             THE COURT:  Terrific.  And if you can't, though, if

18   they really can't get this together, then you'll just have to

19   leave open and continue that deposition.

20             MS. GAMBLIN:  Okay.  Thank you, Your Honor.

21             THE COURT:  All right.

22             The second item on the motion for reconsideration

23   related to something that I think you've all called

24   "identifying produced documents."  What's that dispute all

25   about?  It seems, if I'm reading this correctly, that you have

1    got to produce the documents that I identified in our opinion,

2    but now ILWU is saying that that's particularly burdensome.   I

3    get that.

4            But was there some reference to the fact that ILWU

5    has already identified some documents that they refuse to share

6    or further disclose?  Am I understanding that correctly?

7            MS. GAMBLIN:  Would you like me to begin?

8            THE COURT:  Please.

9            MS. GAMBLIN:  Okay.

10           So the topic -- in your order you deferred ruling on

11   topics 2, 8, 10, 13, and 20, and you asked the ILWU to tell you

12   if it would take more than 20 hours to identify the Bates

13   numbers of documents.

14           THE COURT:  Right.

15           MS. GAMBLIN:  Then they submitted a brief to the

16   Court saying that it would take 279.  I took that to mean,

17   therefore, I guess they have a 30(b)(6) question because they

18   are not going to identify the documents for me.  They have said

19   that they don't agree with my conclusions.  So they are

20   refusing to bring a 30(b)(6) deponent on these topics until you

21   rule on whether they have to identify the Bates numbers.

22           Now, the other part of your order was that they

23   needed to -- well, the way I interpreted your order was that

24   they needed to research carrier communications and

25   communications with the Port Commission, and they needed to

1    represent to me that they have produced all responsive

2    documents.

3           So they sent me a letter saying they've done those

4    searches and they've produced all responsive documents.  My

5    response to them was, well, if you have done the search, and

6    you now know what the universe is, can you just give me the

7    Bates number?  And they said, no, we don't have a duty to do

8    so.

9           So I think they have a lot of these Bates numbers

10   kind of at their fingertips from their search terms that they

11   told me they'd done.  So it doesn't seem burdensome to me that

12   they wouldn't just give me the Bates numbers.

13          One of the problems I have is that when I search for

14   documents, if I can't find anything responsive, it may very

15   well be something wrong with my system.  I don't know.  So if

16   they say they gave me the documents, if they could just give me

17   a few Bates numbers, give me a group of Bates number, give me

18   all the Bates numbers, and I can run and see why my searches

19   aren't working, that in of itself would be really helpful to

20   me.  I may find it is my fault or my problem, or I may find

21   that in fact they have not produced all responsive documents.

22   But I can't even evaluate it without some cooperation.

23          THE COURT:  And as I understand it, some of the

24   documents were produced in PFD format that is not text

25   searchable; am I right?  Is that causing part of the problem?

8

1           MS. GAMBLIN:  Yes.

2           THE COURT:  So, Mr. Purcell or Ms. Karwande, I mean,

3   why don't you just give them the Bates numbers that you've

4   already gathered?

5           MR. PURCELL:  Your Honor, this is just not a

6   reasonable discovery request.  We produced all responsive

7   documents to Ms. Gamblin.  The fact that she is purporting to

8   not be able to find them, I'm not sure what is up with that.

9   The issue with documents that don't have load files, those were

10  only a very narrow tranche of documents that were produced in

11  2014.

12          I don't know that any of these documents fall within

13  that category.  The documents produced in 2018 have all

14  required meta data, and so it should be easily searchable.

15  Again, I don't know the universe of these documents and how

16  difficult it would be to provide the Bates numbers, but it

17  seems to me that this is an effort to burden the ILWU by

18  offloading what is normally in a normal case the recovery

19  responsibility of the propounding party to look through the

20  documents and identify what documents relate to what issues and

21  what they want to use at trial.  And here, she is asking us to

22  break down by specific document request the responsive

23  documents.  That's not the usual situation, and it is not

24  reasonable.

25          THE COURT:  Well, after you receive my order --

9

1              MR. PURCELL:  I'm happy to respond to the issue on

2    the deposition topics as well, if Your Honor wants to hear

3    that, or I can wait and talk about that later.

4              THE COURT:  Later.  Let me ask this --

5              MR. PURCELL:  Hold on.  I think Ms. Karwande may have

6    some additional light to shed on this.

7              MS. KARWANDE:  Yes.  This is Ms. Karwande.  I

8    apologize for speaking over you.

9              I would note that the two categories of documents

10   that ICTSI raises in their response to our motion for

11   reconsideration, communications with the carriers and then

12   communications with the Port Commission, ILWU did give ICTSI

13   examples of Bates numbers of documents that we found that were

14   responsive to our searches for those categories.

15             Those Bates numbers were in the declaration of

16   Emily Maglio.  They were submitted to the Court in support of

17   our motion for a protective order in ECF 336.  So we have given

18   ICTSI the information requested when it was available and that

19   could have been used to double-check the searches.

20             THE COURT:  Ms. Karwande, what steps did ILWU take

21   after you received my opinion and order, Docket 343, to confirm

22   that you'd produced all responsive documents?

23             MS. KARWANDE:  My understanding or our interpretation

24   of the order was that it did not require us to sort of do

25   additional searches, but we confirmed, sort of based on our

1    knowledge of the searches that we had done in the past, that

2    any documents that were responsive, any communications with

3    carriers and any communications with the Port of Portland,

4    would have been produced.  There is no reason, unless they were

5    privileged or something like that, that they would have been

6    withheld.

7              THE COURT:  So let me ask a little more precisely.

8    What steps did you do to confirm that you really did produce

9    all responsive documents after you received my --

10             MR. PURCELL:  Your Honor, sorry if I interrupted.

11             THE COURT:  Sure.  Go ahead.

12             MR. PURCELL:  I apologize for that.

13             We went back to the document repositories that we

14   have.  I wasn't involved with that.  That was handled by -- I

15   wasn't personally involved with it.  That was handled, in the

16   first instance, by the client and the lawyers at the Leonard

17   Carder firm, who are co-counsel.  They went back to

18   correspondence files that they maintained, and they assured

19   that everything in those files had been searched and any

20   non-privileged documents had been produced.  There aren't a lot

21   of places where these documents exist, I don't think, and so it

22   wasn't all that difficult, I don't think, for them to confirm

23   that.

24             THE COURT:  What's this issue, from ILWU's

25   perspective, with respect to producing PDFs in a

1    non-text-searchable fashion?  How many documents are we talking

2    about and when they were produced?

3            MR. PURCELL:  I don't know that they are text

4    searchable, Your Honor.  This was dealt with in Ms. Maglio's

5    most recess declaration, Document 348.  It does, I think, allow

6    text search functions.  This is paragraph 7 of Docket 348.

7    Text searches are permissible.  The only thing that it limits

8    is the ability to search from to/from/CC files.

9            THE COURT:  Okay.

10            MR. PURCELL:  In terms of searching "PMA" or

11    searching "Port Commission," anything like that, you certainly

12    could conduct the searches, given the information that we have

13    provided.

14            To answer the rest of Your Honor's question, these

15    were our early productions at the very early stage of the case

16    in 2014, and it affected a total of 1,080 emails.  And this is

17    all in Ms. Maglio's declaration.

18            THE COURT:  Anything further, Ms. Gamblin, on this

19    issue?

