Expert Report of Mr. Todd Gray

Analysis of PIERS Data to Quantify Portland, OR Container Volume

Confidential- Subject to Protective Order



February 2, 2023

This page intentionally left blank.



# Contents

## 1.    Table of Contents

2.    Summary ................................................................................................................ iii

   A.    Qualifications................................................................................................... iii

   B.    Background and Assignment ............................................................................ iii

   C.    Information Considered ................................................................................... iv

3.    Terms and Definitions.............................................................................................. vii

4.    Appendix A .............................................................................................................viii

5.    Appendix B ................................................................................................................ x

## 2.    Summary

### A.    Qualifications

I am a founding Partner of Mercator International LLC (Mercator), which is an advisory firm serving private and public-sector clients in the global transport and logistics domains, with particular focus on port infrastructure, markets, and operations. I have 42 years of industry experience and have prepared volume/revenue forecasts and market share analyses for numerous ports/terminals and liner shipping markets. My career has provided me multi-faceted experience in the international transportation industry, working for shipping lines and international freight forwarders. I have worked extensively with internal and external databases to develop comprehensive views of maritime volume flows for specific areas and entire trade blocks, and researched exporter/importer logistical requirements and satisfaction levels through field surveys.

I have a B.S. in marketing from the University of Connecticut. Attached as *Appendix A* is my curriculum vitae.

My work specific to this report and any subsequent testimony is compensated at $72,000 for the initial analysis of the PIERs data (the cost of purchase for this data was $17,389.19) and $350 per hour for additional analysis and testimony. I have not served as an expert at trial or by deposition in the last four years. I have not published any articles in the last ten years. My compensation is not dependent on the outcome of this matter.

### B.    Background and Assignment

Mercator was engaged to analyze PIERS' data that covered loaded import and export movements from January of 2012 to 2016 at a bill of lading level to identify the total volume of containerized international shipments that either originated or terminated in the Port of Portland's hinterland.  The term "hinterland" can be used interchangeably with "catchment area" or "catchment basin" and includes locations better positioned to be served by one port rather than others based on distance and/or costs.

PIERS is a division of IHS Markit, which is now part of S&P Global. The PIERS database gathers raw import Bills of Lading for all waterborne cargo vessels that enter and exit ports in the United States, sourced by U.S. Customs and Border Protection. Additionally, PIERS staff reporters manually collect export Bills of Lading from each port in the United States. These import and export records account for 17 million Bills of Lading collected by PIERS per year. The raw data is subsequently verified, analyzed, and synthesized with supplementary data sourced from The United Nations, United States Census, Dun & Bradstreet, and direct international country sources for use in PIERS trade intelligence tools. The synthesis of these multiple data sources forms the foundation for PIERS trade intelligence resources.

The PIERS' data discussed above was acquired by Mercator under a licensing agreement which provided for one year of access to the native data files. Mercator used the native data to produce reports that estimated the volume of Port of Portland's catchment area. The reports Mercator generated from the PIERS data were provided to ICTSI's attorney. A copy of Mercator's agreement with PIERS/IHS Markit can be found in Appendix B.



Mercator considered the mileage to/from the Port of Portland versus moving a container to/from terminals in the Seattle/Tacoma port complex to identify the container movements that were likely part of the Port of Portland's hinterland. The analysis of the PIERS' data also included a review of records where US origin/destination data was not present and/or the importer/exporter's information was suppressed[1], to assign a location to these records where possible based on other data within the record. The five-step process Mercator used is described in the next section of this document.

## C.    Information Considered

The following steps were undertaken for the data files from PIERS to assign records to a US location based on information in each record. The assignments made can be found in the data files in the columns labelled US Origin/Destination City_V1 and US Origin/Destination State_V1. The process used to assign US Origin/Destinations is described in the five steps shown below:

1. Records where the US port of load (exports)/discharge (imports) was Portland OR, were assigned to the PDX Market. If Portland was not shown as the US port, the analysis described below (2 through 6) was done to assign the most accurate location to the columns labeled Origin/Destination City_V1 and US Origin/Destination State_V1. It should be noted that for all the records where Portland is shown as the port, but the location data was not available, or the state identified was outside of OR, WA or ID, Portland, OR was made the US Origin/Destination City_V1 and US Origin/Destination State_V1 because in these situations, the bill of lading shows the Port of Portland as the US Port, thus it is almost certain that it originated from or was destined from Portland's hinterland.  As the Seattle/Tacoma port complex has strings that offer service to the same foreign locations as the strings calling Portland, if a container was closer to the Seattle/Tacoma port complex it would have used this port complex as the trucking cost should be lower. Therefore, it can be assumed that if a shipment had the Port of Portland as the US port it was from this port's hinterland even if the US origin city/state information was not available. Additionally, since Portland handled very little intermodal cargo, it is highly unlikely containers moving over Portland are to/from interior locations.

