PREPARED AT THE REQUEST OF COUNSEL

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

ICTSI OREGON, INC.,

          Plaintiff,

V.

INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION; and
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION Local 8,

          Defendants.

Case No. 3:12-cv-1058-SI

**EXPERT REPORT OF CHRISTOPHER R. KNITTEL, Ph.D.**

**February 8, 2023**

PREPARED AT THE REQUEST OF COUNSEL

# Table of Contents

I.    INTRODUCTION AND ASSIGNMENT ..................................................................3

    A.    Qualifications..............................................................................................3

    B.    Assignment ................................................................................................5

    C.    Data and information considered ...............................................................6

    D.    Compensation ............................................................................................7

II.   SUMMARY OF CONCLUSIONS ......................................................................7

III.  RELEVANT BACKGROUND ..........................................................................9

    A.    Relevant Parties .........................................................................................9

        1.    ICTSI .............................................................................................9

        2.    ILWU ...........................................................................................10

    B.    Industry Background...................................................................................10

        1.    Port of Portland Terminal 6 .........................................................10

        2.    Competitor Ports...........................................................................12

        3.    Port Services Industry Overview ..................................................14

    C.    Case background.........................................................................................15

IV.   ELASTICITY OF DEMAND AND THE ECONOMICS OF PRICE CHANGES
      AT T6 ....................................................................................................18

    A.    Introduction................................................................................................18

    B.    The Law of Demand and Price Elasticity of Demand ................................18

    C.    Supply and Industry Dynamics..................................................................20

    D.    Market Structure ........................................................................................25

        1.    Market Power.................................................................................26

        2.    The Hotelling Model of Imperfect Competition............................26

        3.    Bilateral Market Power .................................................................30

    E.    Relevant Characteristics of Port Services and Terminal 6.........................31

        1.    Demand..........................................................................................31

        2.    Supply and Market Structure ........................................................33

        3.    Market Equilibrium.......................................................................34

    F.    Cheap Talk.................................................................................................35

    G.    Summary.....................................................................................................36

1

PREPARED AT THE REQUEST OF COUNSEL

V.    **ASSESSING PRICE ELASTICITY AT TERMINAL 6** ..................................................**37**

      A.    General Estimation Challenges and Econometric Methods Designed to
Overcome Them ................................................................................................38

      B.    Particular Challenges in Using Econometric Methods to Estimate the Price
Elasticity for Terminal 6 ..................................................................................43

      C.    Other Potential Methodologies To Assess Demand Elasticity .........................45

VI.    **EVALUATION OF DR. WARD'S APPROACH TO ESTIMATING BUT FOR
QUANTITY** ..................................................................................................................**49**

VII.    **CONCLUSION** ...........................................................................................................**51**

## I.     INTRODUCTION AND ASSIGNMENT

### A.     Qualifications

1.   I am the George P. Shultz Professor and Professor of Applied Economics in the Sloan School of Management at the Massachusetts Institute of Technology. I was the Group Head of the Applied Economics Group within the Sloan School of Management from 2015 to 2018. Currently, I serve as the Area Head for the Economics, Finance, and Accounting groups. In 1999, I received a Ph.D. in Economics from the University of California at Berkeley where my fields of specialization were Industrial Organization and Econometrics. In 1996, I received a Master of Arts degree in Economics from the University of California at Davis. In 1994, I received a Bachelor of Arts degree, summa cum laude, from the California State University, Stanislaus in Economics and Political Science.

2.   I am a member of the American Economic Association. I am the Director of MIT's Center for Energy and Environmental Policy Research, Deputy-Director for Policy of the MIT Energy Initiative, as well as the Faculty Co-Director of The E2e Project. I am an Associate Scholar at the Harvard Environmental Economics Program. I am a Research Associate at the National Bureau of Economic Research in the Industrial Organization, Productivity, and Environmental and Energy Economics programs. I am an Associate Editor of three journals, *The Journal of Energy Markets*, *The Journal of Transportation Economics and Policy, and* the *American Economic Journal – Economic Policy*. In addition, I was formerly an Associate Editor of *The Journal of Industrial Economics*, and a Co-Editor of the *Journal of Public Economics*.

3.   As a professor at MIT, I have taught a course on applied economics to managers in the Executive MBA program and for the past three years, I have been the faculty lead for the first-year core MBA course in economics. I have also taught a course on energy economics and policy to both undergraduates and graduate students. In each of these classes, I have given lectures on how to estimate demand and supply conditions in markets.

4.   I have presented my research on industrial organization, environmental economics, and applied econometrics at: the U.S. Federal Trade Commission, the U.S. Department of Justice, Dartmouth University, University of Arizona, University of California, Irvine, University of California, San Diego, University of California, Berkeley, University of California, Los Angeles, University of California, Santa Barbara, University of California, Santa Cruz, University of Chicago, Iowa State University, University of Michigan, MIT, Harvard University, Northwestern University, Penn State

PREPARED AT THE REQUEST OF COUNSEL

University, Stanford University, Washington University, Yale University, the National Bureau of Economic Research summer and spring conference, the American Economic Association annual meetings, and numerous other governmental and academic venues.

5.  In addition, I have served as an ad hoc reviewer for: *The American Economic Review, Journal of Political Economy, The Quarterly Journal of Economics, The Review of Economics and Statistics, The Review of Economic Studies, American Journal of Economics: Applied Economics, Journal of Environmental Economics and Management, The Energy Journal, Energy Economics, The Journal of Industrial Economics, International Journal of Industrial Organization, RAND Journal of Economics, Operations Research, Canadian Journal of Economics, Contemporary Economic Policy, Economic Inquiry, The Economic Journal, Economics and Politics, Journal of Banking and Finance, Journal of Economic Behavior and Organization, The Journal of Law and Economics, Management Science, Review of Industrial Organization, Journal of Economics and Management Strategy,* and other academic journals.

6.  My research focuses on consumer and firm behavior, and how consumers, firms, and policy makers interact in the marketplace; this field is known as industrial organization. To estimate key parameters in an economic relationship of interest, my approach ranges from using standard well-established methods to using cutting-edge econometric and statistical techniques when necessary.

7.  A number of my research papers relate to the methodologies that I discuss in this report, including how to appropriately estimate demand relationships. Economists refer to demand as the causal relationship between the amount consumers want to use or purchase and the price of the good, as well as other features. In addition, nearly all of my papers use regression or econometric analysis to estimate key relationships between variables of economic interest.

8.  For example, in a co-authored paper with Meghan Busse and Florian Zettelmeyer, titled "Are Consumers Myopic? Evidence from New and Used Car Purchases," we use regression models to investigate how prices and market shares change with changes in gasoline prices. This paper was published in *The American Economic Review*.[1]

9.  In another paper co-author with Meghan Busse and Florian Zettelmeyer, titled "Who is Exposed to Gas Prices? How Gasoline Prices Affect Automobile Manufacturers and Dealerships," we use

---

[1] Meghan R. Busse, Christopher R. Knittel, and Florian Zettelmeyer, "Are Consumers Myopic? Evidence from New and Used Car Purchases," *The American Economic Review* 103, No. 1 (February 2013): 220-256.

PREPARED AT THE REQUEST OF COUNSEL

regression models to estimate how changes in gasoline prices affect both vehicle prices and sales.[2] These estimates are then used to measure how different manufacturers are exposed to profit risk. This paper was published in *Quantitative Marketing and Economics*.

10.    In a paper co-authored with Bruce Blonigen and Anson Soderbery, titled "Keeping it Fresh: Strategic Product Redesigns and Welfare," we estimate a structural econometric model of imperfect competition in the automobile market to assess welfare effects of car model redesigns. In doing so we estimate the demand for automobiles—including both own- and cross-price elasticities—and supply decisions by manufacturers. This paper was published in the *International Journal of Industrial Organization*.[3]

11.    In a paper co-authored with Konstantinos Metaxoglou, titled "Estimation of Random-Coefficient Demand Models: Challenges, Difficulties and Warnings,"[4] we analyze the sensitivity of demand estimates to the optimization algorithms used when performing demand estimation using BLP (and similar) models, and find that the design of the optimization exercise undertaken by an empirical economist may have large effects on the economic variables of interest. This paper was published in *The Review of Economics and Statistics*.

12.    Finally, I recently co-authored a paper with several others, titled "Exporting Global Warming? Coal Trade and the Shale Gas Boom," where we analyze supply, demand, and international trade flows for coal. This paper was published in the *Canadian Journal of Economics*.[5]

13.    A list of all publications that I have authored or co-authored is included in my curriculum vitae, which is attached as Appendix A. Also attached as Appendix B is my testimony list for the past 4 years.

    **B.    Assignment**

---

[2] Meghan R. Busse, Christopher R. Knittel, Jorge Silva-Risso, and Florian Zettelmeyer, "Who is Exposed to Gas Prices? How Gasoline Prices Affect Automobile Manufacturers and Dealerships," *Quantitative Marketing and Economics,* 14, No. 1 (March 2016): 41-95.

[3] Bruce A. Blonigen, Christopher R. Knittel, and Anson Soderbery. "Keeping it Fresh: Strategic Product Redesigns and Welfare." International Journal of Industrial Organization, 53, (July 2017): 170-214.

[4] Christopher R. Knittel and Konstantinos Metaxoglou. "Estimation of Random Coefficient Demand Models: Challenges, Difficulties and Warnings." *The Review of Economics and Statistics*, 96, No. 1, (March 2014): 34-59.

[5] Christopher R. Knittel, Konstantinos Metaxoglou, Anson Soderbery, and Andres Trindade, "Exporting Global Warming? Coal Trade and the Shale Gas Boom," *Canadian Journal of Economics* 55, No. 3 (August 2022): 1294–13.

PREPARED AT THE REQUEST OF COUNSEL

14. I was retained by ICTSI Oregon, Inc. ("ICTSI"), to provide opinion related to estimating the volume of services at Terminal 6 ("T6") that would have materialized but for certain unlawful labor actions undertaken by the ILWU.

15. In particular, I have been asked to:

o  Assess under what circumstances there could be both an increase in price for port services offered by T6 and an increase in the volume of services rendered;

o  Describe the economic concept of price elasticity of demand as applied to demand for the services of Portland T6 over the June 2012 to April 2017 period, and discuss the relevance of price elasticity of demand for assessing estimating the volume of services that would have materialized at T6;

o  Discuss methodologies that economists use to estimate price elasticity of demand, and the appropriateness of these methodologies as applied to the demand for the services of Portland T6 over the June 2012 to April 2017 period; and

o  Evaluate the approach taken by Dr. Bryce Ward[6] to estimate the volume of T6 port services over the period June 2012 to April 2017 that would have materialized but-for certain disruptions to ICTSI's business at T6 of the Port of Portland caused by ILWU illegal conduct, with an emphasis on how Dr. Ward incorporated into his analysis the effect on volume of changes to T6 service fees over the relevant period.

**C.    Data and information considered**

16. In undertaking my analysis, I have considered information from a variety of sources, identified in Appendix C. Those include prior Court opinions and other expert reports submitted in this matter.[7] I also have spoken with:

- Dr. Bryce Ward;

- Dr. David Blackburn;

- Todd Gray;

- Nolan Gimpel;

- Steven Rothberg; and

- Guy Stephenson, former CEO of Westwood Shipping Lines.

---

[6] *See* Expert Report of Dr. Bryce Ward, February 8, 2023 ("Ward Report").

[7] *See, e.g.*, Ward Report; Expert Report of Nolan Gimpel, February 8, 2023 ("Gimpel Report"); Expert Report of David Blackburn, Ph.D., February 8, 2023 ("Blackburn Report").

6

PREPARED AT THE REQUEST OF COUNSEL

17.  I also have used my professional judgment and expertise. I was assisted in my work by staff members of Analysis Group who worked under my direction and supervision.

## D.    Compensation

18.  I am being compensated for my work in this matter at my standard consulting rate of $950 per hour. In addition, I receive compensation based on the professional fees of Analysis Group. My compensation is not contingent on my findings, testimony rendered, or on the outcome of this litigation.

## II.    SUMMARY OF CONCLUSIONS

19.  As I understand it, a key issue in this matter is appropriately estimating the volume of T6 port services over the period June 2012 to April 2017 that would have materialized but-for certain unlawful labor disruptions to ICTSI's business at T6. Shortly after the unlawful labor disruptions began, ICTSI implemented a fee increase at T6 that raised primary port service fees by between $8.82 and $87 per container.[8] I also understand that in his analysis of damages in this matter, Dr. David Blackburn has determined that, but-for the unlawful labor disruptions, ICTSI would have implemented fee increases no greater than what occurred in the real world.[9]

20.   Potentially relevant questions are: (1) whether and to what extent the assumed fee increases likely would have affected the volume of T6 services rendered during the relevant period; (2) what is the relevance of elasticity of demand of T6 services to this first question, and what are reasonable ways of determining the elasticity of demand of T6 services during the relevant timeframe; and (3) given the assumed fee increases, is it plausible, or even likely, that, but-for the unlawful labor disruptions, the volume of T6 services rendered during the relevant period would have increased or stayed roughly flat.

•   Based on my analysis, in my opinion:

---

[8] Between late 2012 and March 2013, ICTSI raised per container primary port fees (lift plus wharfage) by $72.47 (or 28.5 percent) from $254.53 to $327.00 for Hanjin, the largest carrier calling on Terminal 6; by $57.81 (or 21.5 percent) from $269.19 to $327.00 for Hapag Lloyd, the second largest carrier calling on Terminal 6; by $87.00 (or 38.2 percent) from $228.00 to $315.00 for Westwood, the third largest carrier calling on Terminal 6, and by $8.82 (or 2.8 percent) from $318.18 to $327.00 for Hamburg Sud, a carrier that made occasional calls on T6 and also shared space on Hapag Lloyd vessels. *See* "Rates spreadsheet - Rates - Straight time throughput & wharfage 2011-2017 (2).xls".

[9] Blackburn Report, ¶¶ 37-50.

PREPARED AT THE REQUEST OF COUNSEL

o   In general, whether and to what extent price increases are associated with changes in the quantity rendered of a product or service depends on the characteristics of demand, supply, and market structure in the at-issue industry, as well the circumstances related to the price increase.

o   One characteristic of a market or industry that can affect how volume interacts with price increases is the own price elasticity of demand. The own price elasticity of demand (or simply, "demand elasticity" or "price elasticity") of a product or service refers to the degree to which quantity (or volume) demanded of a product or service responds to a change in its price, everything else held constant. If the quantity demanded is relatively insensitive to changes in price, it is referred to as inelastic demand. The more inelastic the demand for a product or service is, the more likely that the volume of that product will rise over some period of time even as its price is rising.

o   Demand for T6 port services has several characteristics that make it likely that it is inelastic for price changes relevant to this matter. They include: port services are viewed as differentiated products particularly along the dimension of location/distance from the origin/destination; T6 has few good substitutes for container cargo going between the Portland catchment area and foreign ports called upon by carrier strings that called on T6; port fees makeup a small component of the overall costs of transportation services, there are economies of scale involved in carriers calling on a port; and evidence that, in the period just prior to the labor dispute, the largest carrier calling on T6 (Hanjin) generated substantially larger average profits per container calling on T6 than it did calling on competing ports.

o   The concept of demand elasticity allows one to understand how the quantity of a good demanded will change in the presence of a change in price, holding constant other factors relevant to demand. But several other factors can influence demand. As these other factors change, this can result in quantity and price moving in the same direction. For example, almost every year in the retail gasoline market, prices and quantities typically rise together heading into the summer. This captures the fact that the entire demand curve for gasoline shifts outwards. This outward shift leads to an increase in both price and quantity since the supply curve for gasoline is upward sloping.

o   Port services generally, and T6's services in particular, have several characteristics that make it likely that, with a price increase of the magnitude assumed here during the relevant timeframe, volumes would have increased or remained stable. In addition to inelastic demand, both T6 and the carriers appear to have market power, and market demand appears to have been growing during the relevant period. Importantly, demand need not be extremely inelastic for both prices and volumes to move together in the same direction.

o   Relevant to this matter is the price elasticity of services offered by the Port of Portland's terminal T6 over the period spanning roughly June 2012 through April 2017. And of particular interest is the degree to which the quantity demanded of T6 port services would have responded, but for certain unlawful labor disruptions, to a T6 fee increase that would have been implemented between June 2012 through April 2017.

o   Generally, estimating demand elasticity is a difficult problem; one cannot simply correlate prices and quantities. Among the challenges are (1) accounting for endogeneity of prices and (2) controlling sufficiently for all of the factors in addition to a product's own price that affect demand. There are multiple methods that economists can and do use to assess price elasticity. Among them are the "BLP" method and other econometric-based methods, such as multinomial logit models that seek to identify the effect on quantity demanded of price changes,

8

PREPARED AT THE REQUEST OF COUNSEL

separate from other factors that may affect demand. These methodologies are relatively data intensive and tend to work well when there are fewer factors that affect demand and there exists properly measured data on those factors.

o   Here, adequate data does not exist to estimate the elasticity facing T6 using these standard econometric methodologies. In particular, important to estimating elasticity would be reliable data on the precise location of the origin and destination of shipments in the T6 catchment area, as well as reliable and relatively complete information on costs of using substitute services (*e.g.*, Seattle and Tacoma port fees). I understand that such data do not exist.[10]

o   Economists can and do rely on other methodologies to assess demand elasticity, including applying basic microeconomic theory, employing survey methodologies, running controlled experiments, examining natural (and quasi-natural) experiments, and analyzing case studies. The applicability of any of these methodologies will depend on the data available and other circumstances, and the precision with which elasticities can be assessed varies.

o   I have reviewed the Ward Report. Given the economics of the industry and the available data, in my opinion, the approaches he used to estimate the volume of T6 services in the absence of unlawful labor actions, including how a price increase factored into his analysis, are reasonable.

o   While the "law of demand" suggests that demand curves slope downward, it does not take a stand on whether to expect demand to be relatively elastic or relatively inelastic. Applying standard economic models to the port services industry servicing the Portland catchment area and available evidence suggest that demand for port services at T6 likely is inelastic at the fees prevailing in the relevant period. In addition, standard economic models and available evidence imply that it is likely that, with a price increase of the magnitude assumed here during the relevant timeframe, volumes would increase or remain stable given shifting demand and market conditions. This is consistent with what Dr. Ward has found.

## III.   RELEVANT BACKGROUND

### A.   Relevant Parties

#### 1.   ICTSI

21.   Relevant for this matter, ICTSI Oregon (aka "ICTSI") is an Oregon corporation that executed a lease in May 2010 to operate Terminal 6 of the Port of Portland.[11] In February 2011, ICTSI took over operations from the Port of Portland.[12] Subsequent to the ILWU's unlawful labor actions, ICTSI sold its T6 lease (and ceased operation of T6) in 2017.[13]

---

[10] Conversations with Nolan Gimpel, Steven Rothberg, Todd Gray, and Bryce Ward.

[11] Opinion and Order, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and International Longshore and Warehouse Union Local 8*, March 5, 2020 ("Opinion and Order"), p. 2. (Dkt. 662).

[12] FRCP 26(a)(2)(C) Disclosure of Elvis Ganda ("Ganda Disclosure"), p. 5.

[13] Port of Portland to Split with ICTSI, Seek New Life for Idled Shipping Terminal" (https://www.oregonlive.com/business/2017/02/port_of_portland_splits_with_t.html, viewed on December 16, 2022). *See also*, Opinion and Order, p. 3. (Dkt. 662).

PREPARED AT THE REQUEST OF COUNSEL

      *2.     ILWU*

22. The International Longshore and Warehouse Union ("ILWU") is a union of longshoremen (dock workers) which formed as an independent union in the Pacific Coast of the U.S. in 1937.[14] The ILWU has roughly 40,000 members in local unions across California, Washington, Oregon, Alaska, and Hawaii.[15] Among other things, during the relevant time period, the ILWU had a coastwide contract with the Pacific Maritime Association ("PMA") to perform loading and unloading work for commercial containers entering and leaving Terminal T6.[16]

**B.      Industry Background**

      *1.     Port of Portland Terminal 6*

23. Located on the Columbia River, T6 is a Port of Portland shipping terminal that focuses on container services.[17] Rather than focusing on intermodal traffic, T6's business has historically been comprised almost entirely of containers destined for and/or originating from the Portland catchment area.[18] Historically, T6 was publicly run by the Port of Portland port district.[19] Beginning in 2010, ICTSI took over the operation of T6, after contracting for a 25-year lease.[20] In March 2017, ICTSI

---

[14] "The ILWU Story" (https://www.ilwu.org/history/the-ilwu-story/, viewed on December 15, 2022). *See also*, "How the Union Works" (https://www.ilwu.org/wp-content/uploads/2020/03/How-the-Union-works-2016.pdf, viewed on December 15, 2022, p. 1).

[15] "How the Union Works" (https://www.ilwu.org/wp-content/uploads/2020/03/How-the-Union-works-2016.pdf, viewed on December 15, 2022, p. 1).

[16] Opinion and Order, p. 2. (Dkt. 662).

[17] "Port of Portland Terminal 6 Container Business Strategy," Advisian, February 2018 ("Advisian Report"), p. 10. (ICTSI0076164-0076299).

[18] Advisian Report, pp. 15-17. (ICTSI0076164-0076299). Gimpel Report, p. 28.

[19] "Port of Portland Rejects Complaint, Leases T6 to Philippine Company" (https://www.oregonlive.com/business/2010/05/port_of_portland_rejects_compl.html, viewed on December 16, 2022).

[20] Port of Portland Rejects Complaint, Leases T6 to Philippine Company" (https://www.oregonlive.com/business/2010/05/port_of_portland_rejects_compl.html, viewed on December 16, 2022). *See also*, Opinion and Order, p. 2. (Dkt. 662).