20            MS. GAMBLIN:  I think we can agree to disagree on the

21    PDF issue.  In my last letters, in December and January, I have

22    repeatedly asked for PDFs to be reproduced in a searchable

23    format.  I have given them the specific format that's

24    searchable for what exactly they need to produce, because I

25    thought maybe there was confusion.  Anyway, nobody has ever

1    responded to that.

2            THE COURT:  Mr. Purcell, what's ILWU's response to

3    the issues raised in that letter?

4            MR. PURCELL:  Your Honor, again, I didn't know that

5    this issue was going to be before us, so I am not sure that I

6    have a response.

7            I think the issue -- the response would be that

8    Ms. Gamblin's complaint has always been that those files aren't

9    text searchable, and they are.  It is just not correct for her

10   to say that.  It is not correct for her to make a

11   representation to the Court.  It is an effort to make us again

12   reproduce what they already have.  It is a relatively small

13   universe, and they are perfectly capable of text searchings

14   them.  And again, this is only a thousand emails.

15           THE COURT:  Here is what we are going to do on that:

16   I would like you to put your response in writing to this

17   December 2018 letter.  Put it in writing.  Send it to

18   Ms. Gamblin and copy me on it so I can see it.  Take five

19   documents within the range that she is complaining about and by

20   Bates number tell her you have confirmed that they are text

21   searchable.

22           Then, Ms. Gamblin, you tell me afterwards whether

23   they are or are not.  If they are not, we will figure something

24   else to do about it.  But that way we will get the ILWU's

25   response in writing to that and I'd specifically just ask you

1    to find five of them within that research that Ms. Gamblin says

2    are not text searchable.  Mr. Purcell you need to confirm that

3    they really are.  Just pick five of them.  If they are not,

4    then you have got to solve this problem.  If they are, then the

5    problem is back in Ms. Gamblin's court.

6            MR. PURCELL:  Thank you, Your Honor.

7            MS. GAMBLIN:  Thank you, Your Honor.

8            THE COURT:  Now, with respect to the jurisdictional

9    disputes, how long will it take ILWU -- it should be able to be

10   done within a week -- just list out the formal charges that

11   have been filed either with the NLRB, Section 10(k) charges, an

12   AFL-CIO Article XX complaint or a court complaint.  Just

13   identify by case number and name those.  ILWU is telling me

14   that's 25 to 50.  Then just produce copies to ICTSI of the

15   complaint, any response, and any final judgment.  If we're

16   talking about a maximum of 25 to 50, that's not that much

17   paper.

18           Is it much more than that?

19           MR. PURCELL:  Again, I don't know what all is in the

20   file.  But if we are limiting it to a complaint and a response

21   and a final disposition, that's three documents per complaint,

22   or somewhere in that neighborhood.  We would do our best to do

23   that within a week, and we will stay in touch with Ms. Gamblin.

24   So if there is any problem there or any effect on the

25   deposition, she will be fully informed and able to take

1    whatever action she feels she needs to.

2              THE COURT:  All right.  That sound fine to me then.

3              I think what I'm going to do now is just simply state

4    on the record that ILWU's motion for reconsideration,

5    Docket 347, is granted in part and denied in part, as stated on

6    the record in this telephone call.  If there are still further

7    problems, both sides have leave to call them to my attention as

8    you proceed as we have just discussed.

9              Now, was there something else that you all wanted to

10   discuss or that one side wanted to discuss in this telephone

11   call, because my impression, and maybe it was my mistake, it

12   was to talk about the motion for reconsideration as the parties

13   prepared for their upcoming depositions.

14             MS. GAMBLIN:  Yes, Your Honor.  The last issue that

15   we have to resolve is that I requested to take -- in your order

16   on the motion to compel and motion for protective order, you

17   had deferred ruling on whether I could take a 30(b)(6)

18   deposition on topics 2, 8, 10, 13, and 20 until ILWU reported

19   back to you whether it would take 20 or more hours to identify

20   the Bates numbers in the responsive documents, because if I

21   could find the world of responsive documents, I may not need to

22   cover it in a 30(b)(6) deposition.

23             The 30(b)(6) deposition is scheduled for tomorrow and

24   Thursday.  They represented to the Court it would take more

25   than 20 hours.  So I put the topics on my depo. exhibits, and I

1   would like to ask questions on those topics.

2           THE COURT:  And ILWU's position?

3           MR. PURCELL:  Your Honor, if I could respond.  I

4   didn't mean to interrupt.

5           THE COURT:  No.  Go ahead.  I was just going to ask

6   for your position.

7           MR. PURCELL:  Thank you.

8           So just to back up a little bit, let me give you a

9   flavor of what these deposition topics involve and why it

10  creates a burden on ILWU.

11          Topic 2 is communications either with third parties

12  or internally among all the ILWU members about the disputed

13  work, the reefer work, or production generally at Terminal 6.

14          Similarly, topic 6 is communications either with

15  third parties or internally about the continuation or cessation

16  of ocean carrier calls, basically ocean carrier business at the

17  Port.  That's a little narrower, but still extremely broad.

18          So when Your Honor reserved ruling on these, you

19  directed us to tell whether it would take more than 20 hours to

20  identify all Bates numbers of responsive documents in these

21  categories.  The answer, unsurprisingly, is yes, because we are

22  talking about documents that essentially encompass the entire

23  scope of the case.  If you are talking about the disputed work

24  or production at Terminal 6, that gets close to being

25  all-encompassing.

1          So, yeah, it will take us longer than 20 hours.  We

2    did not understand that if we made that representation, the

3    fallback was for Ms. Gamblin to take a 30(b)(6) deposition

4    because obviously the pain and burden of producing and

5    preparing a witness is going to be just the same, if not more,

6    to the extent Ms. Gamblin is asking us to sort of have a

7    witness digest and then repeat back the entire factual record

8    of discovery in this case and every single instance where there

9    was a communication about reefers or production or about

10   carriers, that's just not possible.

11         The idea that you would have to prepare a witness on

12   that, when it has been the subject of pretty much every

13   deposition in the case already, in addition to all of the

14   document production, just does not seem reasonable to us.  As I

15   said at the very start of the call, that's what I thought the

16   subject matter of today's call primarily because those were the

17   issues in Ms. Gamblin's email, and we would again renew our

18   request for a productive order on those topics.

19         THE COURT:  Ms. Gamblin, I do think that Mr. Purcell

20   pretty much accurately reflects my intention on my ruling on

21   page 30, and so your response.

22         MS. GAMBLIN:  Right.  Okay.  So if you've got your

23   ruling on page 30 out, I do as well.  The way I interpreted

24   that ruling was you were going to defer ruling on whether I

25   could address these topics until you heard whether it would

1    take no more than 20 hours.  It is going to take them more than

2    20 hours.  So I suppose perhaps this may be the time to make

3    the ruling.

4            Do they need, despite how long it is going to take,

5    provide Bates numbers of responsive documents, or do I get to

6    address them in the 30(b)(6) deposition?  One of the issues

7    that we've been having that you have heard a lot about is

8    communications with carriers and communications about the

9    carriers continuing are no longer calling on T6.

10           When we run our searches, we are not finding

11   communications with carriers that are actually from an ILWU

12   server, but it has an ILWU Bates number on it, and we're

13   confused, No. 1, why they have that document; and No. 2, you

14   know, how they're producing to us documents that they are not a

15   party to?  They are not even on the email.  ILWU isn't on the

16   email.  Then when you look at the documents on which ILWU is

17   actually on an email and it's a communication with a carrier,

18   there are five, two of which don't have attachments.