2. For records that contained information in the US Origin/Destination City and US Origin/Destination State columns, this data was used to populate the columns labelled US Origin/Destination City_V1 and US Origin/Destination State_V1.

3. If there was no data in the US Origin/Destination City and US Origin/Destination State columns, the exporter's/importer's address was evaluated and if this data indicated the importer's address was in WA, OR, or ID this information was used to populate the columns labelled US Origin/Destination City_V1 and US Origin/Destination State_V1.

4. For the records where Portland was not the port of load/discharge, no data was found in the US Origin/Destination City and US Origin/Destination State fields, and the address of the importer/exporter was not available, or the importer's/exporter's location was in a state that would not likely be shipped through Seattle, Tacoma or Portland, like California, the notified party's

---

[1] The US importer and exporter can petition PIERS to not publish their names, but other data in the bill of lading cannot be suppressed.



city/state data was evaluated. The notified party is the person listed on the bill of lading to be notified of the cargo's arrival. If the notified party's state was in WA, OR, or ID, this information was used to populate the columns labelled US Origin/Destination City_V1 and US Origin/Destination State_V1.

5. For the records that the US Origin/Destination City_V1 and US Origin/Destination State_V1 fields could not be populated based on the steps shown above, the description of the cargo was evaluated to see if there was any other information available to populate the columns labelled US Origin/Destination City_V1 and US Origin/Destination State_V1.

After the review of the PIERS' data was completed, all the records that were shown to be located in the states of Oregon, Washington and Idaho were assigned a 3-digit zip code based on their city/state information. Once the 3-digit zip codes were assigned, this information was used to calculate the mileage between each location and the Port of Portland versus the Seattle/Tacoma port complex.

The container movements where the mileage from 3-digit zip code areas to the Port of Portland was lower than the mileage to the Seattle/Tacoma port complex were identified as being part of the Portland (PDX Market) hinterland (catchment basin).

Based on my experience and training, it is my opinion that the analysis that I have described in this report to identify the scope of a port's hinterland is one that is generally utilized by industry consultants analyzing port marketing and development issues. This type of analysis is often relied upon by corporate and governmental decision-makers as the use of PIERS' data to identify a port's hinterland is an industry-wide practice. I have undertaken a number of projects using the same analysis techniques while working for ocean carriers and as a consultant. For example, while employed by SeaLand, a large ocean carrier, I undertook analysis of PIERS' data to identify the Port of New York/New Jersey's hinterland. The analysis that I used to evaluate the PIERS data for this project was similar to the analysis I employed to identify the Port of Portland's catchment area in this matter. However, only movements through the Port of New York/New Jersey were studied. The analysis of the Port of New York/New Jersey's hinterland was used to determine the additional inland costs associated with shifting SeaLand's vessel services that were calling this port to other nearby ports. The results of this work determined that the port saving associated with shifting SeaLand's services from the Port of New York/New Jersey to a nearby port was less than the increase in trucking costs this move would entail.

Additionally, while at Mercator, I completed an analysis for APM Terminals, a large container terminal operator, to support its decision process on the financial viability of developing a new container terminal at the Port of Mobile, Alabama. At the time of this project, Mobile did not have a container terminal. Therefore, my analysis identified the hinterland for the container movements through the ports of Charleston and Savannah, Georgia, and Jacksonville, Florida, by using the same five step process shown in this section. Once volumes from these ports were assigned to locations in their hinterland, mileage analysis was used to identify container movements that were closer to the Port of Mobile versus the port that was currently being used. This work showed that there was a significant amount of volume that a new container terminal in Mobile would be in a better position to serve from an inland mileage perspective. With this analysis, APM Terminals made the decision to develop a container terminal at the Port of Mobile and continues to operate this facility.

I also provided Ports of America, another large container terminal operator, with a report that identified the volume that was part of its Port of Baltimore container terminal's hinterland, as well as the volume

in this area that was being handled via the Port of New York/New Jersey.  PIERS data was used for this project, and I used the same analytical steps to determine the Port of Baltimore's hinterland as I used to estimate the size of Portland's catchment area in this matter.