PREPARED AT THE REQUEST OF COUNSEL

and the Port ended the lease term early, and the Port reclaimed operations of T6.[21] T6 remained largely idle from when ICTSI left, through early 2020.[22]

24.    For most of the relevant period, two main carriers called on T6: Hanjin Shipping ("Hanjin") serving an Asian route (or "string") that included China, and Hapag Lloyd serving a South American and European route.[23] I understand that around 2012, Hanjin made up roughly 80 percent of T6's volume, and Hapag Lloyd made up most of the rest.[24] Another small carrier calling on T6 was Westwood, who I understand served Japan. As well, Hamburg Sud made occasional calls on T6 and also shared space on Hapag Lloyd vessels.[25]

25.    Figure 1[26] shows the volume of container handled by T6 of the Port of Portland from 2005 through 2017.

---

[21] "Port of Portland to Split with ICTSI, Seek New Life for Idled Shipping Terminal" (https://www.oregonlive.com/business/2017/02/port_of_portland_splits_with_t.html, viewed on December 16, 2022). *See also*, Opinion and Order, p. 3. (Dkt. 662).

[22] "Weekly container shipping returns to Port of Portland's Terminal 6" (https://www.oregonlive.com/business/2019/11/weekly-container-shipping-returns-to-port-of-portlands-terminal-6.html, viewed on January 3, 2023).

[23] Gimpel Report, p. 24.

[24] Ward Report, pp. 1, 14, 60, 63. Conversation with Dr. Ward.

[25] Gimpel Report, p. 24.

[26] The Figures shown in the text that rely on data are reproduced in Appendix D as "Exhibits," with detailed notes and sources.

PREPARED AT THE REQUEST OF COUNSEL

**Figure 1**

**Portland Terminal 6 TEU Volume 2005 – 2017[27]**



2.      *Competitor Ports*

26.    The Port of Portland is a relatively small port as compared to the major ports located along the West Coast of North America, such as Los Angeles, Long Beach, Seattle, and Tacoma.[28] In contrast, to T6, a large part of the business at these larger West Coast ports involves intermodal cargo that is shipped to and from the interior of North America.[29]

27.    As described by Port of Portland's 2018 Terminal 6 Container Business Strategy report, container shipments that go through Portland T6 are almost exclusively destined for (or are originating from),

---

[27] PMA Annual Reports, 2005-2017. (ILWU 052094-052136; ILWU 052344-052437; ILWU 052438-052511; ILWU 052512-052595; ILWU 052596-052679; ILWU 053117-053200; ILWU 053285-053368; ILWU 053201-053284; ILWU 053369-053452; ICTSI0694032-0694107; ICTSI0694108-0694191; ICTSI0694192-0694275; ICTSI0694276-0694359). *See also* Appendix D, Exhibits 1 and 2.

[28] *See, e.g.*, Advisian Report, pp. 54. (ICTSI0076164-0076299).

[29] Gimpel Report, pp. 27-28.

12

PREPARED AT THE REQUEST OF COUNSEL

locations in the Pacific Northwest, and in particular: Oregon, southern Washington, and Idaho.[30] During the relevant timeframe, the main competitors to the Port of Portland for this business were the Port of Seattle and the Port of Tacoma.[31]

28. Since 2015, the Port of Seattle and Port of Tacoma have been affiliated as the Northwest Seaport Alliance.[32] The Port of Seattle and Port of Tacoma are each much larger than T6. Together, they handled over ten times the container cargo of T6 in each year of the relevant period.

29. Figure 2 shows the volume of container volume handled by the Port of Seattle and Port of Tacoma from 2005 through 2017.

**Figure 2**
**Seattle and Tacoma TEU Volume 2005 – 2017[33]**



---

[30] Advisian Report, pp. 15-17. (ICTSI0076164-0076299).

[31] *See, e.g.*, Advisian Report, pp. 18-19. (ICTSI0076164-0076299). Note that "NWSA" in the source refers to the Northwest Seaport Alliance, consisting of the Ports of Seattle and Tacoma.

[32] "Shipping – The Northwest Seaport Alliance" (https://www.portoftacoma.com/business/shipping, viewed on December 16, 2022).

[33] PMA Annual Reports, 2005-2017. (ILWU 052094-052136; ILWU 052344-052437; ILWU 052438-052511; ILWU 052512-052595; ILWU 052596-052679; ILWU 053117-053200; ILWU 053285-053368; ILWU 053201-053284; ILWU 053369-053452; ICTSI0694032-0694107; ICTSI0694108-0694191; ICTSI0694192-0694275; ICTSI0694276-0694359). *See also* Appendix D, Exhibits 5, 6 and 7.

PREPARED AT THE REQUEST OF COUNSEL

### 3.     Port Services Industry Overview

30.   Port services refers to various services provided at a shipping port, including the loading and unloading of containers to and from ships. A port contains one or more terminals, *i.e.*, "section(s) of the port consisting of one or more berths devoted to a particular type of cargo handling."[34] Apart from the port, port operators, and port workers, other entities that are relevant to the industry include shippers and carriers. A "shipper" is the company which owns or is tasked with shipping the cargo being shipped, such as a raw material supplier, or electronics manufacturer.[35] A "carrier" is an owner and/or operator of the transportation equipment (*e.g.,* the shipowner who is responsible for transporting cargo).[36]

31.   An important issue for this matter is port choice, *e.g.*, how it is that shippers of certain cargo coming from Asia to the U.S. choose to come through T6 in Portland instead of the Port of Seattle. The economics literature on the port services industry typically thinks about port choice for particular cargo as a decision that is one part of a larger "maritime transport chain." A maritime transport chain is a "a network over which carriers and ports provide services for the movement of cargo (provided by shippers)."[37] Based on the typical flow of goods between geographies and other factors, such as the characteristics and capacities of competing ports, competing carriers develop shipping routes that go between specific ports in the U.S. and specific ports in other countries. Over time, these shipping routes (or strings) are determined (and evolve) based on the decisions of shippers, carriers, and ports.[38]

32.   One consequence of maritime transport chains is that determining the choice of port for a particular piece of cargo can be relatively complex. Port choice may depend on the type of cargo, the origin

---

[34] Stopford, Martin, *Maritime Economics*, 3rd Ed., 2009, at p. 81.

[35] "Shippers, Carriers and Consignees: Understanding All the Parties on Your Bill of Lading" (https://www.approvedforwarders.com/shippers-carriers-consignees-understanding-bill-of-lading/, viewed on December 21, 2022).

[36] "Shippers, Carriers and Consignees: Understanding All the Parties on Your Bill of Lading" (https://www.approvedforwarders.com/shippers-carriers-consignees-understanding-bill-of-lading/, viewed on December 21, 2022).

[37] Talley, W. K., & Ng, M. (2013), "Maritime transport chain choice by carriers, ports and shippers." *International Journal of Production Economics*, 142(2), 311-316, at 313.

[38] Talley, W. K., & Ng, M. (2013), "Maritime transport chain choice by carriers, ports and shippers." *International Journal of Production Economics*, 142(2), 311-316, at 313; Gelareh, S, et al. (2013), "Hub-and-spoke network design and fleet deployment for string planning of liner shipping," *Applied Mathematical Modelling*, Volume 37, Issue 5, 2013, Pages 3307-3321 at p. 3307 ("A string is the ordered set of ports at which a container vessel will call.").

PREPARED AT THE REQUEST OF COUNSEL

and destination of the cargo, the type(s) and costs of over land transportation available to and from the origin and destination ports, existing contracts between shippers and carriers, and any current carriers and/or port capacity constraints. The cost of port services is not the only relevant factor, and often not one of the more important factors in port choice. Literature has found that there are "several drivers of port selection including: sailing distance between ports, proximity to [inland] cities, connectivity and port infrastructures, port tariffs, average waiting times, geographic location of ports, hinterland transportation networks, land and container shipping routes, and so on."[39] Even when focusing only on out-of-pocket costs, the "overall cost… includes ship cost, port tariff, inland transportation cost and inventory cost."[40] Thus, when choosing a port, shippers and carriers must factor in not only port costs, but also the distance to the destination/origin (which affects inland transportation cost), the capacity of the port to provide intermodal transport services, potential economies of scale, the port's ability to accommodate larger ships, and other factors which affect overall cost to the shipper and carrier.

33.    Nolan Gimpel, an expert in this matter, has emphasized that terminal operator pricing is a minor consideration in port choice.[41] Instead, because of the large costs that are incurred when experiencing delays and missing a port berth window, productivity and reliability of port services is paramount.[42]

## C.    Case background

34.    ICTSI entered into a lease for T6 (the container terminal) in 2010. In February 2011, the Port of Portland transferred management of Terminal 6 Operations to ICTSI.[43] Prior to 2011, T6 had been run by the Port of Portland. At issue in this matter are unlawful labor actions that occurred related to disputes over reefer work at T6.[44] Both before and after transferring management of T6 to ICTSI, the Port of Portland ("the Port") controlled reefer work at T6, and assigned the work to the International Brotherhood of Electrical Workers ("IBEW").[45] ILWU wanted the reefer work to be

---

[39] Parola, F., et al. (2017), "The drivers of port competitiveness: a critical review." *Transport Reviews*, 37:1, 116-138, at 118.

[40] Talley, W. K., & Ng, M. (2013), "Maritime transport chain choice by carriers, ports and shippers." *International Journal of Production Economics*, 142(2), 311-316, at 311.

[41] Gimpel Report, pp. 19-21.

[42] Gimpel Report, pp. 15-23.

[43] Opinion and Order, pp. 2-3. (Dkt. 662).

[44] Opinion and Order, pp. 2-3. (Dkt. 662).

[45] Opinion and Order, pp. 2-3. (Dkt. 662).

PREPARED AT THE REQUEST OF COUNSEL

done by ILWU members and, to that end, starting in June 2012 "engaged in work stoppages, slowdowns, 'safety gimmicks,' and other coercive actions… to put pressure on the Port to have the reefer work done by ILWU members."[46] In particular, I understand that beginning in June 2012, the ILWU intentionally interfered with work done at T6, in order to coerce the Port to award reefer work to ILWU rather than IBEW.[47] Because of the ILWU's actions, from June 2012 on, work done at the port became unreliable.[48]

35.   I understand that port fees charged to the main carriers calling on T6 remained roughly flat from 2002 through 2010.[49] I understand that, from when it took over port operations, ICTSI planned to run T6 as a profit maximizing entity and increase port fees as soon as it was able to (which was at the end of 2012, when existing contracts lapsed).[50] I also understand from Elvis Ganda that the carriers calling on T6 expected that ICTSI was planning to raise port fees.[51]

36.   In January 2013 ICTSI increased port services fees for the four carriers calling on T6. For Hanjin, the largest carrier calling on T6, primary fees (lift plus wharfage) rose by $72.47 (or 28.5 percent) from $254.53 to $327.00. For Hapag Lloyd, the second largest carrier calling on T6, primary fees rose by $57.81 (or 21.5 percent) from $269.19 to $327.00. For Westwood, the third largest carrier calling on T6, primary fees rose by $87 (or 38.2 percent) from $228.00 to $315.00.[52] For Hamburg Sud, a carrier that made occasional calls on T6 and also shared space on Hapag Lloyd vessels, primary fees rose by $8.82 (or 2.8 percent) from $318.18 to $327.00.[53]

37.   Figure 3 shows T6 volumes, measured in TEUs from the early 2011 through 2017.  Volume fell after the start of the labor dispute in June 2012. Then, after recovering to close to pre-dispute levels,

---

[46] Opinion and Order, p. 3. (Dkt. 662).

[47] Opinion and Order, p. 3. (Dkt. 662) ("the Court will not disturb the jury's thoughtful and well supported findings on liability and causation").

[48] Opinion and Order, pp. 2-3. (Dkt. 662).

[49] Advisian Report, pp. 87-88. (ICTSI0076164-0076299). ("From 2002 to 2010, the operating revenue per vessel move was flat to slightly declining" and "the historic financial record shows three trends… flat to declining per box revenue.")

[50] Ganda Disclosure, p. 6.

[51] Ganda Disclosure, p. 6.

[52] "Rates spreadsheet - Rates - Straight time throughput & wharfage 2011- 2017 (2).xls". Fee increases compare December 2012 through March 2013.

[53] "Rates spreadsheet - Rates - Straight time throughput & wharfage 2011- 2017 (2).xls". Fee increases compare December 2012 through March 2013.

PREPARED AT THE REQUEST OF COUNSEL

they fell again, and finally declined to close to zero after Hanjin and Hapag Lloyd pulled out of T6 in 2015.

**Figure 3**

**Portland Terminal 6 Monthly TEU Volume (March 2011 - March 2017)[54]**



38.  In June 2012, ICTSI brought an action against ILWU and the affiliated Local 8, claiming defendants engaged in unlawful labor practices.[55] In 2019, a jury found ILWU and the affiliated Local 8 engaged in unlawful labor practices and was wholly responsible for damages incurred by ICTSI from the loss of business at T6, awarding ICTSI $93.6 million in damages.[56] In a post-trial order in March 2020, the Court found that "[t]he evidence does not support a damage award of $93.6 million,"[57] In reasoning that ICTSI's expert Mr. Sickler's testimony was "not reliable or credible," the Court noted

> as prices increase, one would generally not expect to see volumes (or quantities) also increase. This is the law of a downward sloping demand curve, and an economically sound analysis should

---

[54] *See also* Appendix D, Exhibits 3 and 4..

[55] Opinion and Order, p. 3. (Dkt. 662). *See also*, Third Amended Answer and Counterclaims, ¶¶54-85. (Dkt. 235).

[56] Opinion and Order, pp. 1-2. (Dkt. 662).

[57] Opinion and Order, p. 3, 40. (Dkt. 662).

PREPARED AT THE REQUEST OF COUNSEL

account for that or explain the deviation with persuasive evidence. Mr. Sickler [ICTSI's damages expert], however, simply assumed ever-increasing volumes, higher than what the carriers experienced, and at ever-increasing prices.[58]

## IV.    ELASTICITY OF DEMAND AND THE ECONOMICS OF PRICE CHANGES AT T6

### A.    Introduction

39.    I understand that a fundamental issue in this matter is to determine, but for the unlawful actions of the ILWU, what ICTSI's T6 volumes would have been between June 2012 and March 2017. I understand that ICTSI expert Dr. Bryce Ward is addressing this issue, and has determined that, in a but-for world, annual volume at T6 would have risen either above its pre-June 2012 levels or stayed roughly flat, even with the assumed but-for world price increases.[59]

40.    While simultaneously increasing prices and volumes may be, at first blush, an unexpected result, it is perfectly plausible, consistent with basic economics analysis, and consistent with the economics specific to port services in the Portland catchment area. As a general matter, whether and to what extent price increases are associated with changes in the quantity rendered of a product or service depends crucially on the characteristics of demand, supply, and market structure in the relevant industry, as well as the circumstances that led to the price increase.

41.    In this section, I begin by introducing some building-block economic concepts and discuss under what circumstances one might expect to find prices and volumes moving together. I then discuss Port services generally and T6's services in particular, and determine that they have several characteristics that make it quite possible for prices and volumes to move together. In addition to inelastic demand, they include that both T6 and the shippers appear to have market power, as well as evidence that both demand and supply factors may have been shifting during the relevant period.

### B.    The Law of Demand and Price Elasticity of Demand

42.    One of the main building blocks of economic analysis is the "demand curve" or "demand function." **Demand curves** are product- (or service-) specific and time-specific relationships between the quantity demanded of the product and the factors that influence that quantity, such the product price, prices of related products, incomes, and tastes. Demand curves are often depicted as relationships between the product price and the quantity demanded holding all other factors that

---

[58] Opinion and Order, p. 47. (Dkt. 662).

[59] Ward Report, pp. 13-15, 21-22, 27, 63-65.

18

PREPARED AT THE REQUEST OF COUNSEL

influence demand constant.[60] Economists think there typically is an inverse relationship between the quantity demanded of a product or service and its price. That is, everything else equal, consumers will demand a lower quantity of a product or service as the price of the product or service rises. This is **the law of demand**.[61] As the product price rises, some consumers will substitute to alternative products or services.

43.     The sensitivity of quantity demand to increases in price (that is, the extent to which consumers substitute away from a product or service as its price rises) is often measured by the **price elasticity of demand**.[62] Specifically, the own-price elasticity of demand is defined as the percentage change in quantity demanded of a product or service due to a one percentage change in its price. The more sensitive volume demanded is to price changes, the more elastic is the demand for services. Figure 4 below shows two stylized demand curves. Both show a downward sloping relationship between quantity and price. The one on the left shows a relatively elastic demand curve: given the same change in price, $P_1$ to $P_2$, the curve on the left corresponds to a greater change in quantity than the curve on the right. The demand curve on the right is relatively inelastic.



**Figure 4**
**Elastic and Inelastic Demand Curves**



---

[60] *See, e.g.*, David Besanko, David Dranove, Mark Shanley and Scott Schaefer, Economics of Strategy, Seventh Edition, (John Wiley & Sons: 2016), at p. 18.

[61] *See, e.g.*, David Besanko, David Dranove, Mark Shanley and Scott Schaefer, Economics of Strategy, Seventh Edition, (John Wiley & Sons: 2016), at p. 19.

[62] *See, e.g.*, David Besanko, David Dranove, Mark Shanley and Scott Schaefer, Economics of Strategy, Seventh Edition, (John Wiley & Sons: 2016), at pp. 19-22.

PREPARED AT THE REQUEST OF COUNSEL

44. As discussed in economics textbooks, there are several factors that can affect the price elasticity of demand for a product or service. They can include: (1) consumers views on how differentiated the product is from competing products; (2) the ease of switching between competing products; (3) how large a fraction of consumers' income or total expenditure is spent on the product; (4) to what extent the product is used in conjunction with other products to which buyers have already committed; and (5) in cases where the product or service is an input to producing another product or service, the nature of the production technology and the demand for the other product.[63] Demand typically is more elastic in the long run than the short run because it typically is easier for customers to substitute to other products in the long run. What constitutes the long run vs. the short run may depend on a variety of market specific-factors and on the context, including for example, whether a price change was expected by customers.

45. When defining an elasticity from the consumer's perspective, one must also be cognizant of the relevant price. For example, if one was interested in knowing the elasticity of demand for international freight shipping with respect to the cost, the relevant price is the total cost of shipping the freight. Therefore, suppose for example that port fees constituted 5.0 percent of this cost, then a 20 percent increase in port fees represents a 1.0 percent increase in the total cost of shipping. Therefore, even if the elasticity of demand for shipping to and from the Portland area with respect to the total shipping cost were a relatively elastic 2.0, a 20 percent increase in port fees would translate to just a 1.0 percent increase in total shipping cost, and, under those assumptions, would lead to a 2.0 percent decline in the quantity demanded. That is, elastic demand with respect to overall shipping cost is consistent with inelastic demand with respect to port fees.

46. In summary, the figures above hint that one factor that may determine the relationship between prices and quantities (or volumes) is the price elasticity of demand. Everything else equal, a market with more inelastic demand will see a smaller decline in volume with a given increase in price.

### C.    Supply and Industry Dynamics

47. The discussion thus far has ignored the supply side of the market. The supply side is crucial, however, as observed equilibrium prices are the result of the interaction of demand and supply. **Supply curves** are product- (or service-) specific and time-specific relationships between the

---

[63] *See, e.g.*, David Besanko, David Dranove, Mark Shanley and Scott Schaefer, Economics of Strategy, Seventh Edition, (John Wiley & Sons: 2016), at pp. 21-22.

PREPARED AT THE REQUEST OF COUNSEL

product price and the quantity supplied.[64] In competitive industries, supply curves (for firms and industries) reflect the marginal costs of supply.[65] Supply curves are often thought to be upward sloping, reflecting that the marginal cost of supplying the product increases as more of the product is supplied. Figure 5 below shows a supply curve added to the demand curves depicted in Figure 4.

**Figure 5**

**Elastic and Inelastic Demand Curves with Supply Curve**



48.     The intersection of supply and demand curves correspond to an equilibrium price and quantity (or volume), denoted by P and Q in Figure 5. Changes in demand and/or supply conditions can determine **industry dynamics**, *i.e.*, changes in prices and quantities. Economists often think about these as demand and/or supply "shocks," which lead to shifts in the underlying curves and new equilibrium prices and quantities. For example, a shift in the demand curve may be caused by an increase in income of customers, whereas a shift in the supply curve may be caused by an increase in per unit labor costs. Figure 6 shows an example of industry dynamics in which the equilibrium price rises and the equilibrium quantity decreases due to an increase in per unit labor costs. The

---

[64] Because supply reflects the amount a firm is willing to supply given a market price, supply curves technically are thought to exist only for price taking, or competitive, firms and industries.

[65] *See, e.g.*, David Besanko, David Dranove, Mark Shanley and Scott Schaefer, Economics of Strategy, Seventh Edition, (John Wiley & Sons: 2016), at pp. 21-22.

PREPARED AT THE REQUEST OF COUNSEL

supply curve shifts to the left, reflecting higher marginal costs. As the demand curve is unaffected by per unit labor costs, the new equilibrium occurs at a lower quantity $Q_2$.

**Figure 6**
**Elastic and Inelastic Demand Curves with Shifting Supply**



49.  Figure 6 also shows that the decrease in quantity associated with the supply shock is smaller with the relatively inelastic demand curve. When demand is perfectly inelastic, the demand curve is a completely vertical line and there would be no change in the equilibrium quantity in response to the supply shock. Two cases of demand curves with areas of perfectly inelastic demand are shown in Figure 7. The version on the right-hand side is likely more common and reflects a case of perfectly inelastic demand over portions of the demand curve.  In economic textbooks, this sort of demand – sometimes called "step demand" – commonly represents the demand for one individual consumer for one type of discrete product, like a shirt. The model captures that idea that an individual will purchase shirts in discrete quantities (for example, 1, 2 or 3), and it would likely take a discrete price drop for an individual to demand two shirts versus one shirt. A small drop in the price of shirts won't change quantity demanded.