19           So we have been inquiring.  We continue to correspond

20   weekly on these things.  I just learned yesterday that, well,

21   the reason is because these are all documents that the PMA gave

22   the ILWU.

23           THE COURT:  All right.

24           MS. GAMBLIN:  So one of the things I'm trying to

25   figure out is why don't you have any communications with the

1    carriers.  That just seems illogical.  And the response I get

2    is, "Well, we've given you everything, and that's all we have

3    to tell you."

4              THE COURT:  All right.  Here is what we are going to

5    do, and I'm going to take a middle ground on this issue.  And

6    that is this:  Normally in a 30(b)(6) deposition, if a

7    propounder of the request asks with painstaking specificity for

8    an answer, then there is a great deal of responsibility placed

9    on the respondent to make sure that a witness is fully prepared

10   to give a thorough, accurate, and complete answer.

11             In light of the number of hours that it will take to

12   identify some of these documents, as we have already talked

13   about and now as ILWU has explained, I am going to be quite

14   reasonable and not particularly demanding of ILWU if it turns

15   out that some of the answers to the questions placed to a

16   30(b)(6) witness is simply, "I don't know."  I would not likely

17   then find that ILWU is in breach of its obligation to

18   adequately prepare a 30(b)(6) witness.

19             But that said, I am also not prepared now to take off

20   the table these topics, which means that at the upcoming

21   30(b)(6) deposition or depositions, ICTSI is allowed to ask the

22   questions that Ms. Gamblin has just identified and described

23   and that's identified in topics 2, 8, 10, 13, and 20.

24             To the extent that some of those questions may be

25   processed-related questions as opposed to substantive

1    questions, I would expect the witnesses probably will be able

2    to answer them.  However, if a witness under oath and in good

3    faith responds to a question by saying, "I really don't know,"

4    then I will not likely be particularly sympathetic to a motion

5    for sanctions or contempt or anything else along those lines

6    that the witness was not adequately prepared.

7         But I am going to allow the questions to be asked.

8    The witnesses will have to answer to the best of their

9    knowledge.  And as I said, where they know, they have to give

10   truthful answers in good faith.  Where they don't know, they

11   are free to say, "I don't know."

12        Does that give sufficient guidance to both sides?

13        I will start with Ms. Gamblin.

14        MS. GAMBLIN:  Yes, Your Honor.  Thank you.

15        THE COURT:  Mr. Purcell and Ms. Karwande, does that

16   give your client sufficient guidance?

17        MR. PURCELL:  I think so, Your Honor.  We will do our

18   best, and we will work with that guidance and get the witnesses

19   ready for depositions tomorrow and Thursday.  If I could just

20   say, because I don't want this impression hanging out there,

21   there are very, very few communications between the ILWU and

22   carriers directly.  That's why there aren't all that many in

23   the production.  And yes, it is the case that PMA sometimes

24   forwarded its communication with its carriers onto the ILWU.

25   They were in our files, and so we have to produce anything in

20

1   our files, and we did so.  It is not mysterious.  I respect

2   that Ms. Gamblin may be puzzled and may think there should be

3   more, but there just aren't more.

4           In any event, the issue of carrier communications is

5   something that will be spoken to by the ILWU International

6   designee's primarily because that was the entity that had

7   communications to the extent they existed.

8           THE COURT:  All right.  Very good.

9           Obviously I don't know what the actual facts are.  I

10  appreciate your comments.  But as you all know and understand,

11  a federal court trial is not a trial by ambush.  Everybody is

12  entitled to know what the other side knows, and so it sounds

13  like we've got a game plan going forward.  I wish both sides

14  well at your upcoming depositions.

15          MR. PURCELL:  Thank you.

16          MS. GAMBLIN:  Thank you.

17          THE COURT:  Anything else we need to talk about at

18  this time?

19          MR. PURCELL:  No, Your Honor.

20          MS. GAMBLIN:  No, Your Honor.

21          MS. KARWANDE:  No.

22          THE COURT:  Thank you.  Have a good day, everybody.

23          (End of proceedings.)

24

25

21

--oOo--

        I certify, by signing below, that the foregoing is a

correct transcript of the record of proceedings in the

above-entitled cause.  A transcript without an original

signature, conformed signature, or digitally signed signature

is not certified.

/s/ Dennis W. Apodaca                          11/5/2020
DENNIS W. APODACA, RDR, RMR, FCRR, CRR         DATE
Official Court Reporter

MR. PURCELL: **[18]**  4/2 4/12 5/4 8/4 8/25 9/4 10/9 10/11 11/2 11/9 12/3 13/5 13/18 15/2 15/6 19/16 20/14 20/18
MS. GAMBLIN: **[14]**  5/9 5/19 6/6 6/8 6/14 7/25 11/19 13/6 14/13 16/21 17/23 19/13 20/15 20/19
MS. KARWANDE: **[3]**  9/6 9/22 20/20
THE CLERK: **[1]**  3/3
THE COURT: **[31]**

-

--oOo **[1]**  21/3

/

/s **[1]**  21/10

# 1

**1,080 [1]**  11/16
**10 [5]**  3/19 6/11 13/11 14/18 18/23
**1000 [1]**  2/23
**12-1058-SI [1]**  3/5
**1211 [1]**  2/8
**13 [3]**  6/11 14/18 18/23
**15 [2]**  1/6 3/1
**1600 [1]**  2/8

# 2

**20 [10]**  6/11 6/12 14/18 14/19 14/25 15/19 16/1 17/1 17/2 18/23
**2008 [1]**  3/21
**2014 [2]**  8/11 11/16
**2018 [2]**  8/13 12/17
**2019 [2]**  1/6 3/1
**25 [5]**  3/23 4/22 5/6 13/14 13/16
**279 [1]**  6/16

# 3

**30 [14]**  5/12 6/17 6/20 14/17 14/22 14/23 16/3 16/21 16/23 17/6 18/6 18/16 18/18 18/21
**301 [1]**  2/23
**326-8182 [1]**  2/24
**336 [1]**  9/17
**343 [1]**  9/21
**347 [2]**  3/11 14/5
**348 [2]**  11/5 11/6
**3:12-cr-001058-SI [1]**  1/5

# 5

**50 [5]**  3/23 4/22 5/6 13/14 13/16
**503 [1]**  2/24
**5th [1]**  2/8

# 6

**633 [1]**  2/4

# 8

**8182 [1]**  2/24

# 9

**94111 [1]**  2/4
**97204 [2]**  2/8 2/23

# A

**ability [1]**  11/8
**able [4]**  8/8 13/9 13/25 19/1
**about [20]**  3/11 4/9 5/6 5/25 9/3 11/2 12/19 12/24 13/16 14/12 15/12 15/15 15/22 15/23 16/9 16/9 17/7 17/8 18/13 20/17
**above [1]**  21/7
**above-entitled [1]**  21/7
**acceptable [2]**  3/25 5/9
**accurate [1]**  18/10
**accurately [1]**  16/20
**action [1]**  14/1
**actual [1]**  20/9
**actually [3]**  4/5 17/11 17/17