The table below summarizes the volume from the PIERS data analyzed (as measured in TEUs) that was assigned to the PDX Market (see the column labeled PDX) based on the analysis described above. The column labeled Total is the total of all the loaded containers to/from the ports of Portland, Seattle and Tacoma:

Figure1: Volume Associated with the PDX Market - TEUs

| | PIERS Data | | | | | |
|---|---|---|---|---|---|---|
| | Imports | | PDX Share of Loaded Imports | Exports | | PDX Share of Loaded Exports |
| Year | PDX | Total | | PDX | Total | |
| 2011 | 153,316 | 1,353,295 | 11.1% | 199,274 | 1,037,277 | 19.4% |
| 2012 | 162,525 | 1,438,166 | 11.5% | 208,543 | 1,046,102 | 20.1% |
| 2013 | 162,664 | 1,359,606 | 12.0% | 216,756 | 1,055,786 | 20.6% |
| 2014 | 168,105 | 1,326,177 | 12.8% | 228,100 | 933,723 | 24.3% |
| 2015 | 170,388 | 1,325,764 | 13.0% | 234,891 | 850,778 | 27.8% |
| 2016 | 176,184 | 1,409,351 | 12.7% | 243,843 | 953,247 | 25.6% |

The data in the table above shows that these ports' total imports movements were much higher than the volume of exports from this area. The US Army Corps Engineers' data for 2020 shows that in total US ports handled 25.5 million TEUs of loaded import movements versus 14.5 million TEUs of exports. As loaded imports are the largest movement type for the US container market, they are the primary driver of ocean carriers' decisions on which ports to use for services calling the US. While the table in Figure 1 shows that the export volume from the Port of Portland's hinterland is greater than import movements to this area, the growth in this port's import market is a key factor in ocean carriers' decisions to use this port.

Date: February 2, 2023

Todd A. Gray

**mercator**

## 3.    Terms and Definitions

**PIERS - PORT IMPORT/EXPORT REPORTING SERVICES:** PIERS gathers raw import Bills of Lading for all waterborne cargo vessels that enter and exit ports in the United States, sourced by U.S. Customs and Border Protection. Additionally, PIERS staff reporters manually collect export Bills of Lading from each port in the United States.

**TEU – Twenty-foot Equivalent Unit:**  is an inexact unit of cargo capacity, often used for container ships and container ports.

**Bill of Lading:** This is a document issued by a carrier (or their agent) to acknowledge receipt of cargo for shipment. Bills of lading are one of three crucial documents used in international trade to ensure that exporters receive payment and importers receive the merchandise.

**Hinterland and/or catchment area:**  A port's hinterland is the area that it serves, both for imports and for exports and is defined as the locations where it is better positioned to serve than other ports based on distance and/or costs. It is also referred to as the catchment area or catchment basin.



# 4.   Appendix A

## Todd A. Gray

Founding Partner, Mercator International LLC
EDUCATION
BS, Marketing, University of Connecticut, 1980

EXPERIENCE SUMMARY

Mr. Gray has prepared volume/revenue forecasts and market share analyses for numerous ports/terminals and liner markets and has 42 years of multi-faceted experience in the international transportation industry, working for shipping lines and international freight forwarders.  Mr. Gray has also worked extensively with internal and external databases to develop comprehensive views of maritime volume flows for specific areas and entire trade blocks, as well as conducting in-depth research on exporter/importer logistical needs and satisfaction levels through the development and administration of field surveys.

INDUSTRY EMPLOYMENT HISTORY

*Mercator International LLC, Partner, 2009-Present, Seattle, WA*
Provide commercial planning and advisory services to clients involved in operating, financing, or purchasing international freight transportation services, as well as to companies developing, financing, and/or operating transport/logistics infrastructure.

*Macquarie Capital Inc., Vice President – Global Ports Group, 2006-2008, Seattle, WA*
Evaluated prospective investments in marine terminal concessions and operating companies on behalf of fifteen separate infrastructure funds managed by Macquarie Capital.  Developed volume/revenue forecasts for target port facilities/operations and conducted due diligence on same. Produced business plans for terminal assets acquired by Macquarie-managed funds and participated in project debt procurement efforts for these investments.

*Mercator Transport Group, LLC, Principal and Founding Partner, 2000-2005, Seattle, WA*
Responsible for Mercator's IT and market research functions, and for execution of all consulting projects involving cargo forecasting, cargo market share analysis, and shipper/consignee logistics.  Completed numerous domestic and international assignments for port authorities, terminal operators, and financial institutions that evaluated future volume/revenue projections for existing and proposed marine terminal facilities.

*Sea-Land Service Inc., Director – Yield/Revenue Management, 1996-1999, Charlotte, NC*
Designed strategies to improve the financial performance of the Atlantic Group and oversaw implementation of these efforts. Worked with senior management and clients to develop customized pricing programs that addressed customers' specific needs and maximized the company's earnings potential.  Developed quantitative models to forecast expected volumes, comparative margin revenue potentials of various trade lanes, and helped construct a new measurement system for determining the profitability of specific cargo flows and market segments.