50.  In port services, one might think of the volume or "Q" as the number of containers loaded and/or unloaded over a given time period. While that measure can be thought of as relatively continuous, the "steps" come from the fixed costs associated with a ship (which can carry many containers) making a port call. There are strong incentives for carriers to make as much use of the berth window

PREPARED AT THE REQUEST OF COUNSEL

to load and unload cargo as possible.[66] As such, over some range, price increases may not result in lower quantity demanded until it becomes rational for the carrier to take some action, such as skipping the port call altogether. At that point the demand curve may become perfectly elastic over some region, as depicted in the figure. Importantly, whereas textbooks talk about how aggregating over consumers will smooth out market demand curves, at T6 there are few carrier-consumers for that smoothing to occur.

**Figure 7**

**Perfectly Inelastic Demand with Shifting Supply**



51.   In the real world, industry dynamics are often the result of multiple changes. That is, both demand and supply curves (or cost conditions) may be shifting for multiple reasons. When there is a demand shock (shifting the demand curve), whether accompanied with a supply shock or not, *higher prices can be associated with increased volume*. Figure 8 below shows a case where both the demand curve and the supply curve are shifting. The result can be an increase in price and an increase in volume. Figure 8 also shows that volume will be more likely to rise (and/or rise more) when the demand curve is more inelastic.

---

[66] *See, e.g.*, Advisian Report, pp. 93-94. (ICTSI0076164-0076299).

PREPARED AT THE REQUEST OF COUNSEL

**Figure 8**

**Simultaneously Shifting Demand and Supply**



52.    These examples show that, *even when the law of demand holds, prices and quantities can move together*. In my experience, this phenomenon is not uncommon. Retail gasoline is a good example. Figure 9 shows average weekly gasoline prices and volumes in the United States throughout the year, from 2010 to 2019.[67] As we move into summer, retail gas prices rise, and retail gas volumes rise. This is largely caused by a shift out in demand, as consumers demand more gasoline for summer road trips.

---

[67] "Weekly U.S. Regular All Formulations Retail Gasoline Prices," U.S. Energy Information Administration (https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=EMM_EPMR_PTE_NUS_DPG&f=W, viewed on February 6, 2023); "U.S. Weekly Product Supplied," U.S. Energy Information Administration (https://www.eia.gov/dnav/pet/pet_cons_wpsup_k_w.htm, viewed on February 6, 2023).

PREPARED AT THE REQUEST OF COUNSEL

**Figure 9**

**U.S. Retail Gas Price and Quantity[68]**

**Weekly Average 2010–2019**



**D.      Market Structure**

53.   In addition to demand and supply, and shifts in supply and demand curves, equilibrium prices and volumes and industry dynamics can also be influenced by market structure. **Market structure** refers to the degree and nature of competition among market participants, such as, for example, whether individual buyers and/or sellers have market power. When suppliers (and/or buyers) have market power, issues such as price setting, strategic behavior and bargaining power can come into play, which can influence industry prices and volumes. Market structure can be influenced by, among other things, how many buyers and sellers are in a market, how concentrated sales are, how differentiated competing products are and the ease of entry into the market.

---

[68] *See also* Appendix D, Exhibit 8.

PREPARED AT THE REQUEST OF COUNSEL

54. In the examples so far, we have implicitly been assuming a competitive industry where equilibrium prices and quantities are determined together as the intersection of supply and demand curves. Competitive markets are typically assumed to involve multiple firms with low fixed costs offering homogeneous products, so that the reason consumers choose one supplier's product over another's product is the prices charged. In such a case, we say that individual firms are price takers; they don't have the power to individually set prices - if one firm in a competitive industry raised prices, all of their customers would shift to other suppliers that offer identical products or services. In a textbook perfectly competitive market, even if market demand is relatively inelastic, the demand curve facing a firm would be very elastic (virtually horizontal).

### 1.    Market Power

55. The competitive market model can sometimes be useful in analyzing certain aspects of competition and performance in industries with characteristics that reasonably approximate the model's assumptions. However, the assumptions of the competitive market model do not correspond closely to the characteristics of many real-world industries. Of relevance here:

- Products in many industries are differentiated in quality, and/or other dimensions, which implies that, on the demand side, consumers choose among products based on other product characteristics in addition to price; and

- a firm's cost structure can include high fixed costs, which can result in industry concentration.

56. When an industry's characteristics diverge enough from the assumptions of the competitive market model, economists typically use other models. Textbooks often go over the case of monopoly – where there is one seller of a particular good or service. While pure monopolies (much like perfectly competitive industries) may be quite rare, economists find monopoly models useful to analyze industries where there is **market power**, due, for example, to sufficiently differentiated products, high market shares, and/or high barriers preventing entry. In a pure monopoly, we think of the supplying firm choosing to operate at the optimal price-volume combination on the demand curve. Generally, relative to competitive markets, prices will be higher, and volumes will be lower for monopolies, though it is not necessarily the case that monopolies generate high profits. As with competitive markets, shifting demand curves in the presence of seller market power can cause prices and volumes to move in the same direction.

### 2.    The Hotelling Model of Imperfect Competition

26

PREPARED AT THE REQUEST OF COUNSEL

57.    In industries where product differentiation is important - and where firms still face competition for customers - economists can employ a range of models of **imperfect competition**. Here, there is evidence that T6 faced limited competition from the Ports of Seattle and Tacoma. While some aspects of port services are commodities, an important factor that characterizes the nature of competition between T6 and the Port of Seattle and the Port of Tacoma (and shields T6 almost entirely from competition from other ports) is the distance between ports. As discussed above, container cargo moving through T6 almost exclusively is destined for (or originates from) the Portland catchment area. This makes economic sense because once unloaded, most Portland area container cargo must be trucked to its destination, and the cost of trucking varies directly and materially with distance. As discussed in the Ward Report, for a Portland area origin or destination, it can cost $400 to $600 more in trucking costs per container to ship through the Seattle or Tacoma ports rather than through T6 in Portland.[69] Economically, from a (local) shipper's perspective and assuming the overseas origination or destination is on the same carrier string as T6, the services offered by T6 and Seattle and Tacoma are largely differentiated based on their distance to T6 versus Seattle or Tacoma.[70]

58.    Competition between T6 and Seattle and Tacoma can be analyzed using the **Hotelling model**.[71] In using this simple model, I abstract away from the role of carriers and focus on ports and shippers. In the real world, carriers would typically pay port services fees, and carrier behavior should be influenced by shipper locations (which, as described below, is a feature of the model). Also, depending on the relevant elasticities of demand of carriers and shippers, some portion of any port fee increases may be passed through to shippers.

59.    A graphical representation of the Hotelling model is depicted in Figure 10 below. The model involves two businesses (here, ports) located along a line, with T6 (on one side) and Seattle/Tacoma (on the other). Each port competes over customers (here, shippers), who are assumed to be distributed in distance between the two ports. Each shipper's distance to a port is represented by the line length between the shipper's location on the line and the port. In order to use a port, shippers are assumed to pay the port fees (P) plus incur a transportation cost (T) to get to (or from) the port.

---

[69] Ward Report, pp. 12, 61-62.

[70] I understand that T6 would not be a viable option for shipments to and from overseas origins/destinations not served by carriers calling on T6. *See* Gimpel Report, p. 12.

[71] *See, e.g.*, Cabral, Luis, M. B., *Introduction to Industrial Organization*, MIT Press, 2002, p. 212-215.

27

PREPARED AT THE REQUEST OF COUNSEL

This total cost, $C = P + T$, is represented by the blue and red lines.[72] As such, shippers located closer to T6 will find using that port relatively cheaper. In equilibrium, at prices $P_{p1}$ and $P_{s1}$, all shippers located to the left of $B_1$ will choose to use the T6 port since that is their lower cost option. Similarly, all shippers located to the right of $B_1$ will choose to use the other port since that is their lower cost option.

**Figure 10**

**Hotelling Model**



60.   If T6 raises its price from $P_{p1}$ to $P_{p2}$, consumers (shippers) located between $B_1$ and $B_2$ will find it relatively cheaper to switch to the Port of Seattle (or Port of Tacoma) and the number of shippers using Portland will fall. Consumers (shippers) located between T6 and $B_1$ will still find it more economical to ship through T6 even with the price increase. In this model, the volume T6 loses because of the price change (and similarly the elasticity of demand) will depend on (1) the extent of the shift in equilibrium (the shift from $B_1$ to $B_2$), which depends on the increase in the port fees and the per mile trucking cost, and (2) the density of shippers (and their shipment volume) in that

---

[72] On the figure, the subscript "P" refers to Portland (T6) and the subscript "S" refers to Seattle/Tacoma.

PREPARED AT THE REQUEST OF COUNSEL

range as compared to the density of shippers in the range of T6 to $B_2$. More volume will be lost (and elasticity will be higher) the more volume that comes from shippers between $B_1$ and $B_2$. In practice, $B_1$ is likely located along the border of the Portland catchment area between Portland and Seattle.

61.    Elasticity is expected to be low if (1) there are relatively few shipments going to and from the area surrounding the border of the Portland catchment area, and (2) per mile trucking cost is relatively high.

62.    Both appear to be true. As Dr. Ward observed, the northern border of the catchment area (*i.e.* the area whose shippers that would be most at risk of shifting to Seattle or Tacoma) is relatively sparsely populated relative to the area closer to T6.[73] He also noted that for a Portland area origin or destination, it can cost $400 to $600 per container more in trucking costs to ship through the Port of Seattle or Port of Tacoma rather than T6 in Portland,[74] and that, from 2012 to 2013 and 2014 the relative cost of transporting containers by truck to Seattle and Tacoma relative to T6 increased.[75] As a result, the model predicts that relatively little volume would be lost due to an increase in port fees.

63.    This model abstracts away from the role of carriers. And the outcome of this simplified model can be thought of as one that would result if carriers passed through any fee increases, in their entirely, to shippers. Alternatively, the consumers can be thought of as representing the joint decisions of shippers and carriers after they bargain. However, as discussed below and in the Ward Report, features of the demand for T6 port services, including evidence of carrier rents at T6, suggest pass through may be limited. This limitation on pass through would reduce, and potentially eliminate, any impact that a port fee increase would have on shippers.[76]

64.    The Hotelling model description above also omitted any discussion of a growth in demand. Growth in demand in the Hotelling model is represented by an increase in the number of customers located between the two firms. If the price increase occurs at the same time as a positive demand shock,

---

[73] Dr. Ward found that "approximately seven percent of catchment area population lives in three-digit zip codes at the margin of inclusion [i.e., near the border of the catchment area]." Ward Report, Appendix E (p. 75).

[74] Ward Report, pp. 12, 61-62.

[75] Ward Report, pp. 47-50.

[76] In theory, carriers pass-through price increases to shippers when carriers are sensitive to price increases and shippers are not particularly sensitive to price increases, whereas carriers do not pass-through price increases to shippers when carriers are not sensitive to price increases.

29

PREPARED AT THE REQUEST OF COUNSEL

there may be an increase in both equilibrium price and volume for T6. If, for example, the growth in the number of customers between T6 and $B_2$ is larger than the (pre-growth) number of customers between $B_2$ and $B_1$, we would observe an increase in the quantity demanded faced by T6 even after the price increase. This would be expected to happen if, as Dr. Ward concludes, T6 volume is highly correlated with regional economic activity and West Coast shipping trends.[77]

### 3.  Bilateral Market Power

65.  The Hotelling model discussed above captures aspects of seller market power. Some markets might also feature buyer market power, known as monopsony power. In this situation, buyers can influence the price they pay by changing how much they choose to purchase or through negotiations. When there is **bilateral market power** –when both buyers and sellers of a product or service have market power – even with stable demand volumes and prices need not move in opposite directions. In the special case of bilateral monopoly – one buyer and one seller – economists have recognized that market equilibrium need not mean restricted output, and that quantity need not move in the opposite direction as the price. In such a case, parties jointly have the incentive to maximize output and then to bargain over the splitting of the profits or rents.[78] Volumes are set for any given demand and supply characteristics, whereas prices are largely determined by relative bargaining power.[79] In such markets, changes in price may be caused by changes in bargaining power.

66.  In the case of T6, a change in bargaining power might be related to port management shifting from the Port, a public entity, to ICTSI, a publicly traded, for-profit firm. The opportunity to take advantage of bargaining power may have also been naturally shifting towards the T6 port manager over time because port fees at T6 may have been over-due to be increased. I understand that the port fees charged to main carriers calling on T6 stayed flat from 2002 to 2010, and primary port

---

[77] Ward Report, pp. 23-28 and Appendix B.

[78] Campbell, T. (2007). "Bilateral Monopoly in Mergers," Antitrust Law Journal, 74(3), 521–536. http://www.jstor.org/stable/27897559, at p. 521-522 ("The overall payment for all the goods will be subject to bargaining between the two parties, but the quantity sold is not in doubt. It is the same quantity that would be arrived at in perfect competition."); Angerhofer, T.J., Blair, R.D. "Successive Monopoly, Bilateral Monopoly and Vertical Mergers," Rev Ind Organ 59, 343–361 (2021). https://doi.org/10.1007/s11151-021-09825-y, at p. 353 ("In equilibrium, the only value of x that maximizes the joint surplus is x3 [i.e. the quantity that maximizes joint surplus], and it behooves the parties to agree on exchanging this quantity of x. Then, the firms will bargain over the price of x, which serves only to divide the surplus").

[79] Angerhofer, T.J., Blair, R.D. Successive Monopoly, Bilateral Monopoly and Vertical Mergers. Rev Ind Organ 59, 343–361 (2021). https://doi.org/10.1007/s11151-021-09825-y, at p. 353 ("Since the quantity is determined independently of the value of w [i.e. Price], w is not a rationing device").

PREPARED AT THE REQUEST OF COUNSEL

fees increased by only 3 to 4 percent in 2011 and 2012, reflecting labor cost adjustments.[80] In contrast, between 2002 and 2012, cumulative inflation, as measured by the CPI, was approximately 30 percent.[81] T6's lack of fee increases in the pre-2013 period may have over time contributed to carrier customers reaping greater and greater economic rents at T6 from using the port at fees that were falling in real terms. This is consistent with the evidence discussed above that, by 2011, Hanjin appeared to be generating significant per container economic rents at T6.[82] By the time ICTSI took over management of the facility and was able to raise fees, ICTSI likely had a strong incentive to access some of these built-up carrier-side rents and did so through the fee adjustments it undertook in 2013.

### E.    Relevant Characteristics of Port Services and Terminal 6

67.  In this section I discuss characteristics of the port services industry and the local market that T6 served during the relevant timeframe that may be relevant in an analysis whether there could be both an increase in price for port services offered by T6 and an increase in the volume of services rendered.

### 1.    Demand

68.  Based on my research and analysis, review of the Ward Report and Gimpel Report, and discussions with Dr. Ward, Mr. Gimpel, Mr. Stephenson, and Mr. Rothberg, there are characteristics of the demand for T6 port services that are relevant for an analysis of whether there could be both an increase in price for port services offered by T6 and an increase in the volume of services rendered. They include:

- Demand for T6 port services is demand derived from demand of shippers wanting to ship products to and from the Portland catchment area, mostly to and from Asia.[83] That is, port services demand is a derived demand. **Derived demand** refers to the demand for a good or service that arises from its association as an input in the production of another final good.

---

[80] Advisian Report, p. 87-88 (ICTSI0076164-0076299). ("From 2002 to 2010, the operating revenue per vessel move was flat to slightly declining" and "the historic financial record shows three trends… flat to declining per box revenue."); "Rates - Straight time throughput & wharfage 2011- 2017 (2).XLSX".

[81] *See* https://fred.stlouisfed.org/series/CPIAUCSL (viewed February 5, 2023). Compares December 2012 with January 2002. Calculated as 231.221/177.700 = 130.1.

[82] Declaration of Lawrence Burns, January 3, 2023, ¶ 11 and Exhibit 2.

[83] According to the 2018 Advisian Report on the Port of Portland, "90% of the Portland container market is coming from or destined for Asia." Advisian Report, p. 5. (ICTSI0076164-0076299).

PREPARED AT THE REQUEST OF COUNSEL

- There are economies to scale involved in carriers to calling on a port. Once a carrier is calling on a port, it is economical to fill (and/or unload) the ship making the call with as much cargo as possible.[84]

- Port services costs make up a small fraction of total costs incurred to ship products to and from the T6 catchment area. For example, according to a 2018 consulting report requisitioned by the Port of Portland, "the port or terminal component of the total supply chain was identified to be less than 5% of the total cost."[85]

- There are few good port alternatives for transporting cargo going to and from the T6 catchment area, with the ports of Seattle and Tacoma the only reasonable alternatives to T6.[86]

- Competing ports are viewed by customers as offering differentiated services. In particular, T6 is substantially closer for Portland areas shippers than is Seattle or Tacoma. For containers originating from or destined for overseas locations served by T6 carrier strings, that translates into substantial costs savings related to getting containers to and from the port. I understand that for a Portland-area origin or destination, it can cost $400 to $600 more to transport a container to Seattle or Tacoma instead of to T6.[87]

- Market demand for T6 port services was largely made up of the demand of two carriers, Hanjin and Hapag Lloyd.

- In 2011, prior to the increase in price at T6, the largest carrier calling on T6, Hanjin, which made up roughly 80 percent of T6's volume, generated more average profits per unit volume calling at T6 than it did calling on anywhere else along the west coast.[88]

- Carriers expected ICTSI to raise fees at T6, well before January 2013.[89] I also understand that in response to market conditions, including labor actions and a potential untenable price increase, carriers typically are able to relatively quickly skip port calls.[90]

- As discussed in the Ward report, during the 2012 to 2017 time period, demand for shipments to and from the catchment area likely grew, reflecting the growth in the economy of the Pacific Northwest.[91]

---

[84] Advisian Report, pp. 93-94. (ICTSI0076164-0076299).

[85] Advisian Report, p. 60. (ICTSI0076164-0076299). *See also* Ward Report, p. 61 and Gimpel Report, pp. 15, 21.

[86] Advisian Report, pp. 18-19. (ICTSI0076164-0076299).

[87] Ward Report, pp. 12, 61-62.

[88] Declaration of Lawrence Burns, January 3, 2023, ¶ 11 and Exhibit 2. Gimpel Report, pp. 21-22; Ward Report, pp. 11, 14, 63.

[89] Ganda Disclosure, p. 6.

[90] Ganda Disclosure, p. 6.

[91] Ward Report, pp. 17-19.

PREPARED AT THE REQUEST OF COUNSEL

- Based on data analyzed by Dr. Ward, compared to 2012, in 2013 and 2014 the relative cost of transporting containers by truck to Seattle and Tacoma relative to T6 increased for nearly all parts of the catchment area.[92]

69.    Implications of these demand characteristics include the following:

- As a result of carrier customers viewing port services as a differentiated products, T6 having few good substitutes, and port fees making up a small component of the overall costs of transportation services, **demand for port services is likely to be inelastic.**

- As a result of economies to scale involved in carriers calling on a port, the relationship between the quantity of port services demanded and port fees is likely to have a non-linear shape, such that **parts of the demand curve are completely or almost completely inelastic**.

- The fact that carrier demand for port services is derived from supplying transportation services to shippers means that carriers may not incur the entire amount of any fees increase.

- Evidence that per container profitability of Hanjin, the largest carrier calling on T6, was much higher at T6 than it was at competing ports suggests that it likely would have taken a large fee increase to cause the carrier to reduce volumes, and suggests that the **demand curve facing T6 likely was very inelastic around existing market prices**.

- Based on what I understand about carriers' likely expectations as to port fees and their ability to skip calls if warranted, carriers would likely have been able to quickly adjust to price changes in such a way as to largely or fully substitute away from T6 in the timeframe envisioned if it had made sense to do so.

- As a result of economic expansion in the Pacific Northwest, **the demand curve for T6 port services likely shifted out** in the relevant timeframe. Furthermore, the demand curve for T6 likely shifted out further as a result of the decline in the relative cost of trucking to T6 in 2013 and 2014.

   *2.    Supply and Market Structure*

70.    Based on my research and analysis, review of the Ward Report and Gimpel Report, and discussions with Dr. Ward, Mr. Gimpel, Mr. Stephenson, and Mr. Rothberg, there are characteristics of the supply for port services at T6 and the market structure that are relevant for an analysis of whether there could be both an increase in price for port services offered by T6 and an increase in the volume of services rendered. They include:

- With few ports close by,[93] and a locationally differentiated product, T6 faces limited competition to supply port service for commerce originating from and/or destined for

---

[92] Ward Report, pp. 47-50.

[93] Also relevant is that there is a large fixed cost to entering the port business.

33

PREPARED AT THE REQUEST OF COUNSEL

the Portland catchment area that is destined for and/or origination from an overseas location served by a carrier calling on T6.[94]

- T6 likely had an upward sloping marginal cost curve, reflecting its ability to expand the supply of port services at an increasing per unit cost.[95]

- Prior to 2010, T6 was run by the Port of Portland, which held T6 port services fees roughly flat from 2002 through the end 2012, and likely was not seeking to maximize port profits.[96] In 2011, ICTSI, a for profit entity, took over operations of T6 with the intention of raising prices as soon as contractually permitted.[97]

71. Implications of these supply and market structure characteristics as they relate to this matter include the following:

- As a result of facing limited competition to supply port services for commerce originating in and/or destined for the Portland catchment area, T6 likely had considerable market power.

- The fact that management of T6 transitioned from Port of Portland to ICTSI meant that T6's approach to bargaining and ability to capture existing rents earned by carriers likely changed.

*3.    Market Equilibrium*

72. As described above, important characteristics of T6 around in the relevant period include:

- Demand was likely to be inelastic in the relevant range, and perhaps almost completely inelastic;

- The demand curve likely shifted out in the relevant time period;

- Both ICTSI and carriers likely had market power – that is, there likely was bilateral market power.

- There may have been a shift in bargaining power in the relevant time period.

---

[94] Advisian Report, pp. 6, 10, 41, 48. (ICTSI0076164-0076299).