**addition [1]**  16/13
**additional [2]**  9/6 9/25
**address [2]**  16/25 17/6
**adequately [2]**  18/18 19/6
**affected [1]**  11/16
**AFL [2]**  3/19 13/12
**AFL-CIO [2]**  3/19 13/12
**after [3]**  8/25 9/21 10/9
**afternoon [1]**  3/10
**afterwards [1]**  12/22
**again [6]**  8/15 12/4 12/11 12/14 13/19 16/17
**agree [2]**  6/19 11/20
**ahead [2]**  10/11 15/5
**al [1]**  3/5
**all [27]**
**all-encompassing [1]**  15/25
**allow [2]**  11/5 19/7
**allowed [1]**  18/21
**along [1]**  19/5
**already [5]**  6/5 8/4 12/12 16/13 18/12
**also [1]**  18/19
**always [1]**  12/8
**am [8]**  3/12 5/8 6/6 7/25 12/5 18/13 18/19 19/7
**Amanda [1]**  2/7
**ambush [1]**  20/11
**among [1]**  15/12
**another [1]**  5/11
**answer [7]**  5/6 11/14 15/21 18/8 18/10 19/2 19/8
**answers [2]**  18/15 19/10
**any [11]**  8/12 10/2 10/2 10/3 10/19 13/15 13/15 13/24 13/24 17/25 20/4
**anything [6]**  7/14 11/11 11/18 19/5 19/25 20/17
**Anyway [1]**  11/25
**Apodaca [3]**  2/22 21/10 21/11
**apologize [2]**  9/8 10/12
**appear [1]**  4/22
**APPEARANCES [2]**  2/1
**appreciate [1]**  20/10
**are [34]**
**aren't [5]**  7/19 10/20 12/8 19/22 20/3
**arguments [1]**  3/13
**Article [2]**  3/20 13/12
**Article XX [1]**  3/20
**as [14]**  3/18 7/23 9/2 14/5 14/7 14/8 14/12 16/14 16/23 18/12 18/13 18/25 19/9 20/10
**ask [8]**  4/2 4/23 9/4 10/7 12/25 15/1 15/5 18/21
**asked [4]**  5/2 6/11 11/22 19/7
**asking [2]**  8/21 16/6
**asks [1]**  18/7
**assured [1]**  10/18
**attachments [1]**  17/18
**attention [1]**  14/7
**available [1]**  9/18
**Avenue [2]**  2/8 2/23

# B

**back [6]**  10/13 10/17 13/5 14/19 15/8 16/7
**based [2]**  5/2 9/25
**basically [1]**  15/16
**Bates [17]**  6/12 6/21 7/7 7/9 7/12 7/17 7/17 7/18 8/3 8/16 9/13 9/15 12/20 14/20 15/20 17/25 17/12
**Battery [1]**  2/4
**be [24]**
**because [10]**  6/17 11/24 14/11 14/20 15/21 16/4 16/16 17/21 19/20 20/6
**been [10]**  9/19 10/4 10/5 10/19 10/20 12/8 13/11 16/12 17/7 17/19
**before [5]**  1/13 3/8 4/5 5/16 12/5
**begin [1]**  6/7
**being [1]**  15/24
**believe [1]**  4/16
**below [1]**  21/5
**best [3]**  13/22 19/8 19/18

**B**

**between [3]**  3/23 4/22 19/21
**bit [1]**  15/8
**both [3]**  14/7 19/12 20/13
**breach [1]**  18/17
**break [1]**  8/22
**brief [1]**  6/15
**briefing [1]**  3/14
**bring [1]**  6/20
**broad [1]**  15/17
**burden [3]**  8/17 15/10 16/4
**burdensome [3]**  5/1 6/2 7/11
**business [1]**  15/16

**C**

**CA [1]**  2/4
**call [7]**  4/18 5/11 14/6 14/7 14/11 16/15 16/16
**called [1]**  5/23
**calling [1]**  17/9
**calls [1]**  15/16
**can [7]**  4/14 5/15 7/6 7/18 9/3 11/20 12/18
**can't [4]**  5/17 5/18 7/14 7/22
**capable [1]**  12/13
**Carder [1]**  10/17
**carrier [5]**  6/24 15/16 15/16 17/17 20/4
**carriers [9]**  9/11 10/3 16/10 17/8 17/9 17/11 18/1 19/22 19/24
**case [9]**  3/5 4/25 8/18 11/15 13/13 15/23 16/8 16/13 19/23
**categories [3]**  9/9 9/14 15/21
**category [2]**  3/24 8/13
**cause [1]**  21/7
**causing [1]**  7/25
**CC [1]**  11/8
**certain [1]**  4/6
**certainly [1]**  11/11
**certified [1]**  21/9
**certify [1]**  21/5
**cessation [1]**  15/15
**charge [3]**  3/19 3/19 4/25
**charges [3]**  3/23 13/10 13/11
**check [1]**  9/19
**CIO [2]**  3/19 13/12
**civil [1]**  3/5
**client [2]**  10/16 19/16
**close [1]**  15/24
**co [1]**  10/17
**co-counsel [1]**  10/17
**comments [1]**  20/10
**Commission [3]**  6/25 9/12 11/11
**communication [3]**  16/9 17/17 19/24
**communications [15]**  6/24 6/25 9/11 9/12 10/2 10/3 15/11 15/14 17/8 17/8 17/11 17/25 19/21 20/4 20/7
**compel [2]**  4/7 14/16
**complaining [1]**  12/19
**complaint [9]**  3/20 3/20 4/25 12/8 13/12 13/12 13/15 13/20 13/21
**complaints [1]**  3/18
**complete [1]**  18/10
**compromise [1]**  5/4
**concerned [1]**  3/12
**conclusions [1]**  6/19
**conduct [1]**  11/12
**conference [2]**  1/11 3/5
**confirm [4]**  9/21 10/8 10/22 13/2
**confirmed [2]**  9/25 12/20
**conformed [1]**  21/8
**confused [1]**  17/13
**confusion [1]**  11/25
**contempt [1]**  19/5
**continuation [1]**  15/15
**continue [2]**  5/19 17/19
**continuing [1]**  17/9
**cooperation [1]**  7/22

**copies [1]**  13/14
**copy [1]**  12/18
**corporation [1]**  1/8
**correct [4]**  5/9 12/9 12/10 21/6
**correctly [3]**  3/24 5/25 6/6
**correspond [1]**  17/19
**correspondence [1]**  10/18
**could [10]**  3/13 5/7 7/16 9/19 11/12 14/17 14/21 15/3 16/25 19/19
**counsel [2]**  3/7 10/17
**court [14]**  1/1 1/14 2/22 3/3 3/7 3/20 6/16 9/16 12/11 13/5 13/12 14/24 20/11 21/11
**Courthouse [1]**  2/22
**courts [1]**  5/14
**cover [1]**  14/22
**cr [1]**  1/5
**creates [1]**  15/10
**CRR [2]**  2/22 21/11