**mercator**

*Danzas USA, Director – Ocean Services, 1993-1996, Bellevue, WA*
Responsible for overseeing all ocean forwarding and NVOCC operations within the US and Canada. Managed the design and implementation of a new operating system for US ocean services. Served on Danzas' Trade Route Management Board, which was responsible for managing the company's relationships with its core ocean carriers worldwide.

*ANZDL, Director - Refrigerated Logistics, San Francisco, CA, 1990-1993*
Managed the import logistics program for over 1,000 refrigerated loads per month. Responsibilities included pier drayage, transload, government inspection, rail transit, cold storage, and truck deliveries to final destination.

*ANZDL, Marketing Manager, 1988-1990, San Francisco, CA*
Generated management reports on trade shares, market trends and service attributes of competitors by analyzing internal and industry data sources. Administered the production and analysis of customer surveys to determine which service characteristics were most important to clients and to develop a baseline of the market's perception of the performance levels of ANZDL and its competitors.

*Hapag-Lloyd USA, Atlantic Marketing Manager, 1986-1987, New York, NY*
Managed this carrier's Trans-Atlantic market research and sales support activities.

*US Lines, Pacific Marketing Manager, 1984-1986, Cranford, NJ*
Developed market share performance reports and customer-specific sales plans in the Transpacific trades.

*ACT – PACE, Marketing/Pricing Associate, 1980-1984, New York, NY*
Supported tradelane managers and sales executives with quantitative analyses of rate levels, sales trends, and market initiatives for this Australian shipline consortium.



## 5.    Appendix B

## Order Form

Contract Number: 00528533



Effective Date: April 8, 2020
IHS Markit Contract Number: 00528533

This Order Form, dated this April 8, 2020 ("Effective Date") is entered into by and between IHS Global Inc., 15 Inverness Way East, Englewood, Colorado, 80112-5710, United States ("IHS Markit") and Mercator International LLC, 4040 Lake Washington Blvd, NE, Suite 310, Kirkland, Washington, 98033, United States ("Customer") ("Order Form").

**Customer Legal Entity**

| Mercator International LLC | Incorporated in: |
|---|---|
| Registered Address:<br>4040 Lake Washington Blvd, NE, Suite 310<br>Kirkland<br>Washington<br>98033<br>United States | Notice Contact and Address:<br>4040 Lake Washington Blvd, NE, Suite 310<br>Kirkland<br>Washington<br>98033<br>United States |

**IHS Markit Legal Entity**

| IHS Global Inc. | Incorporated in: United States DE |
|---|---|
| Registered Address:<br>15 Inverness Way East<br>Englewood<br>Colorado<br>80112-5710<br>United States | Notice Contact and Address:<br>Legal Department<br>15 Inverness Way East<br>Englewood<br>Colorado<br>80112-5710<br>United States |

| Contract Information: | IHS Markit Contact: |
|---|---|
| Contract Start Date: April 8, 2020<br>Contract End Date: April 8, 2020 | Guang Xuan Lee<br>guangxuan.lee@ihsmarkit.com |

Signed for and on behalf of
Mercator International LLC
by:

Signed for and on behalf of
IHS Global Inc.
by:

| Signature | _Todd Geary_ | Signature | |
|---|---|---|---|
| Print name | _Partner_ | Print name | |
| Title | _4/13/2020_ | Title | |
| Date | | Date | |

Confidential. Copyright © IHS Markit, All rights reserved.

1



## Order Form



Contract Number: 00528533

### Order Information

| Billing Frequency | One time | | PO Required | No |
|---|---|---|---|---|
| Payment Terms | Net 30 | | PO Number | |
| Currency | USD | | PO Date | |
| Auto Renew | No | | | |
| **Additional Details** | | | | |
| VAT/Tax ID | | | GSA Contract Name | |
| BSI Membership # | | | GSA Contract # | |
| Special Billing Instructions | | | | |
| Special Shipping Instructions | US PIERS One Time Data<br><br>Date Range: Jan 2011 – Mar 2017<br><br>Direction: Import and Export Data (Containerized data only)<br><br>States: Seattle, Tacoma, and Portland<br><br>HS Codes: All HS Codes<br><br>Format: CSV | | | |