[95] This is consistent with T6's ability to handle calls on the weekend and holidays, where labor, and other, costs may be higher.

[96] Advisian Report, p. 87-88. (ICTSI0076164-0076299). ("From 2002 to 2010, the operating revenue per vessel move was flat to slightly declining" and "the historic financial record shows three trends… flat to declining per box revenue."); According to the relevant Oregon law, "The object, purpose and occupation of the Port of Portland shall be to promote the maritime, shipping, aviation, commercial and industrial interests of the port as by law specifically authorized." Oregon Statute 778.015.

[97] Ganda Disclosure, pp. 5-6.

PREPARED AT THE REQUEST OF COUNSEL

73.  As a result of the characteristics of the market for port services in the catchment in the relevant period, it is likely that with a price increase of the magnitude assumed here during the relevant timeframe, volumes would have increased or remained stable. It is likely that demand facing T6 was relatively inelastic. And while no single simple economic model perfectly mirrors the realities of T6's business in the relevant time frame, both a simple demand and supply frameworks and a Hotelling model of imperfect competition, combined with a shifting demand curve (representing an expanding economy in the Pacific Northwest) capture many of the salient features of the market in this timeframe, and can explain rising volumes contemporaneous with rising port fees.

74.  As well, the fact that both T6 and carriers appear to have market power combined with the fact that T6's changed operators (and likely objectives and bargaining ability and power) during the relevant period suggests that volumes and prices need not move in opposite directions. Both carriers and the T6 operator should have the incentive to jointly optimize volumes and then bargain over splitting the economic rents. The fact that ICTSI replaced the Port of Portland suggests that bargaining power may have shifted in the relevant period, and holding everything else constant, could result in higher prices without reduced volumes. Again, a simultaneous shifting demand curve can explain rising volumes contemporaneous with rising port fees.

### F.    Cheap Talk

75.  I understand that around the time that ICTSI raised T6 port fees, customers communicated to ICTSI that such a fee increase was not tolerable and would force the customers to stop calling on T6.

76.  As an initial matter, from an economic point of view, the best information on whether a carrier would switch away from T6 is whether it would be profitable for the carrier to do so. As discussed above, evidence indicates that based on a 2011 Hanjin document, Hanjin's average profit per container calling on T6 substantially exceeded that of the Port of Seattle or the Port of Tacoma.[98] That, along with the fact that carriers did not leave T6 until well after the increase in fees and a drop in quality, is strong evidence that the economics of the fee increase to carriers was quite different to what carriers were communicating to ICTSI.

77.  Based on this evidence, it would be reasonable for ICTSI to have deemed that the carriers' communications were uninformative as to their actual intentions, and meant as a bargaining tactic to keep fees low. Indeed, communications like these are referred to as "**cheap talk**" in the economic

---

[98] Declaration of Lawrence Burns, January 3, 2023, ¶ 11 and Exhibit 2.

literature, since they are 1) unverifiable (i.e., may or may not be truthful) and 2) do not affect payoffs directly (i.e., are costless to transmit and receive).[99]  Generally, cheap talk is present when a market participant (here, a carrier) that possesses private information (for example, about the costs and benefits of switching ports) can send "cheap talk" messages (what carrier will do in the event of a price increase) to a decision maker (here, ICTSI deciding whether or not to increase prices, and if so, by how much). Of note, the literature recognizes that such "cheap talk" messages are often ignored by the decision maker due to their unverifiable nature.[100]

78.     That is not to say that all communication needs to be uninformative. The literature has emphasized that cases of informative "cheap talk" – that is, communications that are both true and believed by the receiver – are possible if preferences between both parties are sufficiently aligned.[101] Conversely, cheap talk is generally less informative the less aligned are the preferences or goals of the parties, and "cheap talk" messages cannot be informative in a zero-sum game where the preferences of the parties are opposed.[102]   In this case, ICTSI's and carriers' preferences are opposed with respect to any price increases by ICTSI, as a proposed price increase is close to a zero-sum game between the two participants.. Either ICTSI will benefit and carriers will lose out or carriers will benefit and ICTSI will lose out. Thus, according to the economic theory of cheap talk, it is likely that messages sent by carriers would be uninformative. Indeed, ICTSI decided to raise prices ignoring or despite these messages, and customers continued the relationship with ICTSI for several years despite ICTSI's price increase.

G.      Summary

---

[99] Chakraborty, Archishman, and Rick Harbaugh. 2010. "Persuasion by Cheap Talk." *American Economic Review*, 100 (5): 2361-82 at p. 2363 ("She sends advice to an uninformed decision maker (or decision makers) in the form of a costless, unverifiable message").

[100] Farrell, Joseph, and Matthew Rabin. 1996. "Cheap Talk." *Journal of Economic Perspectives*, 10 (3): 103-118, at p. 108 ("The point is quite general: it is always consistent with rationality to treat cheap talk as meaningless. Such a 'babbling' equilibrium always exists.")

[101] In a seminal paper, Crawford and Sobel (1982) find that "equilibrium should involve more informative signaling the closer agents' interests." Crawford, Vincent P., and Joel Sobel. "Strategic Information Transmission." *Econometrica*, vol. 50, no. 6, 1982, pp. 1431–51, at p. 1442.

[102] Farrell, J. (1995). "Talk is Cheap." *The American Economic Review*, 85(2), 186–190. at p. 188 ("It is also clear that when players' interests are not well aligned (*e.g.*, in two-player zero-sum games), cheap talk will do nothing.") And even in less extreme circumstances, when preferences "are far enough apart," then only "uninformative" messages are sent. Crawford, Vincent P., and Joel Sobel. "Strategic Information Transmission." *Econometrica*, vol. 50, no. 6, 1982, pp. 1431–51, at p. 1440 ("The next result provides a simple condition on preferences that guarantees they are far enough apart so that the only equilibrium is totally uninformative")

PREPARED AT THE REQUEST OF COUNSEL

79. As a result of the characteristics of the market for port services in the catchment in the relevant period, it is likely that with a price increase of the magnitude assumed here during the relevant timeframe, and but for ILWU's labor actions, volumes would have increased or remained stable. It is likely that demand facing T6 was relatively inelastic. And while no single simple economic model perfectly mirrors the realities of T6's business in the relevant time frame, both a simple demand and supply frameworks and a Hotelling model of imperfect competition, combined with a shifting demand curve (representing an expanding economy in the Pacific Northwest) capture many of the salient features of the market in this timeframe, and can explain rising volumes contemporaneous with rising port fees.

80. As well, the fact that both T6 and carriers appear to have market power combined with the fact that T6's objectives and bargaining power likely changed during the relevant period imply that volumes and prices need not correlate even had demand not shifted. Both carriers and the T6 operator should have the incentive to jointly optimize volumes and then bargain over splitting the economic rents. The fact that ICTSI replaced the Port of Portland suggests that bargaining power may have shifted in the relevant period, and holding everything else constant, could result in higher prices without reduced volumes. Again, a simultaneous shifting demand curve can explain rising volumes contemporaneous with rising port fees.

81. Of note, these explanations of simultaneously rising volumes and port fees (1) are consistent with the law of demand and (2) don't require a perfectly inelastic demand curve. That said, it is reasonable to say that the outcome is more likely when demand for port services at T6 is more inelastic.

## V.    ASSESSING PRICE ELASTICITY AT TERMINAL 6

82. As described above, the price elasticity of demand is the percentage change in quantity demanded in response to a one percent change in price, holding all else fixed. In short, it is a causal relationship, not a correlation: price elasticities capture how much a price change will cause the quantity demand to change. In theory, this simply corresponds to a movement along a single demand curve. In practice, however, there are a number of challenges in estimating consumer demand and demand elasticities. The need to hold all else equal necessitates holding relevant demand shocks fixed, which rules out some common empirical approaches. The challenges become more difficult when one considers the presence of complementary and substitute goods, in which

37

the demand for one good depends on the prices, characteristics, and demand shocks for multiple other goods.[103]

83.    In **Section V.A**, I discuss the main challenges to estimating demand elasticities and different empirical methods that have been developed in response to them. I discuss the difficulty of applying these empirical methods to estimate demand elasticities for Terminal 6 in **Section V.B**. In **Section V.C**, I discuss alternative methods that may be available to assess the demand elasticity for Terminal 6.

### A.    General Estimation Challenges and Econometric Methods Designed to Overcome Them

84.    At a high level, econometrics is the use of economic theory and statistics to analyze economic data. Econometric models are often estimated using regression techniques and can address a wide variety of problems, including, for example estimating the average causal effect of one factor (e.g., a worker's educational levels) on another (e.g., a worker's wages). If an econometric model is properly specified, sufficient data are available, and so long as the direction of causation is well understood, regressions can produce unbiased estimates of these average effects by controlling for other factors that may also impact the variable of interest.

85.    There are two main challenges associated with using econometrics to estimate demand given the observed market data. The first is properly accounting for **endogeneity**. In general, we do not observe demand or supply curves. Instead, we observe data on equilibrium prices and quantities generated by shifts and intersections of both demand and supply curves. This is illustrated in **Figure 11**, in which the data points in panel (b) are the observed data due to shifts in supply and demand as shown in panel (a) (example shifts of the supply and demand curves are drawn in dashed lines). **Figure 11** illustrates that, while it is always possible to estimate a linear regression of quantities on price, the estimated relationship may not reflect movement along a single demand curve.

86.    Prices are often considered endogenous in demand estimation due to their statistical dependence on unobservable factors that may the shift demand curve.[104] Moreover, not only can quantity depend on prices through the demand curve, but suppliers may determine what price to charge

---

[103] Steven T. Berry and Philip A. Haile, "Foundations of Demand Estimation" (NBER Working Paper Series, Working Paper 29305, 2021), 4. Available at http://www.nber.org/papers/w29305.

[104] Steven T. Berry and Philip A. Haile, "Foundations of Demand Estimation" (NBER Working Paper Series, Working Paper 29305, 2021), 4. Available at http://www.nber.org/papers/w29305.

PREPARED AT THE REQUEST OF COUNSEL

based on quantities demanded in the market, *i.e.*, a dependence based on the supply curve. This simultaneity is another source of endogeneity in demand estimation.

**Figure 11**
**Observed Price and Quantity Data: Neither Demand nor Supply Curve Identified**



87.    Endogeneity is an important problem in applied econometrics. Not controlling for it can lead to bias in the estimated model: the model will erroneously assign too much "credit" to included independent variables for explaining variation in the dependent variable when that credit is really due to other, non-included factors.[105] In our demand and supply context, a simple linear regression model of quantities on prices that does not account for endogeneity will produce an estimated relationship that does not accurately represent the demand curve or the supply curve.[106] Failure to account for endogeneity can lead one to erroneously attribute increases in quantities to decreases in prices rather than changes in unobserved factors. And because such a model does not represent the demand curve, we cannot properly infer the demand elasticity of demand from it.

---

[105] Peter Kennedy, *A Guide to Econometrics* (Cambridge: MIT Press, 2008), 158.

[106] Joshua D. Angrist and Alan B. Krueger, "Instrumental Variables and the Search for Identification: From Supply and Demand to Natural Experiments," *Journal of Economic Perspectives* 15, no. 4 (2001): 69; Peter Kennedy, *A Guide to Econometrics* (Cambridge: MIT Press, 2008): 183-184; Peter Davis and Eliana Garcés, *Quantitative Techniques for Competition and Antitrust Analysis* (Princeton: Princeton University Press, 2010), 91-92.

PREPARED AT THE REQUEST OF COUNSEL

88.   Depending on the context, there can be solutions to the endogeneity problem. Suppose that we have a variable that causes shifts in the supply curve but does not affect the demand curve. These supply shifts will allow us to identify parameter values of the demand curve, e.g., the intercept and slope coefficients. The equilibrium points corresponding to each shift will all fall along a fixed demand curve, *i.e.*, a demand curve for which all demand factors other than price have been held fixed.[107] This is illustrated in **Figure 12**, in which shifts in the supply curve from $S_1$ to $S_2$ to $S_3$ intersect at prices and quantities along the single demand curve $D$. Panel (b) in this figure presents the observed data in this context.[108]

**Figure 12**
**Observed Price and Quantity Data: Demand Curve Identified**



(a)                                                                 (b)

89.   The method just described is called Instrumental Variables estimation. Given our standard model of demand and supply, it requires collecting data on variables that would shift the supply curve but have no effect on consumer demand; these are the "instrumental variables" or "instruments." Depending on the application, researchers have considered yield per acre, weather conditions,

---

[107] Peter Davis and Eliana Garcés, *Quantitative Techniques for Competition and Antitrust Analysis* (Princeton: Princeton University Press, 2010): p. 93.

[108] All empirical applications account for a certain degree of error in the statistical model. Therefore, we would not expect the data in Figure 12(b) to necessarily lie *exactly* on the demand curve $D$.

exchange rates, tariffs, and input costs as instrumental variables.[109] However, there is no universal set of instrumental variables that applies to all industries and all contexts. The use of any variable(s) as instruments needs to be justified on a case-by-case basis.[110]

90.    The second main challenge is that the demand for one product depends on the prices, characteristics, and demand shocks of all related products.[111]  In general, these factors also need to be held fixed to properly estimate the demand response to a change in price. Related products could be complements or substitutes to our product of interest. For example, changes in the prices or quality of inkjet printers may affect the demand for laser printers and should be controlled for when estimating the price elasticity of demand for laser printers. Furthermore, the demand for a single laser printer will depend on the prices of all other laser printers. The situation is further complicated by the fact that the prices of other products are also likely to be endogenous.

91.    The dependence of demand on characteristics of other products implies that demand curves often cannot be estimated using standard regression analyses unless one relies on strong functional form restrictions because the number of variables (e.g., prices of other products) that needs to be included in the regression model is too large or there are not enough instrumental variables to control for the endogeneity of each of them. A linear regression demand model would typically estimate the relationship between the quantity demanded of a product and its *own* price, characteristics, and unobservable demand shocks. To account for the interrelationships between products, researchers often turn to structural empirical models of demand, which attempt to be flexible enough to avoid strong restrictions on the results yet simple enough to be estimated in practice.[112]

---

[109] Joshua D. Angrist and Alan B. Krueger, "Instrumental Variables and the Search for Identification: From Supply and Demand to Natural Experiments," *Journal of Economic Perspectives* 15, no. 4 (2001): 70; Peter Davis and Eliana Garcés, *Quantitative Techniques for Competition and Antitrust Analysis* (Princeton: Princeton University Press, 2010): 93; Joshua D. Angrist, Kathryn Graddy, and Guido W. Imbens, "The Interpretation of Instrumental Variables Estimators in Simultaneous Equations Models with an Application to the Demand for Fish," *The Review of Economic Studies* 67, no. 3 (2000): 517; Steven T. Berry and Philip A. Haile, "Foundations of Demand Estimation" (NBER Working Paper Series, Working Paper 29305, 2021), 24. Available at http://www.nber.org/papers/w29305.

[110] Aviv Nevo, "A Practitioner's Guide to Estimation of Random-Coefficients Logit Models of Demand," *Journal of Economics & Management Strategy* 9, no. 4 (2000): 534.

[111] Steven T. Berry and Philip A. Haile, "Foundations of Demand Estimation" (NBER Working Paper Series, Working Paper 29305, 2021), 6. Available at http://www.nber.org/papers/w29305.

[112] Steven T. Berry and Philip A. Haile, "Foundations of Demand Estimation" (NBER Working Paper Series, Working Paper 29305, 2021), 6 and 13. Available at http://www.nber.org/papers/w29305.

PREPARED AT THE REQUEST OF COUNSEL

92.  Much of the modern demand literature estimates structural models using discrete choice methods: consumers choose one out of a set of available differentiated products. These models can be estimated using individual-level data, such as purchase decisions of individual buyers and characteristics or aggregate level data, in which product-level market shares for these products are derived as the aggregate outcome of consumer decisions.[113] The logit model is perhaps the simplest discrete choice model, as it assumes that all consumers have the same preferences for product characteristics. This assumption enables a straightforward estimation of the model parameters, which, when one accounts for potential price endogeneity, is effectively a linear instrumental variables regression.[114]

93.  The assumptions underlying the logit model correspond quite well with the assumptions underlying the Hotelling model discussed above, and the logit model is one candidate way to estimate demand (and elasticity) for markets that are well described by that model. For example, with sufficient data on the origination and/or destination of cargo in the T6 catchment area, all fees associated with using T6 (including fees of complementary products on the transportation chain), all fees associated with using available substitutes (e.g., Seattle and Tacoma), characteristics of each alternative port, valid instruments for fees, one could estimate the effect of port fees on the propensity of cargo to flow through T6 (and calculate a demand elasticity). One could also predict (in the but for world) what volume would pass through T6 during the damages period. However, as will be discussed below, insufficient data renders this method unusable.

94.  More general, flexible ("random coefficient") discrete-choice models allow consumers to differ in their preferences for the available products. This flexibility may generate more sensible substitution parameters between products. However, it also complicates estimation, as the variations in consumer preferences for each observable product characteristic are represented by a *distribution* of coefficients. Berry Levinsohn, and Pakes ("BLP") developed a procedure to estimate the main characteristics of each distribution (i.e., mean, standard deviation) while still accounting for

---

[113] Steven T. Berry, "Estimating Discrete-Choice Models of Product Differentiation," *Rand Journal of Economics* 25, no. 2 (1994): 242.

[114] Steven T. Berry, "Estimating Discrete-Choice Models of Product Differentiation," *Rand Journal of Economics* 25, no. 2 (1994): 250. Of note, logit models may have unreasonable cross-price elasticities: consumers will substitute towards other products in proportion to the observed market shares regardless of product characteristics. Intuitively, if the price of one product increases, one may expect consumers to substitute more towards other products with similar characteristics. *See* Aviv Nevo, "A Practitioner's Guide to Estimation of Random-Coefficients Logit Models of Demand," *Journal of Economics & Management Strategy* 9, no. 4 (2000): 523. Whether this is a problem, again, depends on the industry and context. *See* Kenneth Train, *Discrete Choice Methods with Simulation* (Cambridge: Cambridge University Press, 2009): 45–47.

PREPARED AT THE REQUEST OF COUNSEL

potential endogeneity using aggregate market data on product market shares, prices, characteristics, and instruments.[115] A large literature has followed and built upon the BLP approach to demand estimation.[116] However, BLP demand estimation can have data requirements that are even more burdensome than the simple logit model.

### B.   Particular Challenges in Using Econometric Methods to Estimate the Price Elasticity for Terminal 6

95.   Economic and econometric theory can tell us how given methods may be problematic under certain conditions and the corresponding consequences of their use. And while theory can also point us towards potential methodological solutions to those problems, the data required to implement those solutions is not always available in practice. For example, in the context of demand estimation, data on valid instrumental variables or data on relevant competitors may be unavailable. Moreover, the available data may be incomplete, have errors in them, or have insufficient variation.[117] These are common issues that can easily make the demand estimation solutions discussed in **Section V.A** impossible to implement.

96.   Data availability can be an issue even in the relatively simple case of a linear Instrumental Variable regression methods. For example, identifying instruments that satisfy conditions like those discussed in **Section V.A** can be difficult. As one well-regarded applied economist puts it, "[a] standard place to start the search for demand-side instrumental variables is to look for variables that shift cost and are uncorrelated with the demand shock. These are the textbook instrumental variables, which work quite well when estimating demand for homogeneous products. The problem with the approach is that we rarely observe cost data fine enough that the cost shifters will vary by brand."[118] More generally, data availability can be an issue for the *non*-instrumental variables as well, e.g., if demand, price, or product characteristics data is largely missing or incorrect.

---

[115] Steven Berry, James Levinsohn, and Ariel Pakes, "Automobile Prices in Market Equilibrium," *Econometrica* 63, no. 4 (1995): 841–90.

[116] Steven T. Berry and Philip A. Haile, "Foundations of Demand Estimation" (NBER Working Paper Series, Working Paper 29305, 2021), 17. Available at http://www.nber.org/papers/w29305; Christopher R. Knittel and Konstantinos Metaxoglou, "Challenges in Merger Simulation Analysis," *The American Economic Review* 101, no. 3 (2011): 56–59.

[117] Here the lack in variation of the primary variable of interest (T6 port fees) also complicates the estimation, as any variation in demand for T6 port services prior to 2013 cannot directly be tied to any changes in nominal port fees.

[118] Nevo, Aviv, "A Practitioner's Guide to Estimation of Random-Coefficients Logit Models of Demand," *Journal of Economics & Management Strategy* 9, no. 4 (2000): 534.

PREPARED AT THE REQUEST OF COUNSEL

97. Several of these potential data problems exist in the context of estimating price elasticities for Terminal 6, whether attempting to estimate models using individual level data or aggregate level data. As described above, port services are part of a complex transportation chain; and the choice of port can depend on the prices and characteristics of several complementary products along the transportation chain, such as carrier services (e.g., prices and characteristics of carriers and their shipping routes) and trucking services. Port choice can also depend on the prices and characteristics of potential substitute ports and the complementary products to those ports (e.g., the price of port services in Seattle and the prices and characteristics of carriers that service the Seattle port). Data are unavailable or not sufficiently for several important factors, such as: what prices were charged for Seattle and Tacoma port services; what carriers charge, and issues with pass through; details on products being shipped (including weight and value); and details of pre-existing shipping contracts and relationships. Even some of the data that are available are known to be imprecise and/or contain mismeasurement error, such as the location data on shipment origin and destinations in both the catchment area and in Asia.