**D**

**Dan [1]**  4/3
**Daniel [1]**  2/2
**data [1]**  8/14
**DATE [1]**  21/11
**day [2]**  4/4 20/22
**deal [2]**  4/17 18/8
**dealt [1]**  11/4
**December [2]**  11/21 12/17
**December 2018 [1]**  12/17
**declaration [3]**  9/15 11/5 11/17
**defer [1]**  16/24
**Defendant [2]**  1/9 2/7
**defer [1]**  16/24
**deferred [2]**  6/10 14/17
**demanding [1]**  18/14
**denied [1]**  14/5
**Dennis [3]**  2/22 21/10 21/11
**depo [1]**  14/25
**deponent [1]**  6/20
**deposition [16]**  4/7 4/9 4/11 4/13 5/19 9/2 13/25 14/18 14/22 14/23 15/9 16/3 16/13 17/6 18/6 18/21
**depositions [5]**  5/12 14/13 18/21 19/19 20/14
**described [1]**  18/22
**designee's [1]**  20/6
**despite [1]**  17/4
**did [8]**  3/24 9/12 9/20 9/24 10/8 10/8 16/2 20/1
**didn't [3]**  4/5 12/4 15/4
**difficult [2]**  8/16 10/22
**digest [1]**  16/7
**digitally [1]**  21/8
**directed [1]**  15/19
**directly [1]**  19/22
**disagree [1]**  11/20
**disclose [1]**  6/6
**discovery [2]**  8/6 16/8
**discuss [2]**  14/10 14/10
**discussed [1]**  14/8
**disposition [1]**  13/21
**dispute [4]**  4/12 4/15 4/18 5/24
**disputed [2]**  15/12 15/23
**disputes [5]**  3/16 3/17 5/7 5/14 13/9
**DISTRICT [4]**  1/1 1/2 1/14 2/22
**do [15]**  5/7 7/7 9/24 10/8 12/15 12/24 13/22 13/22 14/3 16/19 16/23 17/4 17/5 18/5 19/17
**Docket [4]**  3/11 9/21 11/6 14/5
**Docket 347 [1]**  14/5
**document [5]**  8/22 10/13 11/5 16/14 17/13
**documents [40]**
**does [4]**  11/5 16/14 19/12 19/15
**doesn't [1]**  7/11
**don't [19]**  6/19 7/7 7/15 8/3 8/9 8/12 8/15 10/21 10/22 11/3 13/19 17/18 17/25 18/16 19/3 19/10 19/11 19/20 20/9
**done [5]**  7/3 7/5 7/11 10/1 13/10
**double [1]**  9/19

**D**

double-check [1]  9/19
down [1]  8/22
due [1]  5/15
duty [1]  7/7

**E**

earlier [1]  3/14
early [2]  11/15 11/15
easily [1]  8/14
ECF [1]  9/17
effect [1]  13/24
effort [2]  8/17 12/11
either [3]  13/11 15/11 15/14
else [4]  12/24 14/9 19/5 20/17
email [6]  4/4 4/10 16/17 17/15 17/16 17/17
emails [2]  11/16 12/14
Emily [1]  9/16
Emily Maglio [1]  9/16
encompass [1]  15/22
encompassing [1]  15/25
end [2]  4/18 20/23
entire [2]  15/22 16/7
entitled [2]  20/12 21/7
entity [1]  20/6
essentially [1]  15/22
et [1]  3/5
evaluate [1]  7/22
even [2]  7/22 17/15
event [1]  20/4
ever [1]  11/25
every [2]  16/8 16/12
everybody [2]  20/11 20/22
everyone [1]  3/10
everything [2]  10/19 18/2
exactly [1]  11/24
examples [1]  9/13
exhibits [1]  14/25
exist [1]  10/21
existed [1]  20/7
expect [1]  19/1
explained [1]  18/13
extent [4]  5/15 16/6 18/24 20/7
extremely [1]  15/17

**F**

fact [3]  6/4 7/21 8/7
facts [1]  20/9
factual [1]  16/7
fair [2]  4/20 5/4
faith [2]  19/3 19/10
fall [1]  8/12
fallback [1]  16/3
far [1]  5/1
fashion [1]  11/1
fault [1]  7/20
FCRR [2]  2/22 21/11
federal [1]  20/11
feels [1]  14/1
few [2]  7/17 19/21
figure [2]  12/23 17/25
file [1]  13/20
filed [1]  13/11
files [7]  8/9 10/18 10/19 11/8 12/8 19/25 20/1
final [3]  4/25 13/15 13/21
find [7]  7/14 7/20 7/20 8/8 13/1 14/21 18/17
finding [1]  17/10
fine [1]  14/2
fingertips [1]  7/10
firm [1]  10/17
first [3]  4/2 4/18 10/16
fit [1]  3/23

**five** [6]  4/9 4/13 12/18 13/1 13/3 17/18
flavor [1]  15/9
foregoing [1]  21/5
formal [3]  3/18 4/21 13/10
format [3]  7/24 11/23 11/23
forward [1]  20/13
forwarded [1]  19/24
found [1]  9/13
Francisco [2]  2/4 5/13
free [1]  19/11
fully [2]  13/25 18/9
functions [1]  11/6
further [4]  4/23 6/6 11/18 14/6

**G**

Gamblin [15]  2/7 4/4 5/9 8/7 11/18 12/18 12/22 13/1 13/23 16/3
  16/6 16/19 18/22 19/13 20/2
Gamblin's [3]  12/8 13/5 16/17
game [1]  20/13
gathered [1]  8/4
gave [2]  7/16 17/21
generally [1]  15/13
get [9]  3/12 3/15 5/15 5/18 6/3 12/24 17/5 18/1 19/18
gets [1]  15/24
give [12]  7/6 7/12 7/16 7/17 7/17 8/3 9/12 15/8 18/10 19/9 19/12
  19/16
given [4]  9/17 11/12 11/23 18/2
go [3]  4/14 10/11 15/5
going [15]  4/23 6/18 12/5 12/15 14/3 15/5 16/5 16/24 17/1 17/4
  18/4 18/5 18/13 19/7 20/13
good [5]  3/10 19/2 19/10 20/8 20/22
got [4]  6/1 13/4 16/22 20/13
granted [1]  14/5
great [1]  18/8
ground [1]  18/5
group [1]  7/17
guess [1]  6/17
guidance [3]  19/12 19/16 19/18

**H**

had [5]  10/1 10/19 10/20 14/17 20/6
handled [3]  5/14 10/14 10/15
hanging [1]  19/20
happy [1]  9/1
has [9]  3/16 3/23 6/5 11/25 12/8 16/12 17/12 18/13 18/22
have [45]
having [1]  17/7
hear [1]  9/2
heard [2]  16/25 17/7
help [1]  5/16
helpful [1]  7/19
her [3]  12/9 12/10 12/20
here [5]  3/8 4/9 8/21 12/15 18/4
Hold [1]  9/5
Honor [17]  5/5 5/10 5/20 8/5 9/2 10/10 11/4 12/4 13/6 13/7
  14/14 15/3 15/18 19/14 19/17 20/19 20/20
Honor's [1]  11/14
HONORABLE [1]  1/13
hours [8]  6/12 14/19 14/25 15/19 16/1 17/1 17/2 18/11
how [5]  8/15 11/1 13/9 17/4 17/14
However [1]  19/2

**I**

I'd [1]  12/25
I'm [6]  5/25 8/8 9/1 14/3 17/24 18/5
ICTSI [11]  1/7 3/5 3/16 4/23 5/9 5/9 9/10 9/12 9/18 13/14 18/21
idea [1]  16/11
identified [5]  3/23 6/1 6/5 18/22 18/23
identify [9]  4/24 6/12 6/18 6/21 8/20 13/13 14/19 15/20 18/12
identifying [1]  5/24
illogical [1]  18/1
ILWU [28]
ILWU's [6]  3/11 10/24 12/2 12/24 14/4 15/2

**I**

**impression [2]** 14/11 19/20
**Inc [2]** 1/7 3/6
**information [2]** 9/18 11/12
**informed [1]** 13/25
**inquiring [1]** 17/19
**instance [2]** 10/16 16/8
**instances [1]** 5/6
**intention [1]** 16/20
**internally [2]** 15/12 15/15
**INTERNATIONAL [3]** 1/4 5/12 20/5
**interpretation [1]** 9/23
**interpreted [2]** 6/23 16/23
**interrogatory [3]** 4/24 5/6 5/15
**interrupt [1]** 15/4
**interrupted [1]** 10/10
**involve [1]** 15/9
**involved [2]** 10/14 10/15
**is [69]**
**isn't [4]** 3/25 4/20 5/4 17/15
**issue [12]** 4/12 4/15 8/9 9/1 10/24 11/9 11/21 12/5 12/7 14/14 18/5 20/4
**issued [1]** 5/15
**issues [6]** 4/14 4/19 8/20 12/3 16/17 17/6
**it [58]**
**it's [1]** 17/17
**item [1]** 5/22
**its [5]** 3/17 3/22 18/17 19/24 19/24
**itself [1]** 7/19