### Ship to / Bill to Information

| Ship To | | Bill To | |
|---|---|---|---|
| Customer Name | Mercator International LLC | Customer Name | Mercator International LLC |
| Street Address | 4040 Lake Washington Blvd, NE, Suite 310 | Street Address | 4040 Lake Washington Blvd, NE, Suite 310 |
| City | Kirkland | City | Kirkland |
| State, Province | Washington | State, Province | Washington |
| Postal/Zip Code | 98033 | Postal/Zip Code | 98033 |
| Country | United States | Country | United States |
| Contact Name | Todd Gray | Contact Name | Todd Gray |
| Contact Tel # | (425) 803-9876 | Contact Tel # | (425) 803-9876 |
| Contact Email | tgray@mercatorintl.com | Contact Email | tgray@mercatorintl.com |

### License Information

| Product Name & Code | Invoice Remarks | License Type | Concurrent Users / Seats | Locations / Sites | Potential Users | Governing Exhibit |
|---|---|---|---|---|---|---|
| PIERS Custom Data File/One-Time – 2000024653 | | One Time License | | | | None |

### Pricing Information

| Product Name & Code | Start Date | End Date | Qty | Updated List Price | Total Price (Excl Taxes) |
|---|---|---|---|---|---|
| PIERS Custom Data File/One-Time – 2000024653 | May 31, 2020 | May 30, 2021 | 1 | $15,794.00 | $15,794.00 |

Confidential. Copyright © IHS Markit. All rights reserved.

2



## Order Form

Contract Number: 00528533



| Grand Total | |
|---|---|
| | $15,794.00 |

### Notes:

1. Any special terms and conditions applicable to the Product(s) shall either be found herein and labelled as Special Terms and Conditions or attached as an Annexure to this Order Form.
2. Subject to the terms of the Agreement, new business quotes are valid for 30 days and renewal quotes are valid through the current annual subscription expiration date. All capitalized terms have the same meaning as set forth in the Agreement.

### Special Terms and Conditions:

1. Customer is granted a license to use the Product(s) listed above subject to the IHS Markit Terms and Conditions ("IHS Markit T&Cs") in force on the Effective Date of this Order and located at https://ihsmarkit.com/legal/licensing-tc.html. If the parties have executed the IHS Markit Master Agreement or any other agreements or addendums in writing covering the above Product(s), the terms of such agreement or addendum will prevail over the IHS Markit T&Cs. The Customer may request a copy of the IHS Markit T&Cs from its IHS Markit Account Manager. If Customer has any questions about the IHS Markit T&Cs, Customer should contact its IHS Markit Account Manager in the first instance. If IHS Markit does not receive any written question or proposed revisions from Customer prior to signing this Order Form, Customer will be deemed to have accepted and to be bound by the IHS Markit T&Cs without any further explanation by IHS Markit.

2. This Order Form together with the IHS Markit T&Cs is collectively referred to as "Agreement". Any term(s) contained in Customer's purchase order, acknowledgement form, or any other form that is different from, or in addition to the Agreement; (i) shall not have any effect of modifying or adding any terms to the Agreement; and (ii) shall be for Customer's internal purpose only. No agent, employee, or representative of IHS Markit has any authority to alter or delete the IHS Markit T&Cs or bind IHS Markit to any warranty, covenant or representation concerning the Product(s) other than as set forth in the Agreement.

3. Except as specifically set forth herein, Customer's use of the Product and accompanying Documentation (if any), is for its internal business purposes only. This Order Form sets forth the information relevant to the license, including but not limited to: (a) the license type (e.g. Enterprise-Wide, Site, or User), (b) the license term, and (c) the Product(s) being licensed. For purposes of this Order Form, the license type(s) are defined as follows:
   (a) "Customer License" means a license for use by the number of Authorized Users specified in the Order Form; but does not include a license for use by Authorized Users of Customer's Affiliates.
   (b) "Enterprise-Wide License" means a license for use by the number of Authorized Users specified in the Order Form of Customer and Customer Affiliates.
   (c) "Divisional License" means a license for use by the number of Authorized Users specified in the Order Form of Customer and its Divisional Affiliates.
   (d) "Site License" means a license for use by Authorized Users from Customer (or its Affiliate) locations specifically listed in the Order Form. Proxy or community access from locations not listed in the Order Form is strictly prohibited.
   (e) "Standalone License" means a license for use by an Authorized User on a single computer.
   (f) "User License" means a license for use by the number of Authorized Users specified in the Order Form with user name and passwords either: (i) on a concurrent basis; or (ii) on a generic/named user basis.

Confidential. Copyright © IHS Markit. All rights reserved.

3



Mercator International, LLC

4040 Lake Washington, Suite 310. Kirkland, WA 98033
Tel:  425.803.9876   Fax: 425.803.9476

www.mercatorintl.com