98. Competition for business in the T6 catchment area is largely between T6, Seattle and Tacoma, and largely affected by the distance that cargo must be shipped to and from the ultimate destination/origin in the T6 catchment area, and the costs associated with of that ground shipping. As, such, it is particularly important to have precise and accurate data on the destination/origin location, as well as the associated trucking costs to get containers to and from alternative ports and the fees (or at least relative fees) of transporting containers through T6 as compared to transporting them through Seattle or Tacoma. And such information would be key to being able to implement a logit type model that closely incorporates a Hotelling-type economic analysis described above. Based on my research and discussions with Dr Ward and Mr. Gray, I understand that such data are not available. While the standard industry approach for calculating volumes uses PIERS data, the PIERS data do not reliably show precisely where in the catchment area the origin/destination is. As discussed in the Ward Report, the origin/destination data are not reported for all shipments in the PIERS data, and when it is reported, origin/destination locations may be corporate locations or locations of distribution centers rather than the actual shipment origins/destinations.[119]

99. Location within the catchment area affects the costs of trucking to T6 versus Seattle or Tacoma, and so missing data on location (among other things) directly leads to missing data on trucking costs. Again, poor data on trucking costs is a particular problem for precisely estimating demand

---

[119] Conversation with Todd Gray. Ward Report, p. 60, Appendix E .

PREPARED AT THE REQUEST OF COUNSEL

(and demand elasticity) in an industry where transportation costs play such a large role. The importance of having good data on transportation costs when analyzing trade related problems and the impact that it can have in elasticity estimates, was discussed in a recent paper studying the geographic concentration and trade in Canada. Among other things, they found that using a very detailed data set on tracking costs in Canada resulted in very different estimates on the impact of transportation costs on trade.[120]

100.   In addition, data on fees charged by Seattle and Tacoma port are insufficient. I understand that price schedules relating to contracts between the Port of Seattle and certain carriers have recently been produced, and I have reviewed some of them. Because they offer a menu of primary and ancillary services, it is not clear how they translate into fees actually paid.[121]  I also understand that they cover only subset of carriers. Because decisions over the use of T6 should depend on the relative price of using T6 as compared to competing ports, missing data on fees charged by these competing ports could produce omitted variable bias, leading to estimates with unknown bias. This data is important here because Seattle and Tacoma's fees may also have increased during the relevant time frame whether or not in response to T6's increase in fees.  In fact, my review of the limited data produced on fees charged in Seattle suggests that fees did rise.[122] This matters because even if we were able to estimate some sort of price elasticity, the estimate would at best reflect a mix of own price elasticity and *cross-price elasticity* (that is, a measure of how T6 quantity changed due to changes in the prices of substitute goods).

### C.    Other Potential Methodologies To Assess Demand Elasticity

101.   As discussed above, the insufficient market data and industry complexity make modern demand estimation techniques inapplicable in this case. In this section, I discuss alternative methodologies that have been used by economists and other researchers to estimate demand elasticities, including

---

[120] The authors of a study noted "While infrastructure, distance, and transport costs are linked, it is unclear what the strength of that link is and moreover, how infrastructure or distance map into (changes in) transport costs. It is further unclear how changes in transport costs, ultimately, reshape the geographic concentration of industries. We believe it necessary, therefore, to measure transport costs directly in order to better understand how they affect trade flows and geographic patterns of economic activity. However, utilizing direct measures of transport costs to look at trade and geography is difficult because of a lack of data." Kristian Behrens and W. Mark Brown, "Transport costs, trade, and geographic concentration: evidence from Canada." *Handbook of International Trade and Transportation*, Bruce A. Blonigen and Wesley W. Wilson, 2018, 188:235, at 188.

[121] *See, e.g*., TTI_000016-40; TTI_000044-53; TTI_000054-64; TTI_000065-75; TTI_000001-11.

[122] For example, TTI_000016-40, at 33; TTI_000044-53, TTI_000054-64, TTI_000065-75, TTI_000001-11, show per container "discharge load" rates increasing from $263.54 to $286.77 from December 2011 to July 2015.

conjoint survey experiments. I have used some of these methodologies in my research. As I explain, each of these have limitations that prevent their direct application in this case.

102. **Conjoint survey experiments** can be used to generate data and estimate demand models in which consumers differ in their preferences for the available products. Conjoint survey respondents are presented with descriptions of different hypothetical products with different characteristics and are asked which they would prefer. The product characteristics of the hypothetical products offered are randomized, giving the researcher variation to isolate variation for specific characteristics. As price is typically among the features randomized, the data obtained from a conjoint survey do not have the same endogeneity concerns that can occur in observed market data. A random coefficients model, like the one used in the BLP approach, can then be estimated using data on conjoint survey responses, e.g., the mixed logit model.[123]

103. There are several problems with using conjoint surveys in the context of estimating demand for Terminal 6. First, several of the characteristics that affect demand for port services would be cumbersome to explain to survey respondents in a way that mimics a real-world decision context, such as the details of pre-existing shipping contracts and relationships. Second, it is necessary to define, identify and survey a group of decision makers that reflects those who would normally purchase the good. Given the fact that consumers are organizations, these requirements would be exceedingly difficult to meet. Third, even if one were able to define such a group in theory, in practice it is also necessary to identify and survey a sufficient number of potential consumers. While this is straightforward for many consumer products, *e.g.*, coffee, achieving enough relevant respondents among carriers would likely not be possible. Fifth, it would be necessary to ensure that the survey respondents answer truthfully.[124]

104. The purpose of randomizing product features in conjoint surveys is to create an experimental set up in which it is possible to conclude that product choices were caused by changes in product characteristics. Seen in the context of demand and supply relationship discussed above, the change

---

[123] *See*, *e.g.*, Greg M. Allenby, Jeff D. Brazell, John R. Howell, and Peter E. Rossi, "Economic Valuation of Product Features," *Quantitative Marketing and Economics* 12, no. 4 (2014): 421–56; Kenneth Train, *Discrete Choice Methods with Simulation* (Cambridge: Cambridge University Press, 2009): 134–50.

[124] As well, in practice, it is recommended that conjoint surveys be limited to about six product characteristics. Given the complexity of the decision making in international shipping, it is not clear whether one could sufficiently limit a study to six or fewer characteristics, as the omission of relevant factors from the model could lead to omitted variable bias, i.e., regression coefficients that do not appropriately reflect consumer preferences. Bryan Orme, "Formulating Attributes and Levels in Conjoint Analysis" (Sawtooth Software Research Paper Series, 2002): 4, https://sawtoothsoftware.com/resources/technical-papers/formulating-attributes-and-levels-in-conjoint-analysis.

PREPARED AT THE REQUEST OF COUNSEL

in price and other product characteristics in a conjoint survey is independent of any possible shifts in the consumer demand curve. Other research strategies have tried to use experimental or quasi-experimental variation in price to infer elasticities, *e.g.,* randomized controlled trial (RCT) design experiments and natural experiments. Each of these has the same intuition as the market data and conjoint survey.

105. **Randomized controlled trial ("RCT") experiments, or A/B tests** are common with online digital platforms, in which platforms and companies operating on them will introduce changes for a randomly chosen subset of customers. In a simple test, Group A consumers are presented with a slightly modified product offering and Group B consumers are presented with the status quo, control product. Unlike the hypothetical products survey respondents are presented in a conjoint survey, Group A and Group B consumers can actually choose, click on, and purchase the product offerings they are presented with. As the assignment to Group A and Group B is random, it is possible to infer that the (average) differences in choices between the groups is driven by the slight modification in product characteristics.[125] In the present case, it is unclear how one could conduct an A/B test in the context of real life "brick and mortar" port services.

106. **Natural experiments or quasi-experiments** use realized changes in the causal variable of interest (e.g., price) that are due to changes in policy, the environment, or other ("exogenous") factors outside the control of decision makers.[126] In the context of demand price elasticities, this approach still follows the intuition described in Section V.A: looking for changes in price due to changes on the supply side of the market that are independent of the demand curve. Examining the change in consumption in response to these price changes can give an estimate of elasticity. For example, researchers have used a food supply shortage that led to a sharp increase in prices to estimate the price elasticity of demand for presweetened cereals;[127] changes in the income threshold for eligibility to public insurance to estimate the price elasticity of demand for pharmaceuticals;[128] and

---

[125] *See, e.g.*, Hunt Allcott and Christopher Knittel, "Are Consumers Poorly Informed about Fuel Economy? Evidence from Two Experiments," *American Economic Journal: Economic Policy* 11, no. 1 (2019): 1–37.

[126] *See, e.g.*, Bruce D. Meyer, "Natural and Quasi-Experiments in Economics," *Journal of Business and Economic Statistics* 13, no. 2 (1995): 151–61.

[127] Scott A. Neslin and Robert W. Shoemaker, "Using a Natural Experiment to Estimate Price Elasticity: The 1974 Sugar Shortage and the Ready-to-Eat Cereal Market," *Journal of Marketing* 47 (1983): 44–57.

[128] Peter Siminski, "The Price Elasticity of Demand for Pharmaceuticals Amongst High-Income Older Australians: A Natural Experiment," *Applied Economics* 43 (2011): 4835–46.

PREPARED AT THE REQUEST OF COUNSEL

a change in municipal electricity supplier to estimate the elasticity of demand for electricity.[129] My 2013 paper with Meghan Busse and Florian Zettelmeyer, can be thought of as exploiting a natural experiment (a change in gas prices) to analyze automobile demand.[130]

107.   As the above examples suggest, natural experiments and quasi-experiments are often one-off situations that researchers take advantage of to infer quantities of interest. Sudden changes in policy or the environment are not regularly occurring in all industries. While I am unaware of a perfect natural experiment here that would be guaranteed to be free of potential confounding effects, the limited change in real-world T6 volumes around the 2013 fee increase discussed by Dr. Ward is suggestive of very inelastic demand at T6.[131]

108.   **Case study** approaches, which are often used in business schools, are detailed analyses into an economic event that are often comprised partly or largely of qualitative analyses. They can solely involve analysis into the event at issue (in this case the fee increase at Terminal 6) or also include analyses into other event that may be informative of the event at issue (such as analyses into the effects of fee increases at other ports). Here, Dr. Ward's detailed analysis of T6 can be thought of as a case study.

109.   **Existing studies** may be useful in assessing or bounding demand elasticity for an industry or market. I am not aware of any academic studies that attempt to estimate demand elasticity for a non-intermodal port such as T6. I do note that a 2017 paper by Philip Davies of consulting firm Principal Davies Transportation Consulting Inc summarizes the results of his own, and three other, studies of price elasticity of demand at the Ports of Los Angeles and Long Beach.[132] Among other things, Davies concludes that "[Ports of Los Angeles and Long Beach] import traffic is inelastic, with an average elasticity of .26." He also reports that other studies find the elasticity of "local traffic", that is cargo destined for areas close to the port, typically are found to be low and lower

---

[129] Tatyana Deryugina, Alexander MacKay, and Julian Reif, "The Long-Run Dynamics of Electricity Demand: Evidence from Municipal Aggregation," *American Economic Journal* 12, no. 1 (2020): 86–114.

[130] Meghan R. Busse, Christopher R. Knittel, and Florian Zettelmeyer, "Are Consumers Myopic? Evidence from New and Used Car Purchases," *The American Economic Review* 103, no. 1 (February 2013): 220-256.

[131] Ward Report, pp. 62-63.

[132] Philip Davies, "Does Environmental Compliance Impact Port Competitiveness?" METRANS International Urban Freight Case Conference October 18, 2017, available at https://www.dtci.ca/wp-content/uploads/2011/10/DTCI-Environmental-Compliance-Paper-Web-Oct-23.pdf.

PREPARED AT THE REQUEST OF COUNSEL

that than elasticities for "transload" or intermodal traffic. This makes sense because intermodal traffic destined for the interior of North America can use a number of competing carriers and ports.

## VI.    EVALUATION OF DR. WARD'S APPROACH TO ESTIMATING BUT FOR QUANTITY

110.    I have reviewed the Ward Report with an emphasis on how Dr. Ward incorporated into his analysis of but-for volume the effect of changes in Terminal 6 port services fees over the relevant period.

111.    As described in the Ward Report, Dr. Ward used two methodologies to calculate a range of estimates for the volume that would have flowed through Terminal in the absence of the ILWU's illegal acts.[133] They are: (1) applying estimates of but-for West Coast market shares to projections of but-for West Coast volume; and (2) using a regression approach to directly project but-for T6 volume using a regression.[134]

112.    Given the features of the marketplace and the available data, the approaches undertaken by Dr. Ward are reasonable. And there is reason to believe that the estimates of but-for volumes calculated using the first approach may be conservative, as it does not fully consider the growth of the Pacific Northwest economy relative to the areas services by West Coast terminals as a whole.

113.    Neither of Dr. Ward's approaches include elasticity adjustments.[135] According to Dr. Ward:[136]

> Ultimately, given that I do not have a reliable estimate of the impact of price on volume, but the evidence suggests that it is (a) small and (b) likely smaller than the margin of error around the baseline projections, I do not explicitly adjust the baseline calculations for price impacts. Instead, I treat them as another source of uncertainty (like potential impacts of improved productivity or alternative market growth assumptions) that could have affected T6 volumes, but whose expected effects are sufficiently small so as to not affect the reasonable range captured in the baseline calculations.

---

[133] Ward Report, pp. 13-15, 63-65.

[134] Ward Report, pp. 13-15, 63-65. Dr. Ward adjusts the results of both approaches to take into account different assumption on (1) whether and when volume lost due to Hanjin's bankruptcy would be replaced, and (2) the addition of containers from carrier APL.

[135] Ward Report, p. 63.

[136] Ward Report, p. 63.

PREPARED AT THE REQUEST OF COUNSEL

I agree that it is not feasible to precisely estimate elasticity here. I also agree that available evidence suggests that demand likely is inelastic and that any reasonable elasticity adjustment likely would be small.

114. It is worth emphasizing that while the elasticity of demand may affect market equilibrium and changes in market equilibrium, including equilibrium prices and volumes, what really is relevant to an assessment of changes in but-for volume is the combined net effect of elasticity and shifting demand, supply and other market conditions. That is, while elasticity is a "holding all else equal" concept, determining what would happen in a but-for world involves considering shifts in demand, supply and other market conditions. As discussed above, the Ward Report discusses evidence that demand did shift out in the relevant period. Depending on how large the demand shift is, volume and prices can go in the same direction even with a fairly elastic demand curve. Changes in bargaining power between buyers and sellers also can contribute to this result.

115. Importantly, the Ward Report analyzes available information related to whether in the real world the port services fee increases at T6 reduced T6 volume – and in doing so, he analyzed available evidence on price elasticity.[137] In particular, Dr. Ward undertakes a detailed analysis of the economics of T6's business, effectively undertaking an analysis that combines elements of a case study and natural experiment approaches. As a result of his analyses, he finds, among other things:

- In 2011, the largest carrier calling on Terminal 6, Hanjin, was generating substantially higher per TEU profits at Terminal 6 than at any other West Coast terminal.[138] Further, in 2011 Hanjin was directing salespeople to attempt to increase Terminal 6 volumes.[139]

- As early as January 2012, Hamburg Sud had accepted port fees that were well above those paid at the time by other carriers, and were close to the port fees charged to other carriers beginning in 2013 and those assumed in the but-for world.[140]

- From the catchment area, transportation to Seattle or Tacoma typically costs an additional $400-$600 per container relative to transportation to T6. This is much greater than the actual (and the assumed) fee increases. And relatively little shipping

---

[137] Ward Report, pp. 53-63.

[138] According to the Ward Report, T6 was Hanjin's most profitable terminal on the West Coast in 2011 as measured by per container profits by a margin that was larger than the 2013 fee increase. Ward Report, p. 11.

[139] Ward Report, pp. 57-58.

[140] Ward Report, p. 58 Blackburn Report, ¶¶ 37-50.

PREPARED AT THE REQUEST OF COUNSEL

volume likely lies in areas where the difference in shipping costs is small compared to the assume T6 fee increase.[141]

- Even with poor productivity, and therefore quality-adjusted fees elevated well above nominal (out of pocket) fees, carriers did not leave Terminal 6 for over two years.[142] In the but-for world contemplated here, quality adjusted fees would be substantially lower than they were in the real world.

- Loaded volumes at T6 in 2013 relative to before the labor slowdown show only a roughly 10 percent decline subsequent to a roughly 25 percent increase in primary port fees (and increases in quality-adjusted fees that are likely much greater than 25 percent).[143]

116. These and other analyses conducted by Dr. Ward's show that demand facing T6 likely was inelastic in the relevant range of prices.

117. The Ward estimates that, but for the unlawful labor actions, volumes at T6 would have increased, or stayed roughly flat, reflecting the increase in demand for shipping resulting from the general expansion of the local economy.[144] This opinion is reasonable. While the law of demand suggests that demand curves typically slope downward, it does not take a stand either on whether to expect demand to be relatively elastic or relatively inelastic, or on what happens to volumes when demand curves are shifting. Economic analysis suggests that demand for port services at T6 likely is inelastic. It also suggests that with a price increase of the magnitude assumed here during the relevant timeframe, and but for ILWU's labor actions, volumes would have increased or remained roughly stable.

## VII.    CONCLUSION

118. While the "law of demand" suggests that demand curves slope downward, it does not take a stand on whether to expect demand to be relatively elastic or relatively inelastic. Applying standard economic models to the port services industry servicing the Portland catchment area and available evidence suggest that demand for port services at T6 likely is inelastic at the fees prevailing in the relevant period. In addition, standard economic models and available evidence imply that it is likely that, with a price increase of the magnitude assumed here during the relevant timeframe, volumes

---

[141] Ward Report, p. 12.

[142] Ward Report, p. 59.

[143] Ward Report, pp. 62-63.

[144] Ward Report, pp. 13-15, 23-28, 63-65.

would have increased or remained stable given shifting demand and market conditions. This is consistent with what Dr. Ward has found.

119. My analysis may change before trial if additional information from either of either party or their experts becomes available. I may modify or supplement my opinions, if necessary and allowed, based on the review and analysis of information provided to me subsequent to the filing of this report.

_____

Christopher R. Knittel

February 8, 2023

**APPENDIX A**
**CURRICULUM VITAE**

**CHRISTOPHER ROLAND KNITTEL**
Sloan School of Management
Massachusetts Institute of Technology
100 Main Street
Cambridge, MA 02142
Office: 617-324-0015
Fax: 617-258-6786
knittel@mit.edu
http://knittel.world

**CURRENT APPOINTMENTS:**

2016-present, George P. Shultz Professor, Massachusetts Institute of Technology

2011-present, Professor of Applied Economics, Sloan School of Management, MIT

2022-present, Area Head for Economics, Finance, and Accounting, MIT Sloan

2012-present, Director, Center for Energy and Environmental Policy Research, MIT

2022-present, Deputy Director for Policy, MIT Energy Initiative

2013-present, Faculty Co-Director, The E2e Project, MIT, UCB, University of Chicago

2013-present, Associate Scholar, Harvard Environmental Economics Program

2007-present, Research Associate, National Bureau of Economic Research Groups: Environmental Economics and Energy, Industrial Organization, and Productivity

2007-present, Associate Editor, *The Journal of Energy Markets*

2013-present, Associate Editor, *The Journal of Transportation Economics and Policy*

**PREVIOUS APPOINTMENTS:**

2011-2016, William Barton Rogers Professor of Energy Economics, Sloan School of Management, Massachusetts Institute of Technology

2017-2022, Co-Director, Electric Power Systems Low Carbon Energy Center, MIT

2015-2018, Group Head, Applied Economics Group, Sloan School of Management

2014-2018, Co-Editor, *Journal of Public Economics*

2007-2013, Associate Editor, *American Economic Journal – Economic Policy*

2006-2012, Associate Editor, *The Journal of Industrial Economics*

2006-2011, Associate Professor of Economics, University of California, Davis

2003-2011, Visiting Research Fellow, University of California Energy Institute

2005-2011, Faculty Affiliate, Institute of Transportation Studies, UC Davis

2006-2011, Strategy and Policy Thread Leader for STEPS

2008-2010, Member, Economic and Allocation Advisory Committee for AB32's cap-and-trade program, State of California

2008-2011, Chancellor's Fellow, University of California, Davis

2002-2006, Assistant Professor of Economics, University of California, Davis

2004-2007, Faculty Research Fellow, National Bureau of Economic Research.

Groups: Environmental Economics and Energy, Industrial Organization, and Productivity

A-1

1999-2002, Assistant Professor of Finance and Economics, School of Management, Boston University

1996-1999, Research Assistant, University of California Energy Institute

1994-1996, Teaching Assistant, University of California, Davis

**EDUCATION:**

Ph.D., University of California, Berkeley, 1999 (Economics)

M.A., University of California, Davis, 1996 (Economics)

B.A., California State University, Stanislaus, *summa cum laude*, 1994 (Economics and Political Science)

**PUBLICATIONS:**

- Knittel, Christopher R., Konstantinos Metaxoglou, Anson Soderbery, and Andres Trindade. "Exporting Global Warming? Coal Trade and the Shale Gas Boom." ***The Canadian Journal of Economics***, 55(3), August 2022.
- Abito, Miguel, Christopher R. Knittel, Konstantinos Metaxoglou, and Andre Trindade. "The Role of Output Reallocation and Investment in Coordinating Externality Markets." ***The International Journal of Industrial Organization***, 83, July 2022.
- Chen, Chia-Wen, Wei-Min Hu, Christopher R. Knittel. "Subsidizing Fuel Efficient Cars: Evidence from China's Automobile Industry." ***The American Economic Journal: Economic Policy***, 14(4), November 2021.
- Clinton, Bentley C., Christopher R. Knittel, and Konstantinos Metaxoglou, "Chapter 18: Electrifying transport: issues and opportunities." ***Handbook on Electricity Markets***, November 2021.
- Knittel, Christopher R., and Shinsuke Tanaka, "Fuel economy and the price of gasoline: Evidence from fueling-level micro data." ***Journal of Public Economics***, 202, October 2021.
- Knittel, Christopher R., and Samuel Stolper, "Machine Learning about Treatment Effect Heterogeneity: The Case of Household Energy Use." ***AEA Papers and Proceedings***, 111, May 2021.
- Archsmith, James, Kenneth Gillingham, Christopher R. Knittel, and David Rapson. "Attribute Substitution in Household Vehicle Portfolios." ***The RAND Journal of Economics***, 51(4), Winter 2020.
- Burlig, Fiona, Christopher R. Knittel, David Rapson, Mar Reguant, Catherine Wolfram. "Machine Learning from Schools about Energy Efficiency." ***Journal of the Association of Environmental and Resource Economists***, 7(6), November 2020.
- Ge, Yanbo, Christopher R. Knittel, Don MacKenzie, and Stephen Zoepf. "Racial Discrimination in Transportation Network Companies." ***Journal of Public Economics***, 190, October 2020.
- Gillingham, Kenneth, Christopher R. Knittel, Jing Li, Marten Ovaere, Mar Reguant. "The Short-Run and Long-Run Effects of Covid-19 on Energy and the Environment," ***Joule***, July 15, 2020 (Commentary).
- Burger, Scott P., Christopher R. Knittel, Ignacio J. Perez-Arriaga, Ian Schneider, and Frederik vom Scheidt. "The Efficiency and Distributional Effects of Alternative Residential Electricity Rate Designs." ***The Energy Journal***, 41(1), June 2020.