**J**

**January [4]** 1/6 3/1 5/13 11/21
**January 24th in [1]** 5/13
**JUDGE [2]** 1/14 3/9
**Judge Simon [1]** 3/9
**judgment [2]** 5/1 13/15
**jurisdiction [1]** 4/12
**jurisdictional [6]** 3/16 4/15 4/17 5/7 5/13 13/8
**just [30]**

**K**

**Karwande [6]** 2/3 8/2 9/5 9/7 9/20 19/15
**Keker [1]** 2/3
**kind [1]** 7/10
**know [17]** 4/4 7/6 7/15 8/12 8/15 11/3 12/4 13/19 17/14 18/16 19/3 19/9 19/10 19/11 20/9 20/10 20/12
**knowledge [2]** 10/1 19/9
**knows [1]** 20/12

**L**

**labor [1]** 3/18
**last [2]** 11/21 14/14
**later [2]** 9/3 9/4
**lawyers [1]** 10/16
**learned [1]** 17/20
**leave [2]** 5/19 14/7
**Leonard [1]** 10/16
**less [1]** 5/1
**let [4]** 4/2 9/4 10/7 15/8
**let's [3]** 3/11 3/14 4/17
**letter [3]** 7/3 12/3 12/17
**letters [1]** 11/21
**light [2]** 9/6 18/11
**like [8]** 4/22 5/10 6/7 10/5 11/1 12/16 15/1 20/13
**likely [2]** 18/16 19/4
**limiting [1]** 13/20
**limits [1]** 11/7
**lines [1]** 19/5
**list [1]** 13/10
**listing [1]** 5/6
**little [3]** 10/7 15/8 15/17
**LLP [1]** 2/3

**load [1]** 8/9
**long [2]** 13/9 17/4
**longer [2]** 16/1 17/9
**LONGSHORE [1]** 1/4
**look [2]** 8/19 17/16
**looking [1]** 3/20
**looks [1]** 4/22
**lot [4]** 5/16 7/9 10/20 17/7

**M**

**made [1]** 16/2
**Maglio [1]** 9/16
**Maglio's [2]** 11/4 11/17
**maintained [1]** 10/18
**make [4]** 12/10 12/11 17/2 18/9
**many [2]** 11/1 19/22
**matter [1]** 16/16
**maximum [1]** 13/16
**may [9]** 7/14 7/20 7/20 9/5 14/21 17/2 18/24 20/2 20/2
**Maya [1]** 2/3
**maybe [2]** 11/25 14/11
**me [22]**
**mean [3]** 6/16 8/2 15/4
**means [1]** 18/20
**members [1]** 15/12
**merits [2]** 3/12 3/15
**meta [1]** 8/14
**MICHAEL [1]** 1/13
**middle [1]** 18/5
**mistake [1]** 14/11
**more [11]** 6/12 10/7 13/18 14/19 14/24 15/19 16/5 17/1 17/1 20/3 20/3
**most [1]** 11/5
**motion [16]** 3/11 3/13 3/22 4/6 4/7 4/8 4/20 5/3 5/22 9/10 9/17 14/4 14/12 14/16 14/16 19/4
**Mr. [5]** 8/2 12/2 13/2 16/19 19/15
**Mr. Purcell [5]** 8/2 12/2 13/2 16/19 19/15
**Ms [1]** 9/7
**Ms. [23]**
**Ms. Gamblin [14]** 4/4 5/9 8/7 11/18 12/18 12/22 13/1 13/23 16/3 16/6 16/19 18/22 19/13 20/2
**Ms. Gamblin's [3]** 12/8 13/5 16/17
**Ms. Karwande [4]** 8/2 9/5 9/20 19/15
**Ms. Maglio's [2]** 11/4 11/17
**much [4]** 13/16 13/18 16/12 16/20
**my [19]** 4/8 5/2 6/19 7/4 7/15 7/18 7/20 7/20 8/25 9/21 9/23 10/9 11/21 14/7 14/11 14/11 14/25 16/20 16/20
**mysterious [1]** 20/1

**N**

**name [3]** 3/8 4/24 13/13
**narrow [2]** 3/17 8/10
**narrower [1]** 15/17
**narrowing [1]** 3/25
**nature [1]** 4/22
**need [6]** 5/14 11/24 13/2 14/21 17/4 20/17
**needed [3]** 6/23 6/24 6/25
**needs [1]** 14/1
**neighborhood [1]** 13/22
**Nest [1]** 2/3
**NLRB [2]** 3/18 13/11
**no [9]** 7/7 10/4 15/5 17/1 17/9 17/13 20/19 20/20 20/21
**No. [1]** 17/13
**No. 2 [1]** 17/13
**nobody [1]** 11/25
**non [2]** 10/20 11/1
**non-privileged [1]** 10/20
**non-text-searchable [1]** 11/1
**normal [1]** 8/18
**normally [3]** 3/12 8/18 18/6
**not [34]**
**note [1]** 9/9
**now [8]** 6/2 6/22 7/6 13/8 14/3 14/9 18/13 18/19

**N**

**number [7]** 4/25 7/7 7/17 12/20 13/13 17/12 18/11
**numbers [13]** 6/13 6/21 7/9 7/12 7/17 7/18 8/3 8/16 9/13 9/15 14/20 15/20 17/5

**O**

**oath [1]** 19/2
**obligation [1]** 18/17
**obviously [3]** 3/20 16/4 20/9
**ocean [2]** 15/16 15/16
**off [1]** 18/19
**offered [1]** 3/17
**Official [1]** 21/11
**offloading [1]** 8/18
**Okay [5]** 5/8 5/20 6/9 11/9 16/22
**one [6]** 4/11 4/14 7/13 14/10 17/6 17/24
**only [5]** 3/17 3/21 8/10 11/7 12/14
**oOo [1]** 21/3
**open [2]** 3/3 5/19
**opinion [2]** 6/1 9/21
**opposed [1]** 18/25
**order [12]** 4/7 4/8 6/10 6/22 6/23 8/25 9/17 9/21 9/24 14/15 14/16 16/18
**OREGON [5]** 1/2 1/7 1/7 1/7 3/6
**original [2]** 5/2 21/7
**originally [1]** 5/2
**other [5]** 4/14 4/19 5/14 6/22 20/12
**our [13]** 6/1 9/10 9/14 9/17 9/23 9/25 11/15 13/22 16/17 17/10 19/17 19/25 20/1
**out [5]** 13/10 16/23 17/25 18/15 19/20
**over [2]** 4/21 9/8