- Jacobsen, Mark, Christopher R. Knittel, James Sallee, and Arthur van Benthem. "The Use of Regression Statistics to Analyze Imperfect Pricing Policies." *Journal of Political Economy*, 128(5), May 2020, pp. 1826-1876.
- Bento, A. M., Jacobsen, M. R., Knittel, C. R., and Van Benthem, A. A. "Estimating the Costs and Benefits of Fuel-Economy Standards," *Environmental and Energy Policy and the Economy*, 1(1), January 2020, 129-157.
- Bartik, Alexander W., Janet Currie, Michael Greenstone, Christopher R. Knittel. "The Local Economic and Welfare Consequences of Hydraulic Fracturing." *The American Economic Journal: Applied Economics*, 11(4), October 2019, pp 105-155.
- Hashmat Khan, Christopher R. Knittel, Konstantinos Metaxoglou, and Maya Papineau. "Carbon Emissions and Business Cycles" *The Journal of Macroeconomics,* 60(1) June 2019, pp 1-19.
- Knittel, Christopher R., Konstantinos Metaxoglou, and Andre Trindade. "Environmental Implications of Market Structure: Shale Gas and Electricity," *International Journal of Industrial Organization,* 63(2), March 2019, pp 511-550. **Winner of the IJIO Best Empirical Paper Award.**
- Davis, Lucas and Christopher R. Knittel. "Are Fuel Economy Standards Regressive?" *Journal of the Association of Environmental and Resource Economists*, 6(1), March 2019, pp. 37-63.
- Allcott, Hunt and Christopher R. Knittel. "Are Consumers Poorly Informed About Fuel Economy? Evidence from Two Experiments." *The American Economic Journal: Economic Policy*, 11(1), February 2019, pp. 1-37.
- Bento, Antonio M., Kenneth Gillingham, Mark R. Jacobsen, Christopher R. Knittel, Benjamin Leard, Joshua Linn, Virginia McConnell, David Rapson, James M. Sallee, Arthur A. van Benthem, and Kate Whitefoot. "Flawed analyses of U.S. auto fuel economy standards", *Science*, 363, December 2018, pp. 1119-1121.
- Knittel, Christopher R. and Ryan Sandler. "The Welfare Impact of Second-Best Uniform-Pigouvian Taxation: Evidence from Transportation." *The American Economic Journal: Economic Policy,* 10(3), November 2018, pp. 211-242.
- Knittel, Christopher R., Ben Meiselman, and James Stock. "The Pass-Through of RIN Prices to Wholesale and Retail Fuels under the Renewable Fuel Standard," *Journal of the Association of Environmental and Resource Economists*, 4(4), December 2017, pp. 1081-1119.
- Blonigen, Bruce A., Knittel, Christopher R., and Anson Soderbery. "Keeping it Fresh: Strategic Product Redesigns and Welfare." *International Journal of Industrial Organization*, 53, July 2017, pp. 170-214.
- Bushnell, James, Stephen Holland, Jonathan Hughes, Christopher R. Knittel. "Strategic Policy Choice in State-Level Regulation: The EPA's Clean Power Plan." *The American Economic Journal: Economic Policy,* 9(2), May 2017, pp. 57-90.
- Covert, Thomas, Michael Greenstone, and Christopher R. Knittel. "Will We Ever Stop Using Fossil Fuels?" *Journal of Economic Perspectives*, 30(1), Winter 2016, pp. 117-138.
- Gandhi, Raina, Christopher R. Knittel, Paula Pedro, and Catherine Wolfram. "Running Randomized Field Experiments for Energy Efficiency Programs." *Economics of Energy & Environmental Policy*, 5(2), September 2016.

A-3

- Knittel, Christopher R., Konstantinos Metaxoglou, and Andre Trindade. "Are we fracked? The impact of falling gas prices and the implications for coal-to-gas switching and carbon emissions." *Oxford Review of Economic Policy*, 32(2), Summer 2016, pp. 241-259.
- Knittel, Christopher R., Douglas L. Miller and Nicholas J. Sanders. "Caution Drivers! Children Present: Traffic, pollution and infant health." *The Review of Economics and Statistics*, 98(2), May 2016, pp. 350-366.
- Knittel, Christopher R. and Robert S. Pindyck. "The Simple Economics of Commodity Price Speculation." *The American Economic Journal: Macroeconomics*, 8(2), April 2016, pp. 85-110.
- Busse, Meghan, Christopher R. Knittel, Jorge Silva-Risso, and Florian Zettelmeyer. "Who is Exposed to Gas Prices? How Gasoline Prices Affect Automobile Manufacturers and Dealerships." *Quantitative Marketing and Economics*, 14(1), March 2016, pp. 41-95.
- Knittel, Christopher R., Konstantinos Metaxoglou. "Working with Data: Two Empiricists' Experience," *Journal of Econometric Methods*, March 2016.
- Holland, Stephen P., Jonathan E. Hughes, Christopher R. Knittel, and Nathan C. Parker. "Some Inconvenient Truths About Climate Change Policy: The Distributional Impacts of Transportation Policies." *Review of Economics and Statistics*, 97(5), December 2015, pp. 1052-1069.
- Holland, Stephen P., Jonathan E. Hughes, Christopher R. Knittel, and Nathan C. Parker. "Unintended Consequences of Transportation Carbon Policies: Land-Use, Emission, and Innovation," joint with Stephen P. Holland (UNC), Jonathan E. Hughes (Colorado), and Nathan Parker (UC Davis--ITS). *The Energy Journal,* 36(3), July 2015.
- Allcott, Hunt, Christopher R. Knittel, and Dmitry Taubinsky. "Tagging and Targeting of Energy Efficiency Subsidies." *The American Economic Review, Papers & Proceedings*, 105(3), May 2015.
- Knittel, Christopher R. and Aaron Smith. "Ethanol Production and Gasoline Prices: A Spurious Correlation." *The Energy Journal*, 36(1), January 2015.
- Fowlie, Meredith, Lawrence Goulder, Matthew Kotchen, Severin Borenstein, James Bushnell, Lucas Davis, Michael Greenstone, Charles Kolstad, Christopher Knittel, Robert Stavins, Michael Wara, Frank Wolak, Catherine Wolfram. "An economic perspective on the EPA's Clean Power Plan." *Science*, November 2014, 346 (6211), pp. 815-816.
- Rouhani, Omid M., Christopher R. Knittel, and Debbie Niemeier, "Road Supply In Central London: Addition Of An Ignored Social Cost." *Journal of the Transportation Research Forum*, 53(1), March 2014.
- Knittel, Christopher R. "The Origins of US Transportation Policy: Was There Ever Support for Gasoline Taxes?" *Tax Policy and the Economy*, 2014, pp 97-131.
- Knittel, Christopher R. and Konstantinos Metaxoglou. "Estimation of Random Coefficient Demand Models: Two Empiricists' Perspective." *The Review of Economics and Statistics*, 96(1), March 2014, pp. 34-59.
- Knittel, Christopher R. "Transportation Fuels Policy Since the OPEC Embargo: Paved with Good Intentions." *The American Economic Review, Papers & Proceedings*, 103(3), May 2013.

- Knittel, Christopher R. and Victor Stango. "Celebrity Endorsements, Firm Value and Reputation Risk: Evidence from the Tiger Woods Scandal." *Management Science*, 60(1), January 2014, pp. 21-37.
- Busse, Meghan, Christopher R. Knittel and Florian Zettelmeyer. "Are Consumers Myopic? Evidence from New and Used Car Purchases." *The American Economic Review*, 103(1), February 2013, pp. 220-256.
- Knittel, Christopher R. "Reducing Petroleum Use from Transportation." *The Journal of Economic Perspectives*, 26(1), Winter 2012, 93-118.
- Fowlie, Meredith, Christopher R. Knittel and Catherine Wolfram. *"Sacred Cars: Optimal Regulation of Stationary and Non-stationary Pollution Sources." *The American Economic Journal: Economic Policy*, 4(1), February 2012, 98-126.
- Knittel, Christopher R. "Automobiles on Steroids: Product Attribute Trade-offs and Technological Progress in the Automobile Sector." *The American Economic Review*, 101(7), 2011, pp. 3368-3399.
- Knittel, Christopher R. and Konstantinos Metaxoglou. "Challenges in Merger Simulation Analysis," *The American Economic Review, Papers & Proceedings*, 101(3), May 2011, pp. 56-59.
- Knittel, Christopher R. and Victor Stango. "Strategic Incompatibility in ATM Markets." *The Journal of Banking and Finance*, 35(10), October 2011, pp. 2627-2636.
- Knittel, Christopher R. and Jason J. Lepore. "Tacit Collusion in the Presence of Cyclical Demand and Endogenous Capacity Levels." *The International Journal of Industrial Organization*, 28(2), March 2010, pp. 131-144.
- Stewart, Scott, John J. Neumann, Christopher R. Knittel, and Jeffrey Heisler. "Absence of Value: An Analysis of Investment Allocation Decisions by Institutional Plan Sponsors," *Financial Analyst Journal*, 65(6), November/December 2009. *Winner of the Graham and Dodd Award of Excellence.*
- Knittel, Christopher R. and Victor Stango. "How Does Incompatibility Affect Prices?: Evidence from ATMs," *The Journal of Industrial Economics*, LVII(3), September 2009, pp. 557-582.
- Holland, Stephen P., Jonathan E. Hughes and Christopher R. Knittel. "Greenhouse Gas Reductions under Low Carbon Fuel Standards?," *The American Economic Journal: Economic Policy,* 1(1), February 2009, pp. 106-146.
- Borenstein, Severin, James Bushnell, Christopher R. Knittel and Catherine Wolfram. "Trading Inefficiencies in California's Electricity Markets," *The Journal of Industrial Economics*, LVI(2), June 2008, pp. 347-378.
- Feenstra, Robert and Christopher R. Knittel. "Re-Assessing the Quality Adjustment to Computer Prices: Do U.S. Procedures Overstate the Gains?," *Price Index Concepts and Measurement*, NBER and the Chicago Press.
- Knittel, Christopher R. and Konstantinos Metaxoglou. "Diagnosing Unilateral Market Power in Electricity Reserves Market," *The Journal of Energy Markets*, 1(1), Spring 2008.
- Knittel, Christopher R. and Victor Stango. "Incompatibility, Product Attributes and Consumer Welfare: Evidence from ATMs," *The BE Journal of Economic Analysis & Policy, Advances*, 8(1), January 2008.

A-5

- Hughes, Jonathan E., Christopher R. Knittel and Daniel Sperling. "Evidence of a Shift in the Short-Run Price Elasticity of Gasoline." *The Energy Journal*, 29(1), January 2008.
- Heisler, Jeffrey, Christopher R. Knittel, John J. Neumann and Scott Stewart. "Why Do Institutional Plan Sponsors Hire and Fire their Investment Managers?" *Best Paper Award for the 31st NBEA Conference*. *The Journal of Business and Economics Studies*, 13(1), Spring 2007, pp. 88-116.
- Kim, Dae-Wook and Christopher R. Knittel "Biases in Static Oligopoly Models? Evidence from the California Electricity Market," *The Journal of Industrial Economics*, LIV(4), December 2006, pp. 451-470.
- Knittel, Christopher R. "The Adoption of State Electricity Regulation: The Role of Interest Groups," *The Journal of Industrial Economics*, LIV(2), June 2006.
- Knittel, Christopher R. and Michael R. Roberts. "Financial Models of Deregulated Electricity Prices: An Application to the California Market," *Energy Economics*, 27(5), September 2005, pp. 791-817.
- Knittel, Christopher R. "Regulatory Restructuring and Incumbent Price Dynamics: The Case of Local Telephone Markets," *Review of Economics and Statistics,* 86(2), May 2004, pp. 614-625.
- Knittel, Christopher R. and Victor Stango. "Price Ceilings as Focal Points for Tacit Collusion: Evidence from the Credit Card Market," *The American Economic Review*, 93(5), December 2003, pp. 1703-1729.
- Knittel, Christopher R. "Market Structure and the Pricing of Electricity and Natural Gas," *The Journal of Industrial Economics*, LI(2), June 2003, pp. 167-191.
- Knittel, Christopher R. "Alternative Regulatory Methods and Firm Efficiency: Stochastic Frontier Evidence the US Electricity Industry," *Review of Economics and Statistics*, 84(3), August 2002, pp. 530-540.
- Borenstein, Severin, James Bushnell, and Christopher R. Knittel. "Market Power in Electricity Markets: Beyond Concentration Measures," *The Energy Journal*, 20(4), October 1999, pp. 65-88.
- Knittel, Christopher R. "Interstate Long Distance Rates: Search Costs, Switching Costs, and Market Power," *Review of Industrial Organization*, 12(4), August 1997, pp. 519-536.

**WORKING PAPERS:**

- Cole, Cassandra, Michael Droste, Christopher R. Knittel, Shanjun Li, and James H. Stock. "Policies for Electrifying the Light-Duty Vehicle Fleet in the United States."
- Dimanchev, Emil and Christopher R. Knittel. "Designing Climate Policy Mixes: Analytical and Energy Systems Modeling Approaches."
- Burger, Scott P., Christopher R. Knittel, and Ignaco J. Perez-Arriaga. "Quantifying the Distributional Impacts of Rooftop Solar PV Adoption Under Net Energy Metering."
- Green, Tomas and Christopher R. Knittel. "Distributed Effects of Climate Policy: A Machine Learning Approach."
- Knittel, Christopher R. and Bora Ozaltun. "What Does and Does Not Correlate with COVID-19 Death Rates."
- Knittel, Christopher R. and Elizabeth Murphy. "Generational Trends in Vehicle Ownership and Use: Are Millennials Any Different?" Revisions requested from *The Energy Journal*.

- Busse, Meghan, Christopher R. Knittel and Florian Zettelmeyer. "Did `Cash for Clunkers' Deliver? The Consumer Effects of the Car Allowance Rebate System." Revisions requested from ***The American Economic Journal: Economic Policy.***
- Busse, Meghan, Christopher R. Knittel and Florian Zettelmeyer. "Stranded Vehicles: The Incidence of Gasoline Taxes Through the Lens of Vehicle Values."

### AWARDS, HONORS, AND GRANTS:

- National Science Foundation (with Anuradha Annaswamy and Ignacio Perez-Arriaga). 2014-2017, $1,783,855
- Graham and Dodd Award of Excellence, from ***Financial Analyst Journal***, 2010.
- Tom Mayer Distinguished Teaching Award, 2010
- Chancellor's Fellowship, UC Davis (one of five faculty members), 2008
- Barry D. McNutt Award for Excellence in Automotive Policy Analysis (with Jonathan Hughes and Dan Sperling), 2008
- National Science Foundation Grant (with Victor Stango), 2008-2010, $240,000
- Chevron Bio-Fuel Research Grant, 2007-2008, $127,000
- Chevron Bio-Fuel Research Grant, 2007-2008, $77,000
- Chevron Bio-Fuel Research Grant (Co-PI), 2007-2009, $370,000
- Woods Institute for the Environment Leadership Scholar Training, 2007
- Distinguished Paper, 2006 Academy of Finance
- University of California Energy Institute Research Grant, 2005-2006, $50,000
- Best Paper Award for the 31st NBEA Conference
- ASUCD Excellence in Teaching Award, 2004
- University of California Energy Institute Research Grant, 2003
- Faculty Research Grant, UC Davis, 2002, 2003, 20004, 2005, 2006
- Institute of Governmental Affairs Junior Faculty Grant, 2002, 2003, 2004, 2005
- Junior Faculty Research Grant, Boston University, 2001
- Graduate Fellowship, University of California, Berkeley, 1997–1999
- Graduate Fellowship, University of California, Davis, 1994–1996
- Institute of Transportation Fellow, University of California, Davis, 1995–1996
- Student Commencement Speaker, California State University, Stanislaus, 1994

### REFEREE SERVICES:

*Agricultural Economics, American Economic Review, Bulletin of Economic Research,* Census Bureau, *Econometrica, Economic Inquiry, The Economic Journal, Economics Letters, Energy Economics, The Energy Journal, Energy Studies Review, European Economic Review,  International Journal of Industrial Organization, International Journal of Power and Energy Systems, Journal of Banking and Finance, The Journal of Business, Journal of Business and Economic Statistics, Journal of Economic Behavior and Organization, Journal of Economic Education, Journal of Economics and Management Strategy, Journal of Futures Markets, Journal of Industrial Economics, Journal Institutional and Theoretical Economics, Journal of Law and Economics, Journal of Political Economy, Politics and Economics, Quarterly Journal of Economics, Rand Journal of Economics, Resource and Energy Economics, Review of Economic Studies, Review of Economics and Statistics, Review of Industrial Organization, Review of Network Economics, Southern Economic Journal, Socio-Economic Planning Sciences, Utilities Policy,* University of California Energy Institute Grant Program, NSF Grant Program

A-7

**REGULATORY FILINGS:**

- Arons, S.M., A.R. Brandt, M.A. Delucchi, A. Eggert, A.E. Farrell, B.K. Haya, J. Hughes, B.M. Jenkins, A.D. Jones, D.M. Kammen, S.R. Kaffka, C.R. Knittel, D.M. Lemoine, E.W. Martin, M.W. Melaina, J.M. Ogden, R.J. Plevin, D. Sperling, B.T. Turner, R.B. Williams, C. Yang, 2007. "A Low-Carbon Fuel Standard for California, Part 1: Technical Analysis." Available Online: http://www.lcfs.ucdavis.edu.
- Brandt, A.R., A.E. Farrell, B.K. Haya, J. Hughes, B.M. Jenkins, A.D. Jones, D.M. Kammen, C.R. Knittel, M.W. Melaina, M. O'Hare, R.J. Plevin, D. Sperling, 2007. "A Low-Carbon Fuel Standard for California, Part 2: Policy Analysis." Available Online: http://www.lcfs.ucdavis.edu.
- Peer Review Comments on AB 1493, California Environmental Protection Agency Air Resource Board, September 2004.
- "Comments on the Use of Computer Models for Merger Analysis in the Electricity Industry," (Joint with Severin Borenstein and James Bushnell), Federal Energy Regulatory Commission. Docket No. PL98-6-000, June 1998.
- "A Cournot-Nash Equilibrium Analysis of the New Jersey Electricity Market," December 1997. (Joint with Severin Borenstein and James Bushnell). Filed with the New Jersey Public Utility Commission as testimony on the potential for market power in a deregulated Pennsylvania-Jersey-Maryland Power Pool.