**P**

**page [2]** 16/21 16/23
**pain [1]** 16/4
**painstaking [1]** 18/7
**paper [1]** 13/17
**paragraph [1]** 11/6
**part [4]** 6/22 7/25 14/5 14/5
**particularly [3]** 6/2 18/14 19/4
**parties [3]** 14/12 15/11 15/15
**party [2]** 8/19 17/15
**past [1]** 10/1
**PDF [1]** 11/21
**PDFs [2]** 10/25 11/22
**per [1]** 13/21
**perfectly [1]** 12/13
**perhaps [2]** 5/11 17/2
**permissible [1]** 11/7
**personally [1]** 10/15
**perspective [2]** 3/25 10/25
**Peters [1]** 2/3
**PFD [1]** 7/24
**pick [1]** 13/3
**placed [2]** 18/8 18/15
**places [1]** 10/21
**Plaintiff [2]** 1/5 2/2
**plan [1]** 20/13
**please [2]** 3/7 6/8
**PMA [3]** 11/10 17/21 19/23
**Port [5]** 6/25 9/12 10/3 11/11 15/17
**Portland [4]** 1/7 2/8 2/23 10/3
**position [2]** 15/2 15/6
**possible [1]** 16/10
**practice [1]** 3/19
**precisely [1]** 10/7
**prepare [2]** 16/11 18/18
**prepared [4]** 14/13 18/9 18/19 19/6
**preparing [1]** 16/5
**present [2]** 3/7 3/21
**pretty [2]** 16/12 16/20
**prevent [1]** 5/11

**primarily [2]** 16/16 20/6
**privileged [2]** 10/5 10/20
**probably [1]** 19/1
**problem [5]** 7/20 7/25 13/4 13/5 13/24
**problems [2]** 7/13 14/7
**proceed [1]** 14/8
**proceedings [3]** 1/12 20/23 21/6
**processed [1]** 18/25
**processed-related [1]** 18/25
**produce [5]** 6/1 10/8 11/24 13/14 19/25
**produced [13]** 5/16 5/24 7/1 7/4 7/21 7/24 8/6 8/10 8/13 9/22 10/4 10/20 11/2
**producing [3]** 10/25 16/4 17/14
**production [5]** 15/13 15/24 16/9 16/14 19/23
**productions [1]** 11/15
**productive [1]** 16/18
**proposing [1]** 4/23
**propounder [1]** 18/7
**propounding [1]** 8/19
**protective [3]** 4/8 9/17 14/16
**provide [2]** 8/16 17/5
**provided [1]** 11/13
**Purcell [7]** 2/2 4/3 8/2 12/2 13/2 16/19 19/15
**purporting [1]** 8/7
**put [3]** 12/16 12/17 14/25
**puzzled [1]** 20/2

**Q**

**question [3]** 6/17 11/14 19/3
**questions [7]** 15/1 18/15 18/22 18/24 18/25 19/1 19/7
**quite [1]** 18/13

**R**

**raised [2]** 3/14 12/3
**raises [2]** 3/13 9/10
**range [1]** 12/19
**RDR [2]** 2/22 21/11
**read [1]** 5/2
**reading [2]** 5/8 5/25
**ready [1]** 19/19
**really [5]** 5/18 7/19 10/8 13/3 19/3
**reason [2]** 10/4 17/21
**reasonable [4]** 8/6 8/24 16/14 18/14
**receive [1]** 8/25
**received [2]** 9/21 10/9
**recess [1]** 11/5
**reconsideration [10]** 3/11 3/13 3/22 4/6 4/21 5/3 5/22 9/11 14/4 14/12
**record [4]** 14/4 14/6 16/7 21/6
**recovery [1]** 8/18
**reefer [1]** 15/13
**reefers [1]** 16/9
**reference [1]** 6/4
**reflects [1]** 16/20
**refuse [1]** 6/5
**refusing [1]** 6/20
**relate [3]** 4/5 4/14 8/20
**related [4]** 4/6 4/11 5/23 18/25
**relatively [1]** 12/12
**renew [1]** 16/17
**repeat [1]** 16/7
**repeatedly [1]** 11/22
**reported [1]** 14/18
**reporter [3]** 2/22 3/7 21/11
**repositories [1]** 10/13
**represent [1]** 7/1
**representation [2]** 12/11 16/2
**represented [1]** 14/24
**reproduce [1]** 12/12
**reproduced [1]** 11/22
**request [6]** 3/17 5/2 8/6 8/22 16/18 18/7
**requested [2]** 9/18 14/15
**require [1]** 9/24

## R

required [1]  8/14
research [2]  6/24 13/1
reserved [2]  4/6 15/18
resolution [1]  4/20
resolve [1]  14/15
respect [3]  10/25 13/8 20/1
respond [2]  9/1 15/3
responded [1]  12/1
respondent [1]  18/9
responds [1]  19/3
response [13]  4/25 5/15 7/5 9/10 12/2 12/6 12/7 12/16 12/25 13/15 13/20 16/21 18/1
responsibility [2]  8/19 18/8
responsive [14]  7/1 7/4 7/14 7/21 8/6 8/22 9/14 9/22 10/2 10/9 14/20 14/21 15/20 17/5
rest [1]  11/14
resulted [1]  3/18
right [10]  3/12 3/15 5/21 6/14 7/25 14/2 16/22 17/23 18/4 20/8
RMR [1]  21/11
Room [1]  2/23
rule [1]  6/21
ruling [8]  6/10 14/17 15/18 16/20 16/23 16/24 16/24 17/3
run [2]  7/18 17/10

## S

said [5]  6/18 7/7 16/15 18/19 19/9
same [1]  16/5
San [2]  2/4 5/13
San Francisco [1]  5/13
sanctions [1]  19/5
say [4]  7/16 12/10 19/11 19/20
saying [4]  6/2 6/16 7/3 19/3
says [1]  13/1
scheduled [2]  5/12 14/23
Schwabe [1]  2/7
scope [1]  15/23
search [5]  7/5 7/10 7/13 11/6 11/8
searchable [9]  7/25 8/14 11/1 11/4 11/22 11/24 12/9 12/21 13/2
searched [1]  10/19
searches [9]  7/4 7/18 9/14 9/19 9/25 10/1 11/7 11/12 17/10
searching [2]  11/10 11/11
searchings [1]  12/13
second [1]  5/22
Section [2]  3/19 13/11
Section 10 [2]  3/19 13/11
see [3]  3/16 7/18 12/18
seek [1]  3/17
seem [2]  7/11 16/14
seems [4]  3/22 5/25 8/17 18/1
Send [1]  12/17
sent [1]  7/3
separate [1]  4/15
server [1]  17/12
set [2]  3/4 4/5
seven [1]  4/16
share [1]  6/5
she [6]  8/7 8/21 12/19 13/25 14/1 14/1
shed [1]  9/6
should [3]  8/14 13/9 20/2
SI [2]  1/5 3/5
side [2]  14/10 20/12
sides [3]  14/7 19/12 20/13
signature [3]  21/8 21/8 21/8
signed [1]  21/8
signing [1]  21/5
Similarly [1]  15/14
SIMON [2]  1/13 3/9
simply [3]  4/24 14/3 18/16
single [1]  16/8
situation [1]  8/23
small [1]  12/12

## S

so [31]
solve [1]  13/4
some [8]  6/4 6/5 7/22 7/23 9/6 18/12 18/15 18/24
something [7]  5/7 5/23 7/15 10/5 12/23 14/9 20/5
sometimes [1]  19/23
somewhere [1]  13/22
sorry [1]  10/10
sort [3]  9/24 9/25 16/6
sound [1]  14/2
sounds [1]  20/12
speak [1]  3/8
speaking [1]  9/8
specific [2]  8/22 11/23
specifically [1]  12/25
specificity [1]  18/7
spoken [1]  20/5
stage [1]  11/15
start [2]  16/15 19/13
state [2]  3/8 14/3
stated [1]  14/5
STATES [3]  1/1 1/14 2/22
stay [1]  13/23
steps [2]  9/20 10/8
still [2]  14/6 15/17
Street [1]  2/4
subject [3]  4/10 16/12 16/16
submitted [2]  6/15 9/16
substantive [1]  18/25
such [1]  3/18
sufficient [2]  19/12 19/16
Suite [1]  2/8
support [1]  9/16
suppose [2]  5/5 17/2
sure [5]  3/8 8/8 10/11 12/5 18/9
SW [2]  2/8 2/23
sympathetic [1]  19/4
system [1]  7/15