**PH.D. AND M.A. COMMITTEES (FIRST JOB):**

*Harvard:*
Shefali Khanna (on going)
Jing Li (MIT)

*MIT:*
Nestor Sepulveda (Nuclear Science, McKinsey)
Andre Besio (MA, Engie)
Bora (MA, Microsoft)
Benny Ng (MA, Microsoft)
Sruthi Davuluri (MA, E3)
Scott Burger (MIT)
Nick Hagerty (UCB)
Stephen Zoepf (MIT)
Ricardo Charles (MA, DOE)
Parisa Bastini (Cambridge University)
Donald MacKenzie (University of Washington)
Jennifer Peck (Swarthmore)

*UC Davis:*
Anson Soderbery (Purdue University)
Nick Sanders (chair, SIEPR Post Doc, Stanford University)
Chia-Wen Chen (chair, on-going)
Chenguang Li (University of Wisconsin)
Jonathan Hughes (chair, University of Colorado, Boulder)
Adib Bagh (University of Kentucky, Math and Economics)
Seungjoon Lee (Korean Insurance Research Institute)

Jason Lepore (chair, Cal Poly)
Wei-Min Hu (Peking University)
Byeongil Ahn (Gyeongsang University)
Konstantinos Metaxoglou (chair, Bates and White LLC)
Lan Li (University of Melbourne)
Neil Norman (Cornerstone Research)
Dae-Wook Kim (chair, Korean Institute for Industrial Economics and Trade)
*Boston University:*
Gustavo Genoni (2002, Finance, IAE, School of Business, Universidad Austral)
John Neumann (2003, Finance, St. John's University)

## TEACHING:

- MIT
    - Energy Economics and Policy, MBA (10 times)
        - Rating: Mean 6.66/Median 7 (out of 7)
        - Sloan Rating: 4.8 out of 5
    - Energy Economics and Policy, Undergraduate (9 times)
        - Rating: Mean 6.66/Median 7 (out of 7)
    - Applied Economics for Manager, Executive MBAs (4 times)
        - Rating: Mean 6.44/Median 7 (out of 7)
        - Sloan Rating: 4.7 out of 5
- UC Davis
    - Graduate Empirical Industrial Organization (6 times)
        - Ratings: Mean 4.9 (out of 5)
    - Transportation Economics (4 times)
        - Ratings: Mean 4.7
    - Intermediate Microeconomics (1 time),
        - Ratings: Mean 4.8
    - Undergraduate Industrial Organization (9 times)
        - Ratings: Mean 4.8
- Boston University
    - Modeling Business Decision Making (3 times)
        - Ratings: 4.7 (out of 5)
    - Modeling Business Decision Making (honors, 2 times),
        - Ratings: 4.8

## UNIVERSITY SERVICE:

*MIT:*
Variety of personnel committees
Executive Personnel Committee, 2020-present
Asia Business School Board of Governors, 2019-present
Energy Minor Oversight Committee, 2011-present
Energy Education Task Force, 2011-present
Executive Education Committee, 2018-2020

*UC Davis:*

2007-2008, Co-writer (with Jean VanderGheynst) of a proposal for a Graduate Program in "Energy Science and Technology" and "Energy Policy and Management"

2006-Present, Member, Energy Institute Steering Committee

2008, Founding Faculty Member, UC Davis Energy Institute

2005-2006, Hiring Committee and Interviewing Committee

2004-2005, Hiring Committee and Interviewing Committee

2002-2003, Hiring Committee and Interviewing Committee

2002-2007, Graduate Advisor

Oral committees: Dae-Wook Kim, Konstantinos Metaxoglou, Neil Norman (chair), Seungjoon Lee, Wei-Min Hu, Lan Li (ARE), Sunhwa Lee, Byeongil Ahn (ARE), Michele Amaral, David Ong, Adib Bagh, Jason Lepore, Bei Li, Chenguang Li (ARE), Tina Saitone (ARE), Carlo Russo (ARE), Sandhya Patlolla (ARE), Jon Hughes (TTP), Peter Huckfeldt, Kyungwon Rho, Nick Sanders, Chia-Wen Chen, Joeri de Witt (ARE), In-Sung Lee (TTP), Anson Soderbery, Nils Johnson (TTP), David McCollum (TTP)

*Boston University:*
2000-2001, Finance Hiring Committee and Interviewing Committee
1999-2000, Finance Hiring Committee

## CONSULTING:

- Expert Witness, Synergy, Inc., report and testified
- Expert Witness, CMB Infrastructure Investment Group, report
- Expert Witness, Amick Farms
- Expert Witness, Vizio, deposed
- Expert Witness, Qualcomm, Inc., deposed
- Expert Witness, CBL Associates Properties, Inc., deposed
- Expert Witness, AVM Technologies, L.L.P., deposed
- Expert Witness, Department of Justice
- Expert Witness, Class action suit regarding front loader washing machines, deposed
- Expert Witness, Internal Revenue Service, testified
- Expert Witness, Wisconsin Alumni Research Foundation, deposed and testified
- Expert Witness, Texas Instruments, Inc., deposed and testified
- Expert Witness, Rembrandt Vision Technologies, L.L.P., deposed
- Expert Witness, St. Clair Intellectual Property Consultants, Inc., deposed
- Consultant, Anheuser Busch InBev
- Consultant, Delta Airlines
- Consultant, Customers First! Coalition
- Consultant, Energy Information Agency
- Consultant, Korean Electric Power Company
- Consultant, California Air Resource Board
- Consultant, City of West Sacramento

**APPENDIX B**
**DEPOSITIONS AND LEGAL TESTIMONY IN THE LAST FOUR YEARS**

- *Jeffrey Koenig, on behalf of himself and all others similarly situated, vs. Vizio, Inc.*
  Superior Court of the State of California for the County of Los Angeles
  Case No. BC702266
  Role: Deposition (December 14, 2021)

- *Economic Regulation Authority v. Electricity Generation and Retail Corporation (t/a Synergy)*
  Western Australia Electricity Review Board
  Application 1/2019
  Role: Expert Testimony (May 13, 2021)

Prepared at the Request of Counsel

**Appendix C**

**MATERIALS CONSIDERED**

| Bates Ranges | | |
|---|---|---|
| CCLA_Nov_2013_000131 | — | CCLA_Nov_2013_000178 |
| CCLA_Nov_2013_000183 | — | CCLA_Nov_2013_000190 |
| CCLA_Nov_2013_0001890055 | — | CCLA_Nov_2013_0001890056 |
| HANJIN_Nov_2013_000037 | — | HANJIN_Nov_2013_000048 |
| HANJIN_Nov_2013_000055 | — | HANJIN_Nov_2013_000074 |
| HANJIN_Nov_2013_000103 | — | HANJIN_Nov_2013_000107 |
| HAPAG_Nov_2013_000305 | — | HAPAG_Nov_2013_000313 |
| HAPAG_Nov_2013_000330 | — | HAPAG_Nov_2013_000338 |
| HAPAG_Nov_2013_000373 | — | HAPAG_Nov_2013_000381 |
| HAPAG_Nov_2013_000400 | — | HAPAG_Nov_2013_000405 |
| HAPAG_Nov_2013_000413 | — | HAPAG_Nov_2013_000417 |
| ICTSI002579 | | |
| ICTSI002593 | | |
| ICTSI002619 | | |
| ICTSI002636 | | |
| ICTSI002650 | | |
| ICTSI002664 | | |
| ICTSI002677 | | |
| ICTSI002693 | | |
| ICTSI002706 | | |
| ICTSI002728 | | |
| ICTSI002742 | | |
| ICTSI002756 | | |
| ICTSI002766 | — | ICTSI002777 |
| ICTSI002790 | | |
| ICTSI002804 | — | ICTSI002805 |
| ICTSI002821 | — | ICTSI002822 |
| ICTSI002825 | — | ICTSI002838 |
| ICTSI002867 | | |
| ICTSI002884 | — | ICTSI002889 |
| ICTSI002905 | — | ICTSI002913 |
| ICTSI002930 | | |
| ICTSI002944 | — | ICTSI002948 |
| ICTSI002963 | | |
| ICTSI0029697 | | |
| ICTSI0029879 | — | ICTSI002989 |
| ICTSI003006 | | |
| ICTSI003023 | | |
| ICTSI003035 | — | ICTSI003039 |

Prepared at the Request of Counsel

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
|---|:---:|---|
| ICTSI003052 | — | ICTSI003057 |
| ICTSI003073 | — | ICTSI003078 |
| ICTSI003084 | | |
| ICTSI003099 | — | ICTSI003103 |
| ICTSI0031087 | — | ICTSI003116 |
| ICTSI003136 | | |
| ICTSI003149 | | |
| ICTSI0031548 | | |
| ICTSI0031552 | | |
| ICTSI0031647 | | |
| ICTSI0031651 | — | ICTSI0031663 |
| ICTSI0031685 | — | ICTSI003177 |
| ICTSI003192 | | |
| ICTSI003218 | — | ICTSI003219 |
| ICTSI003236 | | |
| ICTSI003259 | — | ICTSI003260 |
| ICTSI0032744 | | |
| ICTSI0032746 | — | ICTSI003289 |
| ICTSI003310 | | |
| ICTSI003327 | | |
| ICTSI003337 | | |
| ICTSI003351 | | |
| ICTSI0033531 | | |
| ICTSI0033541 | | |
| ICTSI0033552 | | |
| ICTSI0033565 | | |
| ICTSI0033575 | | |
| ICTSI0033669 | — | ICTSI003372 |
| ICTSI003376 | | |
| ICTSI003378 | — | ICTSI003379 |
| ICTSI0033781 | — | ICTSI003380 |
| ICTSI0033990 | — | ICTSI003406 |
| ICTSI003420 | | |
| ICTSI003442 | | |
| ICTSI003459 | | |
| ICTSI003476 | | |
| ICTSI003489 | | |
| ICTSI003505 | — | ICTSI003506 |
| ICTSI003522 | | |

**Prepared at the Request of Counsel**

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
|---|---|---|
| ICTSI003535 | — | ICTSI003536 |
| ICTSI003553 | — | ICTSI003562 |
| ICTSI003588 | — | ICTSI003590 |
| ICTSI003600 | | |
| ICTSI003617 | | |
| ICTSI003636 | | |
| ICTSI003645 | | |
| ICTSI003662 | | |
| ICTSI0036736 | — | ICTSI003688 |
| ICTSI003702 | | |
| ICTSI0037082 | | |
| ICTSI0037104 | — | ICTSI003722 |
| ICTSI0037383 | — | ICTSI003739 |
| ICTSI0037415 | — | ICTSI0037418 |
| ICTSI0037420 | — | ICTSI003756 |
| ICTSI003774 | | |
| ICTSI003795 | | |
| ICTSI003817 | | |
| ICTSI003829 | | |
| ICTSI003848 | | |
| ICTSI003871 | | |
| ICTSI003888 | | |
| ICTSI003898 | | |
| ICTSI003919 | | |
| ICTSI003932 | | |
| ICTSI003958 | | |
| ICTSI003979 | | |
| ICTSI004017 | | |
| ICTSI004044 | | |
| ICTSI004064 | | |
| ICTSI004093 | | |
| ICTSI004105 | | |
| ICTSI004124 | | |
| ICTSI004146 | | |
| ICTSI004163 | | |
| ICTSI004179 | | |
| ICTSI004204 | | |
| ICTSI004218 | | |
| ICTSI0042295 | — | ICTSI0042296 |

**Prepared at the Request of Counsel**

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
|---|---|---|
| ICTSI0042301 | | |
| ICTSI0042303 | — | ICTSI004232 |
| ICTSI0042429 | — | ICTSI004259 |
| ICTSI0042594 | — | ICTSI004273 |
| ICTSI004289 | | |
| ICTSI004304 | | |
| ICTSI004319 | | |
| ICTSI004343 | | |
| ICTSI004362 | | |
| ICTSI004380 | | |
| ICTSI004392 | | |
| ICTSI004408 | | |
| ICTSI004436 | | |
| ICTSI004458 | | |
| ICTSI004484 | | |
| ICTSI004514 | | |
| ICTSI0045307 | — | ICTSI0045316 |
| ICTSI0045318 | — | ICTSI0045325 |
| ICTSI0045327 | — | ICTSI004541 |
| ICTSI004566 | | |
| ICTSI004579 | | |
| ICTSI004602 | | |
| ICTSI004626 | | |
| ICTSI004643 | | |
| ICTSI004669 | | |
| ICTSI004703 | | |
| ICTSI004723 | | |
| ICTSI004739 | | |
| ICTSI004757 | | |
| ICTSI004769 | | |
| ICTSI004771 | | |
| ICTSI004786 | | |
| ICTSI004813 | | |
| ICTSI004829 | | |
| ICTSI004859 | | |
| ICTSI004884 | | |
| ICTSI004916 | | |
| ICTSI004932 | | |
| ICTSI004952 | | |

**Prepared at the Request of Counsel**

**Appendix C**

**MATERIALS CONSIDERED**

| Bates Ranges | | |
|---|---|---|
| ICTSI004965 | | |
| ICTSI004995 | | |
| ICTSI005028 | | |
| ICTSI005060 | | |
| ICTSI005076 | | |
| ICTSI005100 | | |
| ICTSI005118 | | |
| ICTSI005146 | | |
| ICTSI005165 | | |
| ICTSI005181 | — | ICTSI005184 |
| ICTSI005200 | — | ICTSI005208 |
| ICTSI005233 | | |
| ICTSI005250 | — | ICTSI005259 |
| ICTSI005269 | — | ICTSI005279 |
| ICTSI005306 | | |
| ICTSI005333 | — | ICTSI005344 |
| ICTSI005361 | | |
| ICTSI005377 | | |
| ICTSI005393 | — | ICTSI005396 |
| ICTSI005412 | — | ICTSI005414 |
| ICTSI005440 | | |
| ICTSI005457 | — | ICTSI005465 |
| ICTSI005477 | | |
| ICTSI005494 | — | ICTSI005506 |
| ICTSI005544 | | |
| ICTSI005561 | | |
| ICTSI005580 | — | ICTSI005584 |
| ICTSI005600 | | |
| ICTSI005616 | — | ICTSI005619 |
| ICTSI005623 | | |
| ICTSI005639 | | |
| ICTSI005655 | — | ICTSI005662 |
| ICTSI005680 | | |
| ICTSI005696 | — | ICTSI005700 |
| ICTSI005716 | — | ICTSI005718 |
| ICTSI005728 | | |
| ICTSI005745 | | |
| ICTSI005782 | — | ICTSI005793 |
| ICTSI005820 | | |

**Prepared at the Request of Counsel**

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
|---|---|---|
| ICTSI005837 | — | ICTSI005848 |
| ICTSI005857 | | |
| ICTSI005877 | | |
| ICTSI005893 | — | ICTSI005895 |
| ICTSI005911 | — | ICTSI005914 |
| ICTSI005924 | | |
| ICTSI005938 | — | ICTSI005947 |
| ICTSI005957 | | |
| ICTSI005974 | — | ICTSI005983 |
| ICTSI005993 | — | ICTSI006003 |
| ICTSI006028 | — | ICTSI006037 |
| ICTSI006054 | | |
| ICTSI006076 | | |
| ICTSI006095 | | |
| ICTSI006112 | | |
| ICTSI006127 | — | ICTSI006128 |
| ICTSI006131 | | |
| ICTSI006147 | — | ICTSI006150 |
| ICTSI006163 | | |
| ICTSI006182 | | |
| ICTSI006189 | — | ICTSI006195 |
| ICTSI006206 | | |
| ICTSI006223 | | |
| ICTSI006234 | — | ICTSI006245 |
| ICTSI006271 | | |
| ICTSI006288 | — | ICTSI006297 |
| ICTSI006310 | | |
| ICTSI006345 | | |
| ICTSI006362 | — | ICTSI006376 |
| ICTSI006393 | | |
| ICTSI006410 | | |
| ICTSI006430 | — | ICTSI006434 |
| ICTSI006436 | — | ICTSI006438 |
| ICTSI006453 | | |
| ICTSI006472 | — | ICTSI006475 |
| ICTSI006479 | | |
| ICTSI006492 | — | ICTSI006495 |
| ICTSI006499 | | |
| ICTSI006518 | | |

Prepared at the Request of Counsel

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
|---|---|---|
| ICTSI006534 | — | ICTSI006541 |
| ICTSI006559 | | |
| ICTSI006562 | | |
| ICTSI006578 | — | ICTSI006581 |
| ICTSI006593 | — | ICTSI006602 |
| ICTSI006616 | — | ICTSI006624 |
| ICTSI006633 | | |
| ICTSI006650 | | |
| ICTSI006675 | — | ICTSI006695 |
| ICTSI006719 | — | ICTSI006721 |
| ICTSI006737 | — | ICTSI006741 |
| ICTSI006757 | | |
| ICTSI006770 | — | ICTSI006773 |
| ICTSI006789 | — | ICTSI006794 |
| ICTSI006814 | — | ICTSI006817 |
| ICTSI006841 | | |
| ICTSI006858 | — | ICTSI006867 |
| ICTSI006877 | — | ICTSI006887 |
| ICTSI006904 | | |
| ICTSI006957 | | |
| ICTSI006974 | | |
| ICTSI006992 | — | ICTSI006994 |
| ICTSI007001 | | |
| ICTSI007017 | | |
| ICTSI007038 | — | ICTSI007044 |
| ICTSI007061 | — | ICTSI007071 |
| ICTSI007092 | | |
| ICTSI007126 | | |
| ICTSI007143 | — | ICTSI007153 |
| ICTSI007165 | | |
| ICTSI007177 | | |
| ICTSI007204 | — | ICTSI007215 |
| ICTSI007233 | | |
| ICTSI007248 | — | ICTSI007250 |
| ICTSI007266 | — | ICTSI007269 |
| ICTSI007273 | | |
| ICTSI007294 | — | ICTSI007299 |
| ICTSI007304 | | |
| ICTSI0073142 | | |

Prepared at the Request of Counsel

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
| --- | --- | --- |
| ICTSI0073154 | — | ICTSI007324 |
| ICTSI0073238 | — | ICTSI007331 |
| ICTSI007337 | | |
| ICTSI007353 | | |
| ICTSI007366 | — | ICTSI007371 |
| ICTSI007377 | | |
| ICTSI007393 | — | ICTSI007398 |
| ICTSI007402 | | |
| ICTSI007418 | — | ICTSI007424 |
| ICTSI007454 | — | ICTSI007470 |
| ICTSI007497 | | |
| ICTSI007524 | — | ICTSI007535 |
| ICTSI007552 | | |
| ICTSI007574 | — | ICTSI007582 |
| ICTSI007589 | | |
| ICTSI007605 | — | ICTSI007611 |
| ICTSI0076164 | — | ICTSI007635 |
| ICTSI007660 | | |
| ICTSI007674 | — | ICTSI007684 |
| ICTSI007708 | — | ICTSI007719 |
| ICTSI007736 | | |
| ICTSI007743 | | |
| ICTSI007762 | — | ICTSI007768 |
| ICTSI007772 | — | ICTSI007776 |
| ICTSI007791 | — | ICTSI007796 |
| ICTSI007809 | | |
| ICTSI007823 | | |
| ICTSI007840 | | |
| ICTSI007854 | | |
| ICTSI007866 | | |
| ICTSI007879 | | |
| ICTSI007892 | | |
| ICTSI007908 | | |
| ICTSI007925 | | |
| ICTSI007942 | | |
| ICTSI007958 | | |
| ICTSI007974 | | |
| ICTSI007991 | | |
| ICTSI008007 | | |

**Prepared at the Request of Counsel**

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
|---|---|---|
| ICTSI008019 | | |
| ICTSI008033 | — | ICTSI008043 |
| ICTSI008064 | | |
| ICTSI008080 | | |
| ICTSI008103 | | |
| ICTSI008120 | | |
| ICTSI008137 | — | ICTSI008144 |
| ICTSI008161 | | |
| ICTSI008173 | — | ICTSI008174 |
| ICTSI008178 | | |
| ICTSI008194 | | |
| ICTSI008212 | | |
| ICTSI008228 | | |
| ICTSI008244 | | |
| ICTSI008260 | | |
| ICTSI008274 | | |
| ICTSI008288 | | |
| ICTSI008302 | | |
| ICTSI008316 | | |
| ICTSI008330 | | |
| ICTSI008343 | | |
| ICTSI008359 | | |
| ICTSI008372 | | |
| ICTSI008384 | | |
| ICTSI008397 | | |
| ICTSI008411 | | |
| ICTSI008428 | | |
| ICTSI008445 | | |
| ICTSI008459 | | |
| ICTSI008475 | | |
| ICTSI008487 | | |
| ICTSI008503 | | |
| ICTSI008519 | | |
| ICTSI008532 | | |
| ICTSI008548 | | |
| ICTSI008562 | | |
| ICTSI008579 | | |
| ICTSI008596 | | |
| ICTSI008610 | | |

Prepared at the Request of Counsel

**Appendix C**

**MATERIALS CONSIDERED**

| Bates Ranges | | |
|---|---|---|
| ICTSI008624 | | |
| ICTSI008640 | | |
| ICTSI008656 | | |
| ICTSI008672 | | |
| ICTSI008684 | | |
| ICTSI008700 | — | ICTSI008707 |
| ICTSI008724 | — | ICTSI008738 |
| ICTSI008754 | — | ICTSI008765 |
| ICTSI008779 | | |
| ICTSI008791 | — | ICTSI008793 |
| ICTSI008815 | | |
| ICTSI008831 | — | ICTSI008835 |
| ICTSI008852 | — | ICTSI008862 |
| ICTSI008875 | | |
| ICTSI008892 | — | ICTSI008912 |
| ICTSI008926 | — | ICTSI008931 |
| ICTSI008944 | | |
| ICTSI008960 | — | ICTSI008963 |
| ICTSI009682 | | |
| ICTSI009695 | | |
| ICTSI009779 | | |
| ICTSI009859 | | |
| ICTSI010123 | — | ICTSI010127 |
| ICTSI010212 | — | ICTSI010224 |
| ICTSI010309 | | |
| ICTSI010364 | | |
| ICTSI010393 | | |
| ICTSI010423 | | |
| ICTSI010530 | | |
| ICTSI015603 | | |
| ICTSI019148 | — | ICTSI019152 |
| ICTSI0546180 | — | ICTSI0546182 |
| ICTSI0546245 | — | ICTSI0546247 |
| ICTSI0546250 | | |
| ICTSI0546254 | — | ICTSI0546257 |
| ICTSI0546292 | — | ICTSI0546294 |
| ICTSI0546310 | — | ICTSI0546311 |
| ICTSI0546313 | | |
| ICTSI0546317 | — | ICTSI0546319 |

Prepared at the Request of Counsel

## Appendix C

## MATERIALS CONSIDERED

| Bates Ranges | | |
|---|:---:|---|
| ICTSI0546379 | — | ICTSI0546385 |
| ICTSI0546387 | — | ICTSI0546389 |
| ICTSI0546395 | | |
| ICTSI0546398 | | |
| ICTSI0546402 | | |
| ICTSI0546408 | — | ICTSI0546410 |
| ICTSI0546414 | — | ICTSI0546418 |
| ICTSI0546448 | — | ICTSI0546450 |
| ICTSI0546456 | — | ICTSI0546457 |
| ICTSI0546465 | — | ICTSI0546471 |
| ICTSI0546503 | — | ICTSI0546504 |
| ICTSI0546508 | | |
| ICTSI0546541 | — | ICTSI0546548 |
| ICTSI0546562 | — | ICTSI0546564 |
| ICTSI0546594 | | |
| ICTSI0572937 | — | ICTSI0572938 |
| ICTSI0589099 | — | ICTSI0589100 |
| ICTSI0596815 | | |
| ICTSI0694032 | — | ICTSI0694359 |
| ICTSI0696799 | | |
| ILWU_052094 | — | ILWU_052136 |
| ILWU_052344 | — | ILWU_052679 |
| ILWU_053117 | — | ILWU_053452 |
| KLINE_Nov_2013_000013 | — | KLINE_Nov_2013_000026 |
| KLINE_Nov_2013_000222 | — | KLINE_Nov_2013_000232 |
| KLINE_Nov_2013_000346 | — | KLINE_Nov_2013_000354 |
| KLINE_Nov_2013_000364 | — | KLINE_Nov_2013_000372 |
| KLINE_Nov_2013_000420 | — | KLINE_Nov_2013_000421 |
| KLINE_Nov_2013_000442 | | |
| KLINE_Nov_2013_000447 | — | KLINE_Nov_2013_000450 |
| KLINE_Nov_2013_000461 | — | KLINE_Nov_2013_000465 |
| KLINE_Nov_2013_000496 | — | KLINE_Nov_2013_000500 |
| KLINE_Nov_2013_000513 | — | KLINE_Nov_2013_000517 |
| KLINE_Nov_2013_000521 | — | KLINE_Nov_2013_000525 |
| KLINE_Nov_2013_000530 | — | KLINE_Nov_2013_000534 |
| KLINE_Nov_2013_000563 | — | KLINE_Nov_2013_000565 |
| TTI_000001 | — | TTI_000136 |
| WSL_000001 | — | WSL_000122 |
| WSL_000223 | — | WSL_000297 |

**Prepared at the Request of Counsel**

**Appendix C**

**MATERIALS CONSIDERED**

| Bates Ranges | | |
|---|---|---|
| WUT_005180 | | |
| WUT_005242 | — | WUT_005299 |
| WUT_005303 | — | WUT_005360 |
| WUT_005367 | — | WUT_005411 |
| WUT_005597 | — | WUT_005650 |
| WUT_005690 | — | WUT_005743 |
| WUT_005746 | | |
| WUT_005755 | | |
| WUT_005807 | | |
| WUT_005899 | — | WUT_006008 |
| YM_Nov_2013_000005 | — | YM_Nov_2013_000009 |
| YM_Nov_2013_000011 | — | YM_Nov_2013_000019 |
| YM_Nov_2013_000121 | — | YM_Nov_2013_000141 |

Case Materials and Legal Documents:

Appellee/Cross-Appellant ICTSI Oregon, Inc.'s Combined Response and Principal Brief, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and International Longshore and Warehouse Union Local 8*, Case No. 20-35818, March 29, 2021.