## T

T6 [1]  17/9
table [1]  18/20
take [20]  5/8 6/12 6/16 9/20 12/18 13/9 13/25 14/15 14/17 14/19 14/24 15/19 16/1 16/3 17/1 17/1 17/4 18/5 18/11 18/19
talk [4]  4/9 9/3 14/12 20/17
talked [1]  18/12
talking [6]  3/10 5/5 11/1 13/16 15/22 15/23
telephone [4]  1/11 3/4 14/6 14/10
tell [5]  6/11 12/20 12/22 15/19 18/3
telling [1]  13/13
Terminal [2]  15/13 15/24
terms [2]  7/10 11/10
Terrific [1]  5/17
text [9]  7/24 11/1 11/3 11/6 11/7 12/9 12/13 12/20 13/2
than [8]  5/1 6/12 13/18 14/25 15/19 16/1 17/1 17/1
Thank [9]  4/3 5/20 13/6 13/7 15/7 19/14 20/15 20/16 20/22
that [138]
that's [15]  5/1 5/7 5/9 6/2 8/23 11/23 13/14 13/16 13/21 15/17 16/10 16/15 18/2 18/23 19/22
their [5]  7/10 7/10 9/10 14/13 19/8
them [13]  4/14 7/5 8/3 8/8 10/22 11/23 12/14 13/1 13/3 14/7 17/1 17/6 19/2
then [16]  4/18 5/14 5/16 5/18 6/15 9/11 12/22 13/4 13/4 13/14 14/2 16/7 17/16 18/8 18/17 19/4
there [17]  3/7 6/4 10/4 10/20 11/25 13/24 13/24 14/6 14/9 16/8 17/18 18/8 19/20 19/21 19/22 20/2 20/3
therefore [1]  6/17
these [14]  6/20 7/9 8/12 8/15 10/21 11/14 15/9 15/18 15/20 16/25 17/20 17/21 18/12 18/20
they [52]
they'd [1]  7/11
they're [2]  4/23 17/14
they've [2]  7/3 7/4
thing [1]  11/7

**T**

things [3]  4/21 17/20 17/24
think [12]  5/23 7/9 9/5 10/21 10/22 11/5 11/20 12/7 14/3 16/19 19/17 20/2
third [3]  2/23 15/11 15/15
this [33]
thorough [1]  18/10
those [14]  4/9 4/11 7/3 8/9 9/14 9/15 10/19 12/8 13/13 15/1 16/16 16/18 18/24 19/5
though [1]  5/17
thought [2]  11/25 16/15
thousand [1]  12/14
three [1]  13/21
through [2]  4/14 8/19
Thursday [2]  14/24 19/19
time [4]  3/4 4/15 17/2 20/18
to/from/CC [1]  11/8
today's [1]  16/16
together [1]  5/18
told [1]  7/11
tomorrow [2]  14/23 19/19
took [1]  6/16
topic [6]  4/15 4/16 5/13 6/10 15/11 15/14
topics [15]  4/7 4/9 4/11 4/13 6/11 6/20 9/2 14/18 14/25 15/1 15/9 16/18 16/25 18/20 18/23
total [1]  11/16
touch [1]  13/23
tranche [1]  8/10
transcript [3]  1/12 21/6 21/7
trial [3]  8/21 20/11 20/11
truthful [1]  19/10
trying [1]  17/24
turn [2]  4/18 4/21
turns [1]  18/14
two [3]  5/11 9/9 17/18

**U**

under [1]  19/2
understand [4]  3/24 7/23 16/2 20/10
understanding [3]  4/8 6/6 9/23
unfair [1]  3/18
UNION [1]  1/4
UNITED [3]  1/1 1/14 2/22
universe [3]  7/6 8/15 12/13
unless [1]  10/4
unsurprisingly [1]  15/21
until [3]  6/20 14/18 16/25
up [3]  4/5 8/8 15/8
upcoming [3]  14/13 18/20 20/14
upon [1]  5/2
us [10]  5/16 8/21 9/24 12/5 12/11 15/19 16/1 16/6 16/14 17/14
use [1]  8/21
used [1]  9/19
usual [1]  8/23

**V**

Van [1]  2/3
versus [1]  3/5
very [7]  7/14 8/10 11/15 16/15 19/21 19/21 20/8

**W**

wait [1]  9/3
want [2]  8/21 19/20
wanted [2]  14/9 14/10
wants [1]  9/2
WAREHOUSE [1]  1/4
was [25]
wasn't [3]  10/14 10/15 10/22
way [3]  6/23 12/24 16/23
we [42]
we're [2]  13/15 17/12
we've [3]  17/7 18/2 20/13

**week [3]**  5/11 13/10 13/23
weekly [1]  17/20
well [9]  6/23 7/5 7/15 8/25 9/2 16/23 17/20 18/2 20/14
went [2]  10/13 10/17
were [15]  4/9 4/10 7/24 8/9 8/10 9/13 9/15 9/16 10/2 10/4 11/2 11/15 16/16 16/24 19/25
weren't [1]  3/14
what [20]  4/22 5/1 7/6 8/8 8/18 8/20 8/20 8/21 9/20 10/8 11/24 12/12 12/15 13/19 14/3 15/9 16/15 18/4 20/9 20/12
what's [3]  5/24 10/24 12/2
whatever [1]  14/1
when [8]  3/13 7/13 9/18 11/2 15/18 16/12 17/10 17/16
where [4]  10/21 16/8 19/9 19/10
whether [7]  6/21 12/22 14/17 14/19 15/19 16/24 16/25
which [5]  4/5 4/9 17/16 17/18 18/20
who [1]  10/17
why [9]  3/25 4/20 5/4 7/18 8/3 15/9 17/13 17/25 19/22
will [16]  4/18 5/14 12/23 12/24 13/9 13/23 13/25 16/1 18/11 19/1 19/4 19/18 19/13 19/17 19/18 20/5
Williamson [1]  2/7
wish [1]  20/13
withheld [1]  10/6
within [6]  3/23 8/12 12/19 13/1 13/10 13/23
without [2]  7/22 21/7
witness [8]  16/5 16/7 16/11 18/9 18/16 18/18 19/2 19/6
witnesses [3]  19/1 19/8 19/18
work [4]  15/13 15/13 15/23 19/18
working [1]  7/19
world [1]  14/21
would [23]
wouldn't [1]  7/12
writing [3]  12/16 12/17 12/25
wrong [1]  7/15
Wyatt [1]  2/7

**X**

XX [2]  3/20 13/12

**Y**

yeah [1]  16/1
yes [7]  5/10 8/1 9/7 14/14 15/21 19/14 19/23
yesterday [2]  4/4 17/20
you [52]
you'd [1]  9/22
you'll [1]  5/18
you've [3]  5/23 8/3 16/22
your [31]
Your Honor [11]  5/5 5/10 8/5 9/2 10/10 11/4 12/4 14/14 15/3 15/18 19/17
Your Honor's [1]  11/14