Appellee/Cross-Appellant ICTSI Oregon, Inc.'s Reply Brief in Support of Cross Appeal, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and International Longshore and Warehouse Union Local 8*, Case No. 20-35818, August 18, 2021.

Complaint for Confirmation and Enforcement of Final and Binding Rulings under Collective Bargaining Agreement, *International Longshore and Warehouse Union and Pacific Maritime Association, v. ICTSI Oregon, Inc.*, Case No. 3:12-cv-01058-HA, June 13, 2012.

Enforcement of Collective Bargaining Agreement (§301 LMRA) Amended Answer and Counterclaims, Jury Trial Requested, *International Longshore and Warehouse Union and Pacific Maritime Association, v. ICTSI Oregon, Inc.; ICTSI Oregon, Inc., v. International Longshore and Warehouse Union; ILWU Local 8; ILWU Local 40; and Pacific Maritime Association*, Case No. 3:12-cv-01058-SI, December 17, 2012.

Enforcement of Collective Bargaining Agreement (§301 LMRA) Answer, Jury Trial Requested, *International Longshore and Warehouse Union and Pacific Maritime Association, v. ICTSI Oregon, Inc.; ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and Pacific Maritime Association*, Case No. 3:12-cv-01058-SI, June 21, 2012.

Enforcement of Collective Bargaining Agreement (§301 LMRA) Second Amended Answer and Counterclaims, Jury Trial Requested, *International Longshore and Warehouse Union and Pacific Maritime Association, v. ICTSI Oregon, Inc.*, Case No. 3:12-cv-01058-SI, October 8, 2015.

Enforcement of Collective Bargaining Agreement (§301 LMRA) Third Amended Answer and Counterclaims, Jury Trial Requested, *International Longshore and Warehouse Union and Pacific Maritime Association, v. ICTSI Oregon, Inc.*, Case No. 3:12-cv-01058-SI, October 27, 2017.

ICTSI's Outline of Potential Damages Model – First Iteration, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and ILWU Local 8*, Case No. 3:12-cv-01058-SI, June 21, 2022.

ILWU's First Iteration, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and ILWU Local 8*, Case No. 3:12-cv-01058-SI, July 12, 2022.

Opinion and Order, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and International Longshore and Warehouse Union Local 8*, Case No. 3:12-cv-01058-SI, March 5, 2020.

Transcript of Proceedings before the Honorable Michael H. Simon, United States District Court Judge, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union (ILWU) et al.*, Case No. 3:12-cv-01058-SI, November 4, 2019.

**Prepared at the Request of Counsel**

**Appendix C**

**MATERIALS CONSIDERED**

Case Materials and Legal Documents (continued):

Transcript of Proceedings before the Honorable Michael H. Simon, United States District Court Judge, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and ILWU Local 8*, Case No. 3:12-cv-01058-SI, August 3, 2022.

Transcript of Proceedings before the Honorable Michael H. Simon, United States District Court Judge, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and ILWU Local 8*, Case No. 3:12-cv-01058-SI, January 5, 2023.

Trial Exhibits 028, 031, 033, 041, 095, 099, 100, 103, 316, 317, 325, 355, 359, 362, 364, 366, 367, 370, 373, 376, 381, 393, 394, 406, 412, 426, 435, 437, 472, 473, *ICTSI Oregon, Inc., v. International Longshore and Warehouse Union and International Longshore and Warehouse Union Local 8*, Case No. 3:12:cv-01058-SI.

Expert Reports and Declarations:

Expert Report of Nolan R. Gimpel, October 22, 2018.
Expert Report of Jay Sickler, October 25, 2018.
Expert Report of Bryce Ward, Ph.D., October 26, 2018.
Expert Report of Douglas Kidder, November 30, 2018.
Declaration of Lawrence Burns, January 3, 2023.
Declaration of Dan Gatchet, February 2, 2023.
Expert Report of Bryce Ward, Ph.D., February 8, 2023.
Expert Report of David Blackburn, Ph.D., February 8, 2023.
Expert Report of Nolan R. Gimpel, February 8, 2023.
Expert Report of Todd Gray, February 8, 2023.
FRCP 26(a)(2)(C) Disclosure of Elvis Ganda, February 8, 2023.

Depositions:

Deposition of Nathaniel Ruda, August 9, 2018.

Statutes:

Oregon Statute 778.015 (Purposes and General Powers of Port).

Articles, Books, and Publications:

Angerhofer, T.J., Blair, R.D.,"Successive Monopoly, Bilateral Monopoly and Vertical Mergers," *Rev Ind Organ* 59, 343–361 (2021).

Aviv Nevo, "A Practitioner's Guide to Estimation of Random-Coefficients Logit Models of Demand," *Journal of Economics & Management Strategy* 9, no. 4 (2000).

Bruce A. Blonigen Knittel, Christopher R., and Anson Soderbery. "Keeping it Fresh: Strategic Product Redesigns and Welfare." *International Journal of Industrial Organization*, 53, July 2017, pp. 170-214.

Bruce D. Meyer, "Natural and Quasi-Experiments in Economics," *Journal of Business and Economic Statistics* 13, no. 2 (1995): 151–61.

Bryan Orme, "Formulating Attributes and Levels in Conjoint Analysis" (Sawtooth Software Research Paper Series, 2002).

Cabral, Luis, M. B., *Introduction to Industrial Organization*, MIT Press, 2002, p. 212-215.

Campbell, T. (2007), "Bilateral Monopoly in Mergers," *Antitrust Law Journal*, 74(3), 521–536.

Chakraborty, Archishman, and Rick Harbaugh. 2010, "Persuasion by Cheap Talk." *American Economic Review*, 100 (5): 2361-82.

Christopher R. Knittel and Konstantinos Metaxoglou, "Challenges in Merger Simulation Analysis," *The American Economic Review* 101, no. 3 (2011).

Christopher R. Knittel, Konstantinos Metaxoglou, Anson Soderbery, and Andres Trindade, "Exporting Global Warming? Coal Trade and the Shale Gas Boom," *Canadian Journal of Economics 55*, no. 3 (2022): 1294–33.

Crawford, Vincent P., and Joel Sobel, "Strategic Information Transmission." *Econometrica*, vol. 50, no. 6, 1982, pp. 1431–51.

Prepared at the Request of Counsel

## Appendix C

## MATERIALS CONSIDERED

Articles, Books, and Publications (continued):

David Besanko, David Dranove, Mark Shanley and Scott Schafer, *Economics of Strategy*, Seventh Edition, (John Wiley & Sons: 2016).

Farrell, J. (1995), "Talk is Cheap." *The American Economic Review*, 85(2), 186–190.

Farrell, Joseph, and Matthew Rabin. 1996. "Cheap Talk." *Journal of Economic Perspectives*, 10 (3): 103-118.

Gelareh, S, et al. (2013), "Hub-and-spoke network design and fleet deployment for string planning of liner shipping," *Applied Mathematical Modelling*, Volume 37, Issue 5, 2013, Pages 3307-3321.

Greg M. Allenby, Jeff D. Brazell, John R. Howell, and Peter E. Rossi, "Economic Valuation of Product Features," *Quantitative Marketing and Economics* 12, no. 4 (2014): 421–56.

Hunt Allcott and Christopher Knittel, "Are Consumers Poorly Informed about Fuel Economy? Evidence from Two Experiments," *American Economic Journal: Economic Policy* 11, no. 1 (2019): 1–37.

Joshua D. Angrist and Alan B. Krueger, "Instrumental Variables and the Search for Identification: From Supply and Demand to Natural Experiments," *Journal of Economic Perspectives* 15, no. 4 (2001).

Joshua D. Angrist, Kathryn Graddy, and Guido W. Imbens, "The Interpretation of Instrumental Variables Estimators in Simultaneous Equations Models with an Application to the Demand for Fish," *The Review of Economic Studies* 67, no. 3 (2000).

Kenneth Train, *Discrete Choice Methods with Simulation* (Cambridge: Cambridge University Press, 2009).

Knittel, Christopher R. and Konstantinos Metaxoglou. "Estimation of Random Coefficient Demand Models: Challenges, Difficulties and Warnings." *The Review of Economics and Statistics*, 96(1), March 2014, pp. 34-59.

Kristian Behrens and W. Mark Brown, "Transport costs, trade, and geographic concentration: evidence from Canada." *Handbook of International Trade and Transportation*, Bruce A. Blonigen and Wesley W. Wilson, 2018, 188:235.

Meghan R. Busse, Christopher R. Knittel, and Florian Zettelmeyer, "Are Consumers Myopic? Evidence from New and Used Car Purchases," *The American Economic Review* 103, no. 1 (February 2013): 220-256.

Meghan R. Busse, Christopher R. Knittel, Jorge Silva-Risso, and Florian Zettelmeyer, "Who is Exposed to Gas Prices? How Gasoline Prices Affect Automobile Manufacturers and Dealerships," *Quantitative Marketing and Economics* 14, no. 1 (March 2016): 41-95.

Parola, F., et al. (2017), "The drivers of port competitiveness: a critical review." *Transport Reviews*, 37:1, 116-138.

Peter Davis and Eliana Garcés, *Quantitative Techniques for Competition and Antitrust Analysis* (Princeton: Princeton University Press, 2010).

Peter Kennedy, *A Guide to Econometrics* (Cambridge: MIT Press, 2008).

Peter Siminski, "The Price Elasticity of Demand for Pharmaceuticals Amongst High-Income Older Australians: A Natural Experiment," *Applied Economics* 43 (2011): 4835–46.

Philip Davies, "Does Environmental Compliance Impact Port Competitiveness?" *METRANS International Urban Freight Conference*, October 18, 2017.

Scott A. Neslin and Robert W. Shoemaker, "Using a Natural Experiment to Estimate Price Elasticity: The 1974 Sugar Shortage and the Ready-to-Eat Cereal Market," *Journal of Marketing* 47 (1983): 44–57.

Steven Berry, James Levinsohn, and Ariel Pakes, "Automobile Prices in Market Equilibrium," *Econometrica* 63, no. 4 (1995): 841–90.

Steven T. Berry and Philip A. Haile, "Foundations of Demand Estimation" (NBER Working Paper Series, 2001).

Steven T. Berry, "Estimating Discrete-Choice Models of Product Differentiation," *Rand Journal of Economics* 25, no. 2 (1994).

Stopford, Martin, *Maritime Economics*, 3rd Ed., 2009, at p. 81.

Talley, W. K., & Ng, M. (2013), "Maritime transport chain choice by carriers, ports and shippers*." International Journal of Production Economics*, 142(2), 311-316.

Tatyana Deryugina, Alexander MacKay, and Julian Reif, "The Long-Run Dynamics of Electricity Demand: Evidence from Municipal Aggregation," *American Economic Journal* 12, no. 1 (2020): 86–114.

Websites:

"How the Union Works" (https://www.ilwu.org/wp-content/uploads/2020/03/How-the-Union-works-2016.pdf, viewed on December 15, 2022).

Prepared at the Request of Counsel

## Appendix C

## MATERIALS CONSIDERED

Websites (continued):

"Port of Portland Rejects Complaint, Leases T6 to Philippine Company"
(https://www.oregonlive.com/business/2010/05/port_of_portland_rejects_compl.html, viewed on December 16, 2022).

"Port of Portland to Split with ICTSI, Seek New Life for Idled Shipping Terminal"
(https://www.oregonlive.com/business/2017/02/port_of_portland_splits_with_t.html, viewed on December 16, 2022).

"Shippers, Carriers and Consignees: Understanding All the Parties on Your Bill of Lading"
(https://www.approvedforwarders.com/shippers-carriers-consignees-understanding-bill-of-lading/, viewed on December 21, 2022).

"Shipping – The Northwest Seaport Alliance" (https://www.portoftacoma.com/business/shipping, viewed on December 16, 2022).

"The ILWU Story" (https://www.ilwu.org/history/the-ilwu-story/, viewed on December 15, 2022).

"U.S. Weekly Product Supplied," U.S. Energy Information Administration
(https://www.eia.gov/dnav/pet/pet_cons_wpsup_k_w.htm, viewed on January 11, 2023).

"Weekly container shipping returns to Port of Portland's Terminal 6"
(https://www.oregonlive.com/business/2019/11/weekly-container-shipping-returns-to-port-of-portlands-terminal-6.html, viewed on January 3, 2023).

"Weekly U.S. Regular All Formulations Retail Gasoline Prices," U.S. Energy Information Administration
(https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=EMM_EPMR_PTE_NUS_DPG&f=W, viewed on January 11, 2023).

https://fred.stlouisfed.org/series/CPIAUCSL (viewed February 5, 2023).

Other:

'EMM_EPMR_PTE_NUS_DPGw.XLS.'
'PET_CONS_WPSUP_K_W.xls.'
'Rates - Straight time throughput & wharfage 2011- 2017 (2).XLSX.'
'Tariff Matrix 09242012 Port Tariff Update (2).XLSX.'
'Billing Matrix 071113[1] (2).XLSX.'
Ward expert file, monthly volume data.

**Appendix D**

**Exhibits Associated with Report Figures**

**Prepared at the Request of Counsel**

**EXHIBIT 1**

**PORTLAND ANNUAL VOLUME IN TEUS**
**2005 – 2017**

|  | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
|  | | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Portland Volume (TEUs) | 159,227 | 215,564 | 263,666 | 247,030 | 174,920 | 182,566 | 196,609 |

|  | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|
|  | | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
| [1] | Portland Volume (TEUs) | 183,454 | 178,634 | 163,858 | 22,790 | 1,725 | - | 1,990,043 |

Notes & Sources:
2005 Data from 2005 PMA Annual Report (ILWU 052094-052136), at p. 58.
2006 Data from 2006 PMA Annual Report (ILWU 052344-052437), at p. 58.
2007 Data from 2007 PMA Annual Report (ILWU 052428-052511), at p. 58.
2008 Data from 2008 PMA Annual Report (ILWU 052512-052595), at p. 58.
2009 Data from 2009 PMA Annual Report (ILWU 052596-052679), at p. 58.
2010 Data from 2010 PMA Annual Report (ILWU 053117-053200), at p. 58.
2011 Data from 2011 PMA Annual Report (ILWU 053285-053368), at p. 58.
2012 Data from 2012 PMA Annual Report (ILWU 053201-053284), at p. 58.
2013 Data from 2013 PMA Annual Report (ILWU 053369-053452), at p. 58.
2014 Data from 2014 PMA Annual Report (ICTSI0694032-0694107), at p. 58.
2015 Data from 2015 PMA Annual Report (ICTSI0694108-0694191), at p. 58.
2016 Data from 2016 PMA Annual Report (ICTSI0694192-0694275), at p. 58.
2017 Data from 2017 PMA Annual Report (ICTSI0694276-0694359), at p. 58.
[N] = Sum of [A]:[M].

**Prepared at the Request of Counsel**

## EXHIBIT 2

### PORTLAND ANNUAL VOLUME IN TEUS
### 2005 – 2017



Notes & Sources:

From Exhibit 1.

**Prepared at the Request of Counsel**

**EXHIBIT 3**

**PORTLAND TERMINAL 6 VOLUME IN TEUS**
**MARCH 2011 – MARCH 2017**

### 2011

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Portland Volume (TEUs) | n/a | n/a | 16,703 | 19,206 | 17,011 | 13,519 | 16,769 | 15,594 | 17,803 | 22,472 | 14,630 | 16,538 |

### 2012

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Portland Volume (TEUs) | 23,717 | 16,102 | 15,107 | 19,901 | 16,070 | 11,670 | 2,299 | 12,424 | 13,077 | 19,369 | 15,462 | 19,368 |

### 2013

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Portland Volume (TEUs) | 15,577 | 17,261 | 17,033 | 14,036 | 13,035 | 16,993 | 12,987 | 12,826 | 14,974 | 18,040 | 13,491 | 15,514 |

### 2014

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Portland Volume (TEUs) | 14,335 | 13,973 | 13,982 | 12,920 | 15,568 | 13,533 | 15,087 | 13,686 | 13,709 | 15,229 | 12,381 | 11,975 |

### 2015

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Portland Volume (TEUs) | 8,871 | 5,895 | 5,891 | 384 | - | - | 360 | 323 | 245 | 241 | 297 | 274 |

### 2016

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Portland Volume (TEUs) | 327 | 579 | 317 | 299 | 269 | - | - | - | - | - | - | - |

### 2017

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Portland Volume (TEUs) | - | - | - | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Notes & Sources:
From Ward expert file, monthly volume data.

**Prepared at the Request of Counsel**

## EXHIBIT 4

### PORTLAND TERMINAL 6 VOLUME IN TEUS
### MARCH 2011 – MARCH 2017



Notes & Sources:
From Exhibit 3.

**Prepared at the Request of Counsel**

**EXHIBIT 5**

**SEATTLE AND TACOMA ANNUAL VOLUMES IN TEUS**
**2005 – 2017**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
|  | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Seattle Volume (TEUs) | 1,868,357 | 1,748,308 | 1,740,203 | 1,460,138 | 1,354,778 | 1,895,876 | 1,781,583 |
| [2] Tacoma Volume (TEUs) | 1,941,276 | 1,900,602 | 1,799,379 | 1,752,927 | 1,454,225 | 1,390,230 | 1,413,845 |

|  | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|
|  | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
| [1] Seattle Volume (TEUs) | 1,600,811 | 1,284,825 | 1,038,451 | 1,150,003 | 1,140,337 | 1,411,887 | 19,475,557 |
| [2] Tacoma Volume (TEUs) | 1,684,275 | 1,853,474 | 1,965,782 | 2,056,074 | 2,100,457 | 1,970,782 | 23,283,328 |

Notes & Sources:

2005 Data from 2005 PMA Annual Report (ILWU 052094-052136), at p. 58.
2006 Data from 2006 PMA Annual Report (ILWU 052344-052437), at p. 58.
2007 Data from 2007 PMA Annual Report (ILWU 052428-052511), at p. 58.
2008 Data from 2008 PMA Annual Report (ILWU 052512-052595), at p. 58.
2009 Data from 2009 PMA Annual Report (ILWU 052596-052679), at p. 58.
2010 Data from 2010 PMA Annual Report (ILWU 053117-053200), at p. 58.
2011 Data from 2011 PMA Annual Report (ILWU 053285-053368), at p. 58.
2012 Data from 2012 PMA Annual Report (ILWU 053201-053284), at p. 58.
2013 Data from 2013 PMA Annual Report (ILWU 053369-053452), at p. 58.
2014 Data from 2014 PMA Annual Report (ICTSI0694032-0694107), at p. 58.
2015 Data from 2015 PMA Annual Report (ICTSI0694108-0694191), at p. 58.
2016 Data from 2016 PMA Annual Report (ICTSI0694192-0694275), at p. 58.
2017 Data from 2017 PMA Annual Report (ICTSI0694276-0694359), at p. 58.
[N] = Sum of [A]:[M].

**Prepared at the Request of Counsel**

## EXHIBIT 6

## SEATTLE AND TACOMA ANNUAL VOLUMES IN TEUS
## 2005 – 2017



Notes & Sources:

From Exhibit 5.

**Prepared at the Request of Counsel**

## EXHIBIT 7

## SEATTLE AND TACOMA ANNUAL VOLUMES IN TEUS
## 2005 – 2017



Notes & Sources:
From Exhibit 5.

**Prepared at the Request of Counsel**

## EXHIBIT 8

### U.S. RETAIL GAS PRICE AND QUANTITY
### WEEKLY AVERAGE
### 2010–2019



Notes & Sources:

Gas Price from "Weekly U.S. Regular All Formulations Retail Gasoline Prices," U.S. Energy Information Administration
  (https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=EMM_EPMR_PTE_NUS_DPG&f=W, viewed on January 11, 2023).
  *See* 'EMM_EPMR_PTE_NUS_DPGw.XLS.'

Gas Quantity from "U.S. Weekly Product Supplied," U.S. Energy Information Administration
  (https://www.eia.gov/dnav/pet/pet_cons_wpsup_k_w.htm, viewed on January 11, 2023). *See* 'PET_CONS_WPSUP_K_W.xls.'

Data represent the weekly values averaged over the years 2010 through 2019. In years with 53 observations (2012 and 2018), the first
  52 observations are